# UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

| | |
|---|---|
| JOSHUA HICKMAN § | |
|     Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:22-CV-6101-SOH |
| § | |
| TEXARKANA TRUSS, LLC, § | |
| RED RIVER LUMBER COMPANY, § | |
| INC, and MICHAEL CRAVEN § | |
|     Defendants. § | |

## JOINT MOTION FOR EXTENSION OF DEADLINES

COME NOW Defendants, Texarkana Truss, LLC, Red River Lumber Company, and Michael Craven, and Plaintiff, Joshua Hickman, by and through their undersigned counsel, who move this Court for an extension of deadlines by one month and in support thereof, represent as follows:

1.

The parties respectfully request the Court extend the discovery deadline from October 2, 2023, until November 2, 2023, and the dispositive motion deadline from October 31, 2023, until December 1, 2023.

2.

Defense counsel will be out of state from September 26, 2023, through October 8, 2023. Counsel has a planned trip to Virginia to be with her sister who is fighting pancreatic cancer. In addition, defense counsel has been attempting to deal with a spine issue for six months with many trips to physicians in Shreveport. Counsel learned that she needs back surgery; however, she is attempting to postpone the surgery until the end of the year, if possible. Plaintiff's counsel agrees to and joins in on the one-month extensions for each deadline.

3.

In addition, Plaintiff served First Set of Interrogatories and Requests for Production of Documents on Defendants on August 30, 2023.  Defendants' responses to this discovery are currently due on September 30, 2023.  The parties have agreed to extend the time for Defendants to respond until October 30, 2023, subject to the Court's Order on this Motion.

WHEREFORE, Defendants, Texarkana Truss, LLC, Red River Lumber Company, and Michael Craven, and Plaintiff, Joshua Hickman, pray that the Motion be granted, and this Court grant an extension of the discovery deadline until and including November 2, 2023, and the dispositive motion deadline, until and including December 1, 2023.

Respectfully submitted,

/s/ Louise Tausch_____
**LOUISE TAUSCH**
Arkansas Bar No. 86212
Texas State Bar No. 19680600
Email: ltausch@arwhlaw.com

**ATCHLEY, RUSSELL, WALDROP & HLAVINKA, LLP**
1730 Galleria Oaks Drive
Texarkana, Texas 75503
Tel 903-792-8246
Fax 903-792-5801

**ATTORNEY FOR DEFENDANTS, TEXARKANA TRUSS, LLC, RED RIVER LUMBER COMPANY, INC., and MICHAEL CRAVEN**

and

/s/ Daniel Ford_____
**DANIEL FORD**
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

        **SANFORD LAW FIRM, PLLC**
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        **ATTORNEYS FOR PLAINTIFF,**
        **JOSHUA HICKMAN**

## NOTICE OF ELECTRONIC FILING

    I, Louise Tausch, attorney for Defendants, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Electronic Case Files System of the USDC – Western District of Arkansas, on September 19, 2023.

        /s/ Louise Tausch
        **LOUISE TAUSCH**