UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOSHUA HICKMAN | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:22-CV-6101-SOH |
| | § | |
| TEXARKANA TRUSS, LLC, | § | |
| RED RIVER LUMBER COMPANY, | § | |
| INC, and MICHAEL CRAVEN | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Motion for Extension of Deadlines submitted by Defendants,

Texarkana Truss, LLC, Red River Lumber Company, Inc., and Michael Craven, and Plaintiff,

Joshua Hickman.

Upon due consideration, IT IS ORDERED that the Motion is hereby GRANTED and the

discovery deadline is hereby extended until and including November 2, 2023, and the dispositive

motion deadline is hereby extended until and including December 1, 2023.

IT IS SO ORDERED on this the _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE