IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA HICKMAN                                                                      PLAINTIFF


v.                                        Case No. 6:22-cv-6101


TEXARKANA TRUSS, LLC; RED RIVER
LUMBER COMPANY, INC.; and
MICHAEL CRAVEN                                                                      DEFENDANTS

## ORDER

Before the Court is a Joint Motion for Extension of Deadlines.  ECF No. 19.  The parties

move the Court to extend by thirty days the discovery deadline and dispositive motions deadline.

The trial of this matter is set for the week of January 29, 2024.  The parties' proposed deadlines

are not compatible with the current trial schedule.  The Court must have sufficient time to render

its ruling on any potential dispositive motions in a timely manner before trial is set to begin.

Accordingly, the Court finds that the Joint Motion for Extension of Deadlines (ECF No. 19) should

be and hereby is **DENIED**.  The Court will entertain a motion filed by either party or jointly that

requests a shorter extension of the discovery deadline or a continuance of the trial.

    **IT IS SO ORDERED**, this 25th day of September, 2023.


                                          /s/ Susan O. Hickey
                                          Susan O. Hickey
                                          Chief United States District Judge