UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOSHUA HICKMAN<br>Plaintiff, | §<br>§<br>§ | |
| vs. | § | CASE NO. 6:22-CV-6101-SOH |
| | § | |
| TEXARKANA TRUSS, LLC,<br>RED RIVER LUMBER COMPANY,<br>INC, and MICHAEL CRAVEN<br>Defendants. | §<br>§<br>§<br>§ | |

**UNOPPOSED MOTION FOR CONTINUANCE OF THE TRIAL DATE
AND AN EXTENSION OF THE CURRENT DEADLINES**

COME NOW Defendants, Texarkana Truss, LLC, Red River Lumber Company, and Michael Craven, by and through their undersigned counsel, who move this Court for an Extension of the Trial Date and an Extension of the Current Deadlines and in support thereof, represent as follows:

1.

The Defendants respectfully request the Court to continue the current trial setting of this case from January 29, 2024, and to extend the current deadlines, especially regarding discovery and dispositive motions.

2.

Defense counsel will be out of state from September 26, 2023, through October 8, 2023. Counsel has a planned trip to Virginia to be with her sister who is fighting pancreatic cancer. Counsel's sister has completed all available treatment (2 rounds of chemotherapy to which she was non-responsive, and 6 weeks of radiation – completed on September 15th). Counsel's sister has been told the cancer has recurred. Counsel's sister has sought opinions from 4 different oncologists, including Johns Hopkins in Maryland and most recently, Sloan-Kettering in New

York on September 18th.

3.

In addition, defense counsel has been attempting to control a spine issue for six months with many trips to physicians in Shreveport. Counsel learned on September 8th that she needs back surgery; however, she is attempting to postpone the surgery until the end of the year, if possible. (She has received one epidural steroid injection and expects the next injection in the near offing.)[1]

4.

Plaintiff's counsel has no objection to continuing the trial date in this case. Plaintiff's counsel originally agreed to and joined in on a one-month extension to the discovery and dispositive motion deadlines. (*See ECF Doc. 19*.)

5.

In addition, Plaintiff served First Set of Interrogatories and Requests for Production of Documents on Defendants on August 30, 2023. Defendants' responses to this discovery are currently due on September 30, 2023. Defendants are in the process of gathering documents and responses, but they are not yet prepared. The parties have agreed to extend the time for Defendants to respond until October 30, 2023, subject to the Court's Order on this Motion.

WHEREFORE, Defendants, Texarkana Truss, LLC, Red River Lumber Company, and Michael Craven pray that this Motion be granted, that this Court continue the trial of this case and to extend the current deadlines, especially regarding discovery and dispositive motions.

Respectfully submitted,

/s/ Louise Tausch
**LOUISE TAUSCH**

---

[1] If the steroid injections are not effective, then the back surgery may also affect the trial setting. Currently, defense counsel is unable to stand for longer than 5-10 minutes at a time which would affect her ability to conduct *voir dire,* examination of witnesses, opening statement, and closing argument.

Arkansas Bar No. 86212
Texas State Bar No. 19680600
Email: ltausch@arwhlaw.com

**ATCHLEY, RUSSELL, WALDROP & HLAVINKA, LLP**
1730 Galleria Oaks Drive
Texarkana, Texas 75503
Tel 903-792-8246
Fax 903-792-5801

**ATTORNEY FOR DEFENDANTS,
TEXARKANA TRUSS, LLC,
RED RIVER LUMBER COMPANY, INC.,
and MICHAEL CRAVEN**

## NOTICE OF ELECTRONIC FILING

I, Louise Tausch, attorney for Defendants, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Electronic Case Files System of the USDC – Western District of Arkansas, on September 25, 2023.

/s/ Louise Tausch
**LOUISE TAUSCH**