UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOSHUA HICKMAN**<br>    **Plaintiff,** | §<br>§<br>§ | |
| **vs.** | §<br>§ | **CASE NO. 6:22-CV-6101-SOH** |
| **TEXARKANA TRUSS, LLC,**<br>**RED RIVER LUMBER COMPANY,**<br>**INC, and MICHAEL CRAVEN**<br>    **Defendants.** | §<br>§<br>§<br>§<br>§ | |

## ORDER

Before the Court is the Unopposed Motion for Continuance submitted by Defendants, Texarkana Truss, LLC, Red River Lumber Company, Inc., and Michael Craven.

Upon due consideration, IT IS ORDERED that the Motion is hereby GRANTED and the trial of the case is continued from its current date of January 29, 2024, until _____, 2024, and all current deadlines, including the discovery and dispositive motion deadlines, are continued until an Amended Final Scheduling Order is issued by the Court.

IT IS SO ORDERED on this the _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE