IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA HICKMAN                                                                                          PLAINTIFF

v.                                          Case No. 6:22-cv-6101

TEXARKANA TRUSS, LLC; RED RIVER
LUMBER COMPANY, INC.; and
MICHAEL CRAVEN                                                                                        DEFENDANTS

# ORDER

Before the Court is an Unopposed Motion for Continuance of the Trial Date and an Extension of the Current Deadlines.  ECF No. 21.  Defendants move the Court to extend the discovery and dispositive motions deadlines and continue the trial of this matter.

Upon consideration, the Court finds that good cause has been shown for the motion.  Accordingly, the Unopposed Motion for Continuance of the Trial Date and an Extension of the Current Deadlines (ECF No. 21) is **GRANTED**.  The trial in this matter, currently set for the week of January 29, 2024, is cancelled.  Trial will commence the week of **June 3, 2024**, at the Federal Courthouse in Hot Springs, Arkansas, at 9:00 a.m.  The discovery deadline is extended until **February 2, 2023**.  The dispositive motions deadline is extended until **March 4, 2024**.  All other deadlines in the Court's Final Scheduling Order (ECF No. 18) that have not yet passed should be modified in accordance with the new trial date.

**IT IS SO ORDERED**, this 26th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge