IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JOSHUA HICKMAN**                                                                                  **PLAINTIFF**

vs.                                               No.      6:22-cv-6101-SOH

**TEXARKANA TRUSS LLC.,**                                                                  **DEFENDANT**
**RED RIVER LUMBER COMPANY, INC.,**
**and MICHAEL CRAVEN**

### NOTICE OF APPEARANCE—SEAN SHORT

COMES NOW Attorney Sean Short of Sanford Law Firm, PLLC, and he does hereby enter his appearance on behalf of Plaintiff. Mr. Short certifies that he is a member in good standing of the Bar of the Western District of Arkansas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

        Respectfully submitted,

        **ATTORNEY SEAN SHORT**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com