IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JOSHUA HICKMAN**                                                                                      **PLAINTIFF**

vs.                                              No. 6:22-cv-6101-SOH

**TEXARKANA TRUSS, LLC,**                                                                   **DEFENDANTS**
**RED RIVER LUMBER COMPANY, INC.,**
**and MICHAEL CRAVEN**

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### ONLY AS TO DEFENDANT TEXARKANA TRUSS, LLC

Plaintiff Joshua Hickman and Defendants Texarkana Truss, LLC, Red River Lumber Company, Inc., and Michael Craven, by and through their respective undersigned counsel, hereby submit the following for their Joint Stipulation of Dismissal Without Prejudice only as to Separate Defendant Texarkana Truss, LLC:

1.  Plaintiff brought this action against Defendants Texarkana Truss, LLC, Red River Lumber Company, Inc., and Michael Craven alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA"), and the overtime provisions of the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* (the "AMWA").

2.  Pursuant to Rule 41(a)(1)(A)(ii), which allows claims to be dismissed by stipulation if signed by all parties who have appeared, Plaintiff hereby voluntarily dismisses all allegations without prejudice against Separate Defendant Texarkana Truss, LLC.

3.  Notwithstanding, nothing herein shall be deemed to construe a dismissal or

Page 1 of 2
Joshua Hickman v. Texarkana Truss, LLC, et al.
U.S.D.C. (W.D. Ark.) No. 6:22-cv-6101-SOH
Joint Stipulation of Dismissal Without Prejudice
only as to Defendant Texarkana Truss, LLC

release of Plaintiff's claims against Defendants Red River Lumber Company, Inc., and Michael Craven.

        Respectfully submitted,

        **PLAINTIFF JOSHUA HICKMAN**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **TEXARKANA TRUSS, LLC, RED RIVER LUMBER COMPANY, INC., and MICHAEL CRAVEN, DEFENDANTS**

        ATCHLEY, RUSSELL, WALDROP, & HLAVINKA, LLP
        1730 Galleria Oaks Drive
        Texarkana, Texas 75503
        Telephone: (903) 792-8246
        Facsimile: (903) 792-5801

        */s/ Louise Tausch*
        Louise Tausch
        Ark. Bar No. 86212
        Texas State Bar No. 19680600
        ltausch@arwhlaw.com

**Page 2 of 2**
**Joshua Hickman v. Texarkana Truss, LLC, et al.**
**U.S.D.C. (W.D. Ark.) No. 6:22-cv-6101-SOH**
**Joint Stipulation of Dismissal Without Prejudice**
**only as to Defendant Texarkana Truss, LLC**