UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JOSHUA HICKMAN

                                          PLAINTIFF


VS.                          CASE NO. 6:22-CV-6101-SOH


TEXARKANA TRUSS, LLC; RED
RIVER LUMBER COMPANY, INC.;
AND MICHAEL CRAVEN

                                          DEFENDANTS

---

ORAL DEPOSITION

OF

JOSHUA HICKMAN

---

January 31, 2024

The Bennington Law Firm
620 Clinton Street
Arkadelphia, Arkansas 71923


Shyloa Myers, RPR, CCR
Arkansas Lic. No. 710

EXHIBIT

1

<pre>
                          CERTIFICATE
STATE OF ARKANSAS        )
                         )ss
COUNTY OF SALINE         )
</pre>

I, Shyloa Myers, CCR, RPR, and Notary Public, do hereby certify that the foregoing testimony of the witness, JOSHUA HICKMAN, was reported verbatim through the use of the stenographic method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

I FURTHER CERTIFY that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript WAS NOT requested.

I FURTHER CERTIFY that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects impartiality or that requires me to provide any service not made available to all parties to the action.

WITNESS MY HAND AND SEAL this 14th day of February, 2024.

SHYLOA MYERS
MY COMMISSION # 12359002
EXPIRES: February 3, 2027
Saline County

Shyloa Myers, RPR, Notary Public
Arkansas CCR Lic. No. 710

LR Depo      LRdepo.com      501-444-2773
P. O. Box 2310, Benton, AR 72018

```
1    A.     Uh-huh.

2    Q.     Okay.  Do you remember how much Labor Finders paid

3    you per hour?

4    A.     Oh, it was, like, 13, 13.50 a hour, something like

5    that.

6    Q.     Does 11.75 sound --

7    A.     Sound --

8    Q.     -- accurate?

9    A.     Yeah, that sounds about right.

10   Q.     Okay.

11   A.     Yeah, that's Labor Finders.

12   Q.     Okay.  They may have charged Davis Lumber more, but

13   they paid you 11.75 per hour?

14   A.     Yes, ma'am.

15   Q.     Okay.  And that would make your overtime rate

16   17.62?

17   A.     Yes, ma'am.

18   Q.     And, again, I'm not trying to trick you.  I used my

19   calculator on my phone.

20   A.     Yes, ma'am.  That's okay.

21   Q.     Okay.  Okay.  Have you gone back to check either

22   your taxes or your pay stubs or bank accounts or anything

23   like that for that time period?

24   A.     No, ma'am.

25   Q.     Okay.
```

```
1           When you were being paid by Labor Finders, again
2    from October to December, did you have set hours?
3    A.     Well, it was eight -- well, yeah, hold on.  Seven
4    to five.  We did have set hours, seven to five.
5    Q.     Okay.  Monday through Friday?
6    A.     Yes, ma'am.
7           But I was still working overtime.
8    Q.     And we'll get to that.
9    A.     Okay.
10   Q.     But those were the hours that you were supposed to
11   be working --
12   A.     Yes, ma'am.
13   Q.     -- 7 a.m. to 5 p.m.?
14   A.     Yes, ma'am.
15   Q.     Did you work on Saturday?
16   A.     Oh, yes, ma'am.
17   Q.     What did you work on Saturday?
18   A.     Seven to 12.
19   Q.     Okay.  Were there other yard handlers working?
20   A.     Yes, ma'am.
21   Q.     Who were they?
22   A.     William Patillo, Trent Murphy.  Who else?
23   Justin -- not -- Dustin, Dustin.  I don't know his last
24   name.
25   Q.     That's okay.
```

```
 1          I just -- when I moved to Hot Springs, that's when
 2    I first heard of Labor Finders; and I just started
 3    working there.
 4    Q.    Okay.  Do you think that Labor Finders is some kind
 5    of governmental agency?
 6    A.    No, I don't.
 7    Q.    Okay.  All right.  Did you make notes of your time
 8    anywhere?  Like in a log or a spreadsheet or a journal or
 9    a diary or on a calendar or anything like that?
10    A.    No, ma'am.
11    Q.    Okay.  So nothing written down anywhere?
12    A.    No, ma'am.  I didn't think like that.  I was 23,
13    22.
14    Q.    Okay.  I get it.
15          Okay.  So how do you recall that it was 2 1/2 to
16    3 hours every day except for one day every two to three
17    weeks?
18    A.    Like I said, when I get back to work the next
19    day -- because when we get there to drop off the truck,
20    the building is locked down; so you can't clock out.
21          So we have to tell Danielle, the manager at the
22    time, "Hey, this is the hours we worked.  This is the
23    time I got off."
24          She just write it down, and she just set it to the
25    side.  When we get ready to go clock in the clock out, I
```

```
 1          I want to move to the time period from December
 2   2021 to July 2022, okay?
 3   A.    Okay.
 4   Q.    And you know why I'm switching that time period,
 5   okay; and we're going to talk about that time period,
 6   okay?
 7   A.    Uh-huh.
 8   Q.    So what happened in December 2021 regarding your
 9   employment?  Did it change?
10   A.    Oh, yes, ma'am.  I went full time.
11   Q.    Okay.  And what does that mean?
12   A.    What you -- full time?
13   Q.    Yeah.
14   A.    I'm working full time with the company now.
15   Q.    All right.
16   A.    At the company.
17   Q.    All right.  And who are you working for?
18   A.    Davis Lumber.
19   Q.    Okay.  And it's your understanding and your belief
20   that your employer is Davis Lumber, correct?
21   A.    Yes, ma'am.
22   Q.    Okay.  And you started receiving payment directly
23   from Davis Lumber; is that right?
24   A.    Yes, ma'am.
25   Q.    Okay.  And you started receiving pay stubs from
```

```
 1   A.    Since we switched over now, right?
 2   Q.    Right, right.
 3   A.    That I don't believe, no.
 4   Q.    You didn't get any overtime pay?
 5   A.    I ain't saying any.  I don't believe that I got all
 6   of my overtime pay.
 7   Q.    Right, right.
 8         But you got paid some overtime pay --
 9   A.    Some, yes, ma'am.
10   Q.    Okay.  And the overtime pay that you got paid was
11   direct deposit?
12   A.    Yes, ma'am.
13   Q.    Okay.  How much did Davis Lumber pay you per hour?
14   A.    I think I went up to, like, 13, 15.  One of --
15   between -- that's been a while.
16   Q.    Okay.
17   A.    13, I say.  I'll just say 13.
18   Q.    Okay.
19   A.    13 or 14.
20   Q.    13 or 14?
21   A.    Yes, ma'am.
22   Q.    Okay.  And did Davis Lumber pay you weekly or
23   biweekly?
24   A.    They paid me weekly.
25   Q.    Okay.  Did your job duties change when you became
```

1    A.    If it's -- if it's still a big load, it'd be me by
2    myself still too.
3    Q.    Okay.  When two people were in the truck, was it a
4    regular two-person team?  Or was it just whoever's there
5    and --
6    A.    Whoever there.
7    Q.    -- can go with you?
8    A.    Whoever there.
9    Q.    Okay.  Were the hours the same, seven to five
10   normally?
11   A.    Yes, ma'am.
12   Q.    Okay.  And is it your testimony that you worked
13   2 1/2 to 3 hours every day during the week Monday through
14   Friday overtime?
15   A.    Yes, ma'am.  Well, certain -- like I said, certain
16   days I call and say, "Hey, I need to get off early.  I
17   got something to do," or "because I'm tired."
18   Q.    Okay.  So would that have been once every two to
19   three weeks?
20   A.    Oh, I say once every two the three weeks, yes,
21   ma'am.
22   Q.    Okay.  And is it your testimony that you never got
23   lunch?
24   A.    I ain't say I never got lunch.
25   Q.    Okay.

```
 1   Q.    How many times did you work on Sunday?
 2   A.    Oh, I say about three times for sure.
 3   Q.    Okay.
 4   A.    And I stopped.
 5   Q.    And how long did you work on those three Sundays?
 6   A.    About three to four hours.
 7   Q.    All three Sundays?
 8   A.    Not -- yeah, all three Sundays.  Yeah.  Basically,
 9   yeah.
10   Q.    Okay.
11   A.    If I still had my old phone, I'd be really certain.
12   Q.    Okay.  Would you look at Interrogatory Number 3,
13   which is -- it starts on Page 3.
14   A.    Uh-huh.
15   Q.    And that, that the Interrogatory asks:  "Please
16   state how many hours Plaintiff contends that he worked
17   each and every individual week during the Applicable
18   Period," which is during the time period that you worked
19   for Davis Lumber.
20         And there are some objections.  If you look at
21   Page 4, it has subject to the objections you state as
22   follows.
23         Are you with me?
24   A.    Yes, ma'am.
25   Q.    It says, "I would say I was working about 80 hours
```

```
 1   per week."
 2          Is that still your testimony or not?
 3   A.     Yes, ma'am.
 4   Q.     Okay.  So it's your testimony that you worked 40
 5   hours of regular time and 40 hours of overtime every
 6   week?  Is that your testimony here today?
 7   A.     No, ma'am.  It's -- that's wrong.  That's wrong.
 8   Q.     That's incorrect?
 9   A.     Yes, ma'am.
10   Q.     Okay.
11   A.     Yeah, that's wrong.
12   Q.     The last sentence says:  "I would also arrive
13   around -- about one to two hours before my shift and
14   would work off the clock until I could clock in at
15   seven."
16          That's incorrect, isn't it?
17   A.     Well, it depends.  Like I said, I got -- I got the
18   gate -- I mean, I got the key to the gate.  So I do get
19   there.  When he want me to get there and he said he'll
20   meet me there and he don't meet me there, I still be
21   there.  And I still can't clock in if he's not there
22   because he got the key to his office and the main store,
23   so yeah.
24   Q.     Okay.
25   A.     I can say that's correct.
```

```
 1    Q.    Okay.  Okay.  So the first sentence is false?
 2    A.    Yes, but I'm not going to say I -- I'm not going to
 3    say I worked 80 hours a week.
 4    Q.    Okay.
 5    A.    It was, like, 45 to -- what?  50 hours a week.  It
 6    depends.
 7    Q.    Okay.  Okay.  All right.  So your testimony here
 8    today is you worked 45 to 50 hours a week?
 9    A.    Yes, ma'am.  That's --
10    Q.    Okay.
11    A.    -- time I supposed to work.
12    Q.    Okay.  All right.  Which would be approximately
13    five to 10 hours of overtime a week?
14    A.    Yes, ma'am.
15    Q.    All right.
16    A.    Is this mines to keep?
17    Q.    The court reporter is going to take that.
18    A.    Okay.
19    Q.    You can get a copy from your attorney.
20    A.    Okay.
21    Q.    Did you make any notes or a log or a diary or write
22    it on a calendar how many hours you were working while
23    you were working at Davis Lumber?
24    A.    No, ma'am.
25    Q.    All right.  Were you paid for the regular hours
```

```
1    that you worked while you were working at Davis Lumber?
2    A.     Yes, ma'am.
3    Q.     Were you paid for all of the regular hours that you
4    worked at Davis Lumber?
5    A.     Yes, ma'am.
6    Q.     Okay.  Were you paid for all of the overtime hours
7    that you worked at Davis Lumber?
8    A.     I don't feel like I was.
9    Q.     Okay.  And that's the 2 1/2 to 3 hours --
10   A.     Yes, ma'am.
11   Q.     -- each night?
12   A.     Yes, ma'am.
13   Q.     Okay.  And some on the week -- on the Saturday or
14   Sunday?
15   A.     Yes, ma'am.
16   Q.     Okay.
17   A.     I will remember this more better if it was close to
18   the time I did quit, though.
19   Q.     Sure.
20   A.     Yeah.  Because it's, like, two years, three years
21   ago now.
22                (Exhibit 2 marked for identification.)
23   Q.     Let me show you Exhibit Number 2.
24          The first page is your last check; is that correct?
25   A.     No.
```

```
 1    A.    Yes, ma'am.

 2    Q.    Is that right?

 3    A.    Yes, ma'am.

 4    Q.    And, as far as we can determine, that's when you

 5    first started full time at Davis Lumber; is that right?

 6    A.    Yes, ma'am.

 7    Q.    Okay.  And the very first entry shows 6:15 a.m.

 8          Do you see that?

 9    A.    Yes, ma'am.

10    Q.    And who would have clocked in then?

11    A.    At 6:15?

12    Q.   · Right.

13    A.    Wouldn't nobody be there at 6:15 in the morning

14    because they don't open it till seven.

15    Q.    Okay.  Well, this is your clock in report.

16          At the top do you see "employee"?

17    A.    Yes, ma'am, I see.

18    Q.    Josh Hickman?

19    A.    Yes, ma'am.

20    Q.    Okay.  So would you have clocked in?  Or did

21    somebody else clock you in?

22    A.    I guess I --

23    Q.    Can you tell?

24    A.    I can say I clocked in.  Yeah, I can say that.

25    Q.    Okay.  So that was before 7:00, right?
```

1  Q.    Okay.  On the second one, the 6:30 is accurate; but
2  the noon is not accurate, is that right?
3  A.    I'm going to say no.
4  Q.    Okay.  The 12:30 is not accurate.
5        Is the 5 p.m. accurate?
6  A.    I don't remember because it's been a while.
7  Q.    Okay.  Okay.  The third one, is the 7 a.m.
8  accurate?
9  A.    Possibility, yes, ma'am.
10 Q.    Okay.  And the 1 p.m., there's --
11 A.    This one is clock out.
12 Q.    Yeah.
13 A.    And that's the day probably -- I told you that's
14 when I leave early.
15 Q.    Right.
16 A.    Because I don't -- they not going to work me like
17 that.
18 Q.    December 11 is a Saturday.
19 A.    Oh, it is?  Well, like I said, it's been a while.
20 Q.    Sure.
21 A.    It's been a while.
22 Q.    Sure.
23 A.    Yeah.
24 Q.    So you just worked straight through lunch and left
25 at one?  So you were finished with that?

```
 1    Q.     -- there's a clock in at 7; is that accurate?
 2    A.     The next day clock in at 7?  Possibility.
 3    Q.     Okay.  What about the clocking in and out for
 4    lunch?  Is that accurate?
 5    A.     No.
 6    Q.     Okay.  And the clock out at 5, is that --
 7    A.     No.
 8    Q.     -- accurate?
 9    A.     No.
10    Q.     Okay.  The next day you clocked in at 6:45, and you
11    clock out at 2:03.  Is that accurate?
12    A.     Yeah, that's accurate.
13    Q.     Okay. The next day it's a clock in at 6:36 and a
14    clock out at 1:48 for lunch.  Is that accurate?
15    A.     Yes, ma'am.
16    Q.     And clock back in 2:40 -- 2:20.  Excuse me.
17    A.     Yes, ma'am.
18    Q.     Okay.  How long is that for lunch?
19    A.     Oh, 48 -- it was, like, 10 minutes.  I came back 10
20    minutes.
21    Q.     Roughly?
22    A.     Yes, ma'am.
23    Q.     Okay.  And you clocked that in and out, right?
24    A.     Yes, ma'am.
25    Q.     Okay.  And you clocked out at 4:30?
```

```
1    A.    He let me leave probably that day at 4:30.

2    Q.    Okay.

3    A.    It wasn't just me leaving him on.

4    Q.    Okay.  The next day you clocked in at 5:53.

5    A.    6:53.

6    Q.    Oh, I'm sorry.  I can't read.

7          Okay.  You clocked out at 1:04 for lunch, right?

8    A.    Yes, ma'am.

9    Q.    And you clocked back in at 1:52; is that right?

10   A.    Possibility, yes, ma'am.

11   Q.    How long is that for lunch?

12   A.    That's -- that's 20 minutes then almost.

13   Q.    How about 48 minutes?

14   A.    Well, 48 minutes at the most.

15   Q.    Yeah.

16   A.    I don't know what I was doing.  I probably -- I

17   don't know what I was doing that day.

18   Q.    Okay.

19   A.    As a matter of fact, no.  He let me leave -- I

20   know -- I know what that is.  I know exactly what it is.

21   For me to be gone for 48 minutes, I left that day to go

22   back home to do something.  He told me I can go home and

23   do something I have to go do.

24         And on my way home, a rock came down from a

25   incline.  And I rolled on top of it and blew a flat on my
```

1  car, and so that's why I came back late the day.  I

2  remember that.

3  Q.    And you clocked out at 5:30; is that right?

4  A.    Yes, ma'am.

5  Q.    And then the next day, you clocked in at 6:41 and

6  clocked out at 11:37; is that right?

7  A.    You saying I took my lunch at 11:37?

8  Q.    Right.

9  A.    Yes, ma'am.

10  Q.    And clocked back -- you clocked back in at 12:36?

11  A.    Because I took -- that's the days -- yeah, that was

12  the days he said we was taking a hour lunch; and that's

13  what made me take my hour lunch.

14  Q.    Okay.  And you clocked out at 4:54.  Is that right?

15  A.    Yes, ma'am.  That's when everybody left the yard.

16  Q.    Okay.  The next day you clock in at 7; is that

17  correct?

18  A.    Yes, ma'am.

19  Q.    Who is Nancy Durham?

20  A.    That's -- I guess she at Dave -- Red River.  She

21  the one that do checks.

22  Q.    Okay.

23  A.    Nancy.

24  Q.    And she clocked you out at noon and clocked you

25  back in at 12:30?

```
1              MR. SHORT:  We can't talk during the
2         deposition.
3              THE WITNESS:  Oh, we can't.  Okay.
4    Q.   (By Ms. Tausch) Other than the lunches on here on
5    this first page, do you disagree with the time in, time
6    out?
7    A.   I -- I truly disagree, yes, ma'am.
8    Q.   With the time in, time out?
9    A.   The time in, I agree with some of them; but the
10   time outs, no, ma'am, I do not agree.
11   Q.   On this first page?
12   A.   On the page we just done looking at?
13   Q.   Right.
14   A.   Yes, ma'am, I do not -- I do not agree.
15   Q.   With the time out?
16   A.   With the time out.
17   Q.   Other than the lunches?  Other than the lunches?
18   A.   With the time out, yes, ma'am, I disagree.
19   Q.   Okay.  Okay.  In looking at these time clock
20   reports, do you know what ones you did and which ones
21   someone else may have clocked in -- clocked you in and
22   out?
23   A.   Oh, yes, ma'am.  I can -- I can show you which ones
24   I did.
25   Q.   Which ones did you do?
```

```
1   A.    Can I use a highlight there?
2   Q.    On this first page --
3   A.    Or do you just want me to tell you the date?
4   Q.    On this first page, tell me which ones you clocked
5   yourself in and out?
6   A.    Okay.  12/09, that right there.
7   Q.    Which ones?
8   A.    12/09.
9   Q.    On 12/09 what did you clock your -- you in and out?
10  A.    The time, 6:15 a.m.
11  Q.    Okay.
12  A.    I didn't -- I didn't clock the 7 p.m. out.
13  That's -- she did that, Danielle.  I just called and told
14  her this what time I got off.  Hold on.
15  Q.    Okay.  How do you know that?
16  A.    If I still had my old phone, I could show you.
17  Q.    If you -- okay.
18  A.    I had the times.  I had to text her and tell her
19  I'm in and out.  If I had my phone out, I could have
20  showed you.
21  Q.    Okay.  Okay.
22  A.    You waiting on me to go with some more?
23  Q.    Yes, sir.
24  A.    Because I always came in at awkward times, so
25  12/16/2020 -- 2021.  12/17/2021.
```

```
 1    Q.    So between 12/09 and 12/16, you didn't clock
 2    yourself in or out any of those other times?
 3    A.    No, ma'am.
 4    Q.    All right.  Okay.
 5          12/16, did you clock yourself in and out?
 6    A.    Yes, ma'am.
 7    Q.    All right.
 8    A.    17, the 20th.
 9    Q.    Okay.  On 17 did you do all of those times?
10    A.    Yes, ma'am.
11    Q.    All right.  On the 20th what did you do?
12    A.    Those times.
13    Q.    All of them?
14    A.    Yes, ma'am.
15    Q.    All right.
16    A.    Because that's the day everybody left the yard
17    late, and we clocked out in Scotty's office.
18    Q.    Okay.
19    A.    12/24.  I think there was snow on the ground that
20    time.
21    Q.    Okay.  Did you clock yourself in or out on 12/21?
22    A.    Yes, ma'am.
23    Q.    All right.  Okay.  What about on the next page?
24    A.    12 -- yeah, I say 12/27, doctor's appointment.
25    Q.    You clocked in and out?
```

```
 1   A.    12/27, yes, ma'am.

 2   Q.    Okay.

 3   A.    And it's -- I had probably a appointment or

 4   something going on that day.  I don't remember.

 5   Q.    All right.

 6   A.    12/29.

 7   Q.    You clocked yourself in and out --

 8   A.    Yes, ma'am.

 9   Q.    -- for all of those times?

10   A.    Yes, ma'am.

11   Q.    All right.  And by clocking yourself in and out,

12   you actually went on the computer and clocked yourself in

13   and out?

14   A.    Yes, ma'am.

15   Q.    All right.  Okay.  I wanted to make sure I

16   understand.

17         Okay.  Any other times on that second page?  I'm

18   not going to go through the whole thing.  I just want to

19   make sure I understand.

20   A.    Oh, yeah, yes, ma'am.  12/31/2021.

21   Q.    All right.

22   A.    January 3.

23   Q.    Okay.

24   A.    I'm just going to say the rest of them.

25   Q.    All the rest of them?
```

```
 1   A.     Yes, ma'am.  I'm just going to say that.
 2   Q.     Okay.  Okay.  All right.  Do you want to take a
 3   break?
 4   A.     Yes, ma'am.
 5              MS. TAUSCH:  Okay.  Sounds good because
 6          I'm moving on to another thing.
 7              (Recess taken from 11:56 a.m. to
 8          12:04 p.m.)
 9   Q.     (By Ms. Tausch)  I think we covered this, but I
10   want to make sure:  Did you ever complain about your pay
11   to anyone at Davis Lumber?
12   A.     Yes, ma'am.
13   Q.     Who?
14   A.     Scotty.
15   Q.     Okay.  And what was his response?
16   A.     "I -- I'm going to get it worked on."  What he say,
17   "I'm going to get it worked on, guy."
18   Q.     Okay.  Did he say how or who or anything like that?
19   A.     He say he got to talk to Nancy.
20   Q.     Okay.
21   A.     Or Jim.
22   Q.     Do you know if he ever did?
23   A.     No.
24   Q.     Okay.  I didn't know if he ever came back and said,
25   "I talked to them.  They're working it out"?
```

79

```
 1   A.    No.
 2         I just looked at one of my checks one day, and I
 3   seen that it changed to 14 a hour.
 4   Q.    Okay.  So was your complaint your hourly rate?
 5   A.    Or it -- no.  It was how much I was getting paid.
 6   Like, I was, like, I worked -- I thought I worked --
 7   like, say, for instance, you know, it's 40 hours a week.
 8   So I thought I worked 42 or something, so I'm, "Hey,
 9   where my other two hours at?"
10         You know, he was like, "Oh, no.  That goes on the
11   next check."
12   Q.    Okay.  Okay.  And did you see it on the next check?
13   A.    I don't pay attention to it.
14   Q.    Okay.
15   A.    To be honest with you.  I Doordash and I try to
16   make extra money.
17   Q.    Okay.  So it may have been there; you just didn't
18   pay attention?
19   A.    Yes, ma'am.
20   Q.    All right.  Did you ever receive a bonus while you
21   were working directly for Davis from December to July?
22   A.    I received my first bonus -- it was in November
23   when I received my first bonus.  I didn't receive one in
24   December, but the rest of the months I did for sure.
25   Q.    Who did you receive a bonus from in November?
```

```
1    A.    Scotty gave me a bonus.  He hands them out.

2    Q.    How much was it?

3    A.    Like $115, 112.

4    Q.    $112?

5    A.    Or just 115.

6    Q.    Okay.

7    A.    It just depends on how he feel.

8    Q.    Okay.  Was it a check or cash?

9    A.    A check.

10   Q.    Okay.  Was there a pay stub that went with it?

11   A.    Yes, ma'am.

12   Q.    Do you have a copy of that?

13   A.    No, ma'am.

14   Q.    Okay.  Now, you were working for Labor Finders at

15   that point in time?

16   A.    Yes, ma'am.

17   Q.    Okay.  When was the next bonus that you received?

18   A.    It was in January -- well, I already gave -- a

19   January bonus.

20   Q.    Okay.

21   A.    Yeah, it was in January.

22   Q.    Okay.  And how much was it?

23   A.    Oh, about 112, 115.

24   Q.    Okay.  And was it by check?

25   A.    By check, yes, ma'am.
```

```
1    Q.    Did Scotty hand it out?

2    A.    Yes, ma'am.

3    Q.    And, again, it was just on how he felt?

4    A.    How he -- yes, ma'am.

5    Q.    Okay.

6    A.    Because one of them months, Nathan didn't get a

7    check.  Because Nathan stood up for himself and said

8    something back to him.

9          And he was like, "I got you.  Don't worry about it.

10    You ain't getting a check."

11          And he didn't give him one.

12    Q.    Okay.  All right.  When was the next one you

13    received?

14    A.    March, February, April.

15    Q.    So did you get one in February?

16    A.    Yes, ma'am.

17    Q.    How much was it?

18    A.    The same amount as the other one.

19    Q.    112 or 115?

20    A.    Oh, like, 112, 115.  Like I said, it depends.

21    Q.    Were they all by check?

22    A.    Yes, ma'am.

23    Q.    Okay.  Were they all from Scotty?

24    A.    They hand it from Scotty, yes.

25    Q.    I mean -- yeah, that's what I meant.
```

```
1    A.     Yes, ma'am.

2    Q.     And was it all a matter of how he felt?

3    A.     Yes, that's how he -- that's how it go.

4    Q.     Okay.  Okay.  So you didn't know how they were

5    calculated?

6    A.     No, ma'am.

7    Q.     Okay.  You didn't know what it was based on?

8    A.     He said it was supposed to be performance of how

9    you work.

10   Q.     Scotty told you that?

11   A.     Yes, ma'am.

12          That's the only time you get a bonus, is

13   performance of how you work.

14   Q.     Did everybody get 112 or $115?

15   A.     Me, William got the same amount.  Nathan

16   sometimes -- like I said, it depends on how he's feeling.

17   He'll get the same amount.  Well, Nathan will have the

18   same amount as me and William.

19          And Trent get about 300.  Dustin probably get about

20   200.  Davey will get a hundred dollars.  It depends on

21   how he's feeling.

22   Q.     On how Scotty felt?

23   A.     Yes, ma'am.  Because he the one tell them how much

24   we get.

25   Q.     Tell who?
```

```
 1    like, 140 about -- yeah, round around.
 2    Q.    If you would look on Exhibit 2, would you look at
 3    Page 5.
 4    A.    Page 5.
 5    Q.    Would you look under the "gross" column.
 6    A.    The gross column?
 7    Q.    Right.
 8    A.    Yes, ma'am.
 9    Q.    Do you see the different amounts there?
10    A.    Yes, ma'am.
11    Q.    Do you know what that -- what those amounts
12    represent?
13    A.    No, I don't know.
14    Q.    Okay.  Do you know what Dustin King's position was?
15    A.    Dustin?  He was a truck driver as well.
16    Q.    Okay.  And what is Danielle's position?
17    A.    Oh, she was supposed to be store manager.
18    Q.    Store manager.
19          And Scotty was?
20    A.    The yard manager.
21    Q.    Okay.  And Jim was just under Mike?  That's all you
22    know?
23    A.    I don't know who Jim was.
24    Q.    Okay.  All right.  And Mike was the owner?  Mike
25    Craven was the owner; is that right?
```

```
1    A.      Yes, ma'am.
2    Q.      Okay.  Okay.  And you've given me the other people
3    that you know, okay.
4            When was the last time that you talked with Nathan?
5    A.      I say two years ago, year and a half ago now.
6    Q.      Okay.  What did you talk about?
7    A.      He called me and told me that they was handing out
8    handbooks and making them sign it and making them write
9    reports and all types of stuff because of me quitting.
10   Q.      Okay.  Write reports about what?
11   A.      I guess what happened -- Jim used to get onto us
12   about us leaving one person in the yard working by
13   himself.
14           And one morning I came in -- that's the day I quit.
15   That morning I came in, and it was just me and Nathan on
16   the yard.  There wasn't nobody else there.  But, this
17   guy, Paul, wanted us to go -- wanted me to go do this
18   delivery.
19           And we just got chewed out about being -- leaving
20   one person on the yard.  And I told him, I was like,
21   "Hey, I can't leave him on the yard.  You going to have
22   to wait till somebody get here."
23           He got mad.  He went back, called Jim and letting
24   him know, "Josh don't want to leave the yard" this, that,
25   and the third.
```

```
 1           And I was just telling him, "We got chewed out for
 2      that," you know, what I'm saying.  So when I see somebody
 3      pulled up, I left the yard.
 4           Then Danielle called me.  And she was like, "Why is
 5      you acting like that?"  This, that, and the third.  And
 6      she said something.
 7           And I was like, "You know what?  I'll be back to
 8      the yard."  And I drove back to the yard, just jumped
 9      out.
10           I said, "I quit."  And that was it.
11      Q.    Okay.  And on your way out, did you say, "Y'all
12      will be sorry"?
13      A.    No.
14      Q.    You didn't say that to anybody?
15      A.    No, I didn't -- I didn't say that.  "You will be
16      sorry" you say?  That don't -- that don't seem like
17      something I would say.
18      Q.    And two months later you filed this lawsuit?
19      A.    Yeah, I for sure did.
20      Q.    Okay.  When was the last time you talked with
21      William?
22      A.    Well, I say --
23      Q.    Just roughly?
24      A.    Just -- I say about two weeks after I quit.
25      Q.    Okay.  What did you talk about?
```

```
1    A.    Because I got wrote up.

2    Q.    And in the middle it says:  "Joshua was scheduled

3    to work Saturday and did not show up.  No call or text."

4          Is that what it says?

5    A.    I guess so, yes, ma'am.

6    Q.    Okay.  Well, can you read that?

7    A.    Yes, ma'am.  "Joshua was scheduled to work Saturday

8    and did not show up.  No call or text."

9    Q.    Okay.  And, right under Scotty's name, it has a

10   place for employee's comment; is that right?

11   A.    Yes, ma'am.

12   Q.    And there's no employee comment, is there?

13   A.    No.

14         I probably was mad that day.  And I was like:

15   "Okay, I'm just going to sign the paper."  Because I

16   don't see why I should have got wrote up.

17   Q.    Were you ever late to work at Davis Lumber?

18   A.    Yeah.  Everybody was late.

19   Q.    Do you know how many times?

20   A.    I can count on a handful, one hand.

21   Q.    Okay.  So at the most is five?

22   A.    Yes, ma'am.

23   Q.    Okay.  Were you ever absent from work?

24   A.    Yes, ma'am.  I caught COVID.

25   Q.    Okay.  Did you tell them that you caught COVID?
```

```
 1   A.     Oh, yes, ma'am.  I was at work when I caught it.
 2   Q.     Okay.  Were there any other reasons why you missed
 3   work or were late that you remember?
 4   A.     Doctor's appointments.  Yeah, I have excuses for
 5   doctor's appointments.  I don't know.
 6          And that's -- sometimes I just called in because I
 7   didn't want to go because I was tired, literally tired.
 8   Q.     Okay.  Who would you text with if you were going to
 9   be late or absent?
10   A.     Oh, I tell Danielle or Scotty.
11   Q.     Okay.  All right.  What was your position at Care
12   Above All?
13   A.     I was a PCA, personal care assistant.
14   Q.     Okay.  What was Margo Walker's position?
15   A.     Who?
16   Q.     Do you know Margo Walker?
17   A.     I don't know who that is.
18   Q.     Did you know Nodia Green?
19   A.     Nadia?
20   Q.     Nadia.
21   A.     Yes.  I know who that is, yes.
22   Q.     What was her position?
23   A.     She was a PCA as well.
24   Q.     Okay.  Did you fill out an application at Davis
25   Lumber?
```

```
 1   A.     Yes, ma'am.
 2   Q.     And what is the rate?
 3   A.     14 an hour.
 4   Q.     Okay.
 5   A.     That don't mean that it changed, though.
 6   Q.     Did you ever call Davis Lumber after you quit and
 7   tell them that you didn't receive your last check?
 8   A.     Yes, ma'am.
 9   Q.     Okay.
10   A.     I -- I called and asked.  They gave it to me early
11   and I didn't know.
12   Q.     Okay.
13   A.     They added it onto the last check.
14   Q.     Okay.
15   A.     She even blocked me.
16   Q.     So it was actually just an error?  You did receive
17   your last check?
18   A.     I didn't know I received it.  It was very short, so
19   I didn't know.
20   Q.     So it was just an error?  You actually did receive
21   your last check?
22   A.     Yes, ma'am.
23   Q.     Okay.  I just wanted to make sure that that had
24   been taken care of.
25   A.     Yes, ma'am.
```

```
 1    Virginia.
 2    Q.      Okay.
 3    A.      Then from Virginia to North Carolina.
 4    Q.      Okay.
 5    A.      Then South Carolina.  Then I went to Baltimore,
 6    Maryland.  Then I went from there and we went to Georgia.
 7    Q.      How long did you work for Netscout?
 8    A.      I caught them in the middle of the -- in the middle
 9    of the season; so I say about four, five months.
10    Q.      What happened?  Why --
11    A.      It was the end of the season.  Somebody broke in my
12    car in Hot Springs, and I flew back.  And that was the
13    end of the season right there though.
14    Q.      Okay.  When you walked off the job at Davis on
15    July 13, you asked Tasha to clock you out?
16    A.      I didn't --
17    Q.      Or did you just clock out?  Or what did you do?
18    A.      I didn't clock out at all.
19    Q.      Okay.  Do you remember what time it was that you
20    left on July 13?
21    A.      It wasn't before 12 noon.  It wasn't before that,
22    so it was in the morning time.
23    Q.      Okay.
24    A.      I was going on my first delivery.  I say about --
25    about roughly 9:30, 10:00.
```

```
 1   Q.    In the morning?

 2   A.    Yes, ma'am.

 3   Q.    And you don't remember telling Tasha or Danielle

 4   that, "You'll be sorry for this"?

 5   A.    Oh, no.  I just told them, I said, "I -- I'm going

 6   to sue y'all."  That's what I told them.

 7   Q.    You told them --

 8   A.    Yeah.

 9   Q.    -- "I'm going to sue you"?

10   A.    Yeah.

11   Q.    Okay.

12   A.    And that's what made her turn around and come talk

13   to me.

14   Q.    Okay.  I don't want to get into and I can't get

15   into what you talked to your attorneys about.

16         Do you understand that?

17   A.    I know.  Yes, ma'am.

18   Q.    Okay.  That's privileged.  But I want to ask a

19   couple of questions, and you'll find out why in just a

20   minute.

21         When did you first talk to anybody at the Sanford

22   Law Firm?  And that's the law firm that's representing

23   you here today.  Just roughly?

24   A.    I say about a week later.

25   Q.    Okay.  Do you remember who you talked to?
```

```
 1                   THE WITNESS:  Okay.
 2                     EXAMINATION
 3   BY MR. SHORT:
 4   Q.    In Interrogatory Number 3 that we looked at, you
 5   were -- it asked you how many hours that you worked, and
 6   counsel for the Defendant asked you some questions about
 7   that.  I just wanted to clarify what your answer is
 8   there.
 9         Did you testify that you worked 45 or 50 hours per
10   week?
11   A.    Yes, sir.
12   Q.    Is that your -- were you referring to your
13   scheduled hours?  Or all hours that you worked?
14   A.    That were scheduled hours.
15   Q.    Okay.  Because you were asked about your schedule,
16   and was it your testimony that you were scheduled to work
17   from 7 a.m. to 5 p.m. Monday to Friday?
18   A.    Yes, sir.
19   Q.    How many hours would that be per day?
20   A.    Supposed to be 40 hours.
21   Q.    Well, how many hours is it from 7 a.m. to noon?
22   A.    Eight, nine, 10 -- about five.
23   Q.    And then from noon to five is how many more hours?
24   A.    See, we didn't count -- we leave one hour out.  So
25   I say, yeah, it's nine hours.
```

```
 1   Q.     Did you expect to receive the bonus every month?
 2                   MS. TAUSCH:  Same objection.
 3   A.     Yeah.  To be honest, yes, sir.
 4   Q.     Okay.  Would you have been surprised if you didn't
 5   get your bonus at the end of the month?
 6                   MS. TAUSCH:  Object to the form.
 7   A.     Yes, sir, I would have been.
 8                   MR. SHORT:  We'll reserve the rest of our
 9           questions.
10                   MS. TAUSCH:  I don't have any more.
11                   (Discussion off the record.)
12                   MS. TAUSCH:  I do have two follow ups.
13                   FURTHER EXAMINATION
14   BY MS. TAUSCH:
15   Q.     Mr. Hickman, in regards to the eight to 12 hours a
16   week extra that you claim to have worked, is that every
17   week from January to December -- January to July of 2022?
18   A.     I'm not going to say every week, but it was certain
19   days out of them weeks that I worked overtime after the
20   hours.
21   Q.     Can you tell us as we sit here today which weeks it
22   was?
23   A.     I can't.  I can't tell you which weeks it was, no,
24   ma'am.
25   Q.     Can you tell us which weeks it was not?
```

```
1    A.    No, ma'am, I can't tell you that.
2    Q.    Okay.  You understand that this lawsuit that you
3    filed is in regard to the fact that you don't believe you
4    were paid everything that you were owed?
5    A.    Yes, ma'am.
6    Q.    And this is my one shot to find out what you claim
7    you were owed?
8    A.    Yes, ma'am.
9    Q.    And, if you can't tell me here today, I don't get
10   another shot until trial.
11         Do you understand that?
12   A.    Yes, ma'am.
13   Q.    Is there anything that we can look at or anybody we
14   can talk to to find out more specifically which weeks
15   those were?
16   A.    I could say Scotty, but Scotty is all the way in
17   Texarkana; so I -- I don't know how could you get in
18   touch with him and ask him them questions.
19   Q.    Okay.  So Scotty can tell me --
20   A.    Yes, ma'am.
21   Q.    -- which weeks they were?
22   A.    He can, yes, ma'am.
23   Q.    Okay.  All right.
24   A.    Unless he don't want to tell you.
25   Q.    Okay.  All right.  In regard to the bonuses, you
```

1    have told me here today that whether or not somebody got

2    a bonus depended on how Scotty felt; right?

3    A.    Yes, ma'am.

4    Q.    And there were some people that didn't get bonuses,

5    right?

6    A.    Yes, ma'am.

7    Q.    So, in regard to whether or not you may have

8    expected it, you might not have gotten one; right?

9    A.    Yes, ma'am.

10   Q.    Okay.  All right.

11                  MS. TAUSCH:  That's all I have.

12                  (Deposition concluded at 12:51 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25