7

# TimeClockReport

LIBBY TRICHEL

10/05/2022 02:20 PM

Format = 3
SortOrder = 1
DateStart = 8/1/2021 5:00:00 AM
DateEnd = 10/6/2022 5:00:00 AM
TimeToInclude = 3
EmployeeNumberStart = 5-508
EmployeeNumberEnd = 5-508
IncludeEdits = true



EXHIBIT 3

DAVIS 0007

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**                                    Pay Rate Desc: HOURLY - MAL - 2002

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 12/17/2021 Check # 7132 | 12/09/2021 | 6:15 AM | 12:00 PM | LUNCH* | 12.25 |
| | | 12/16/2021 9:51:47 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | | 12:30 PM | 7:00 PM | EOD* | |
| | | 12/16/2021 9:52:34 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | 12/10/2021 | 6:30 AM | 12:00 PM | LUNCH* | 10.00 |
| | | 12/16/2021 9:53:40 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 12/16/2021 9:54:24 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | 12/11/2021 | 7:00 AM | 1:00 PM | EOD* | 6.00 |
| | | 12/16/2021 9:55:22 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | 12/13/2021 | 6:30 AM | 12:00 PM | LUNCH* | 10.25 |
| | | 12/16/2021 9:57:23 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | | 12:30 PM | 5:15 PM | EOD* | |
| | | 12/16/2021 10:01:25 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | 12/14/2021 | 6:30 AM | 12:00 PM | LUNCH* | 10.00 |
| | | 12/16/2021 10:03:05 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 12/16/2021 10:05:11 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | 12/15/2021 | 7:00 AM | 12:00 PM | LUNCH* | 9.50 |
| | | 12/16/2021 10:06:04 AM By: JUDITH D CHENAULT | | | |
| Paid 12/17/2021 Check # 7132 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 12/16/2021 10:06:40 AM By: JUDITH D CHENAULT | | | |
| Paid 12/24/2021 Check # 7166 | 12/16/2021 | 6:45 AM | 2:03 PM | EOD | 7.31 |
| Paid 12/24/2021 Check # 7166 | 12/17/2021 | 6:36 AM | 1:48 PM | LUNCH | 9.35 |
| Paid 12/24/2021 Check # 7166 | | 2:20 PM | 4:30 PM | EOD | |
| Paid 12/24/2021 Check # 7166 | 12/20/2021 | 6:53 AM | 1:04 PM | LUNCH | 9.81 |
| Paid 12/24/2021 Check # 7166 | | 1:52 PM | 5:30 PM | EOD* | |
| | | 12/21/2021 6:50:07 AM By: Tasha Collins | | | |
| Paid 12/24/2021 Check # 7166 | 12/21/2021 | 6:41 AM | 11:37 AM | LUNCH | 9.22 |
| Paid 12/24/2021 Check # 7166 | | 12:36 PM | 4:54 PM | EOD | |
| Paid 12/24/2021 Check # 7166 | 12/22/2021 | 7:00 AM | 12:00 PM | LUNCH* | 9.50 |
| | | 12/23/2021 9:13:12 AM By: NANCY L. DURHAM | | | |
| Paid 12/24/2021 Check # 7166 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 12/23/2021 9:13:45 AM By: NANCY L. DURHAM | | | |
| Paid 12/31/2021 Check # 7200 | 12/23/2021 | 6:00 AM | 12:00 PM | LUNCH* | 10.50 |
| | | 12/28/2021 11:39:14 AM By: JUDITH D CHENAULT | | | |
| Paid 12/31/2021 Check # 7200 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 12/28/2021 11:39:45 AM By: JUDITH D CHENAULT | | | |
| Paid 12/31/2021 Check # 7200 | 12/24/2021 | 8:00 AM | 4:00 PM | EOD-H* | 8.00 |
| | | 12/30/2021 10:27:57 AM By: NANCY L. DURHAM | | | |
| Paid 12/31/2021 Check # 7200 | 12/27/2021 | 6:38 AM | 1:57 PM | LUNCH | 10.19 |

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**                                   **Pay Rate Desc: HOURLY - MAL - 2002**

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 12/31/2021 Check # 7200 | 12/27/2021 | 2:53 PM | 5:45 PM | EOD* | 10.19 |
| | | 12/29/2021 6:55:21 AM By: JUDITH D CHENAULT | | | |
| Paid 12/31/2021 Check # 7200 | 12/29/2021 | 6:40 AM | 12:30 PM | LUNCH | 9.84 |
| Paid 12/31/2021 Check # 7200 | | 1:00 PM | 5:00 PM | EOD* | |
| | | 12/30/2021 9:20:49 AM By: NANCY L. DURHAM | | | |
| Paid 01/07/2022 Check # 7234 | 12/30/2021 | 7:28 AM | 11:32 AM | LUNCH | 8.37 |
| Paid 01/07/2022 Check # 7234 | | 12:19 PM | 4:38 PM | EOD | |
| Paid 01/07/2022 Check # 7234 | 12/31/2021 | 6:53 AM | 12:00 PM | LUNCH* | 9.45 |
| | | 1/6/2022 7:13:43 AM By: JUDITH D CHENAULT | | | |
| Paid 01/07/2022 Check # 7234 | | 12:30 PM | 4:50 PM | EOD* | |
| | | 1/6/2022 7:14:20 AM By: JUDITH D CHENAULT | | | |
| Paid 01/07/2022 Check # 7234 | 01/03/2022 | 9:56 AM | 1:26 PM | LUNCH | 6.43 |
| Paid 01/07/2022 Check # 7234 | | 1:53 PM | 4:48 PM | EOD | |
| Paid 01/07/2022 Check # 7234 | 01/04/2022 | 6:40 AM | 12:37 PM | LUNCH | 9.71 |
| Paid 01/07/2022 Check # 7234 | | 1:02 PM | 4:48 PM | EOD | |
| Paid 01/07/2022 Check # 7234 | 01/05/2022 | 6:56 AM | 12:27 PM | LUNCH | 8.89 |
| Paid 01/07/2022 Check # 7234 | | 1:12 PM | 4:34 PM | EOD* | |
| | | 1/5/2022 4:51:28 PM By: JUDITH D CHENAULT | | | |
| Paid 01/14/2022 Check # 7269 | 01/06/2022 | 7:01 AM | 1:19 PM | LUNCH | 8.45 |
| Paid 01/14/2022 Check # 7269 | | 2:20 PM | 4:29 PM | EOD | |
| Paid 01/14/2022 Check # 7269 | 01/07/2022 | 7:30 AM | 11:03 AM | EOD | 3.55 |
| Paid 01/14/2022 Check # 7269 | 01/08/2022 | 7:12 AM | 11:42 AM | EOD | 4.49 |
| Paid 01/14/2022 Check # 7269 | 01/10/2022 | 6:58 AM | 12:00 PM | LUNCH* | 9.48 |
| | | 1/12/2022 6:36:26 AM By: JUDITH D CHENAULT | | | |
| Paid 01/14/2022 Check # 7269 | | 12:30 PM | 4:57 PM | EOD* | |
| | | 1/12/2022 6:36:35 AM By: JUDITH D CHENAULT | | | |
| Paid 01/14/2022 Check # 7269 | 01/11/2022 | 6:55 AM | 12:00 PM | LUNCH* | 9.83 |
| | | 1/12/2022 6:34:29 AM By: JUDITH D CHENAULT | | | |
| Paid 01/14/2022 Check # 7269 | | 12:30 PM | 5:15 PM | EOD* | |
| | | 1/12/2022 6:34:58 AM By: JUDITH D CHENAULT | | | |
| Paid 01/14/2022 Check # 7269 | 01/12/2022 | 7:04 AM | 12:00 PM | LUNCH* | 9.43 |
| | | 1/13/2022 6:41:44 AM By: JUDITH D CHENAULT | | | |
| Paid 01/14/2022 Check # 7269 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 1/13/2022 6:42:20 AM By: JUDITH D CHENAULT | | | |
| Paid 01/21/2022 Check # 7304 | 01/13/2022 | 7:08 AM | 12:00 PM | LUNCH* | 8.37 |
| | | 1/20/2022 9:41:27 AM By: NANCY L. DURHAM | | | |
| Paid 01/21/2022 Check # 7304 | | 12:30 PM | 4:00 PM | EOD* | |
| | | 1/20/2022 9:42:02 AM By: NANCY L. DURHAM | | | |
| Paid 01/21/2022 Check # 7304 | 01/14/2022 | 6:52 AM | 2:55 PM | LUNCH | 9.53 |

DAVIS 0009

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**                                      **Pay Rate Desc: HOURLY - MAL - 2002**

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 01/21/2022 Check # 7304 | 01/14/2022 | 3:24 PM | 4:53 PM | EOD | 9.53 |
| Paid 01/21/2022 Check # 7304 | 01/16/2022 | 6:00 PM | 9:00 PM | EOD* | 3.00 |
| | | 1/17/2022 7:31:23 AM By: JUDITH D CHENAULT | | | |
| Paid 01/21/2022 Check # 7304 | 01/17/2022 | 5:30 AM | 12:00 PM | LUNCH* | 13.75 |
| | | 1/20/2022 9:57:02 AM By: NANCY L. DURHAM | | | |
| Paid 01/21/2022 Check # 7304 | | 12:30 PM | 7:45 PM | EOD* | |
| | | 1/20/2022 9:57:22 AM By: NANCY L. DURHAM | | | |
| Paid 01/21/2022 Check # 7304 | 01/18/2022 | 5:30 AM | 12:00 PM | LUNCH* | 11.00 |
| | | 1/19/2022 9:06:48 AM By: Tasha Collins | | | |
| Paid 01/21/2022 Check # 7304 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 1/20/2022 9:56:06 AM By: NANCY L. DURHAM | | | |
| Paid 01/21/2022 Check # 7304 | 01/19/2022 | 7:21 AM | 11:59 AM | EOD | 4.65 |
| Paid 01/28/2022 Check # 7339 | 01/20/2022 | 6:55 AM | 10:47 AM | LUNCH | 8.63 |
| Paid 01/28/2022 Check # 7339 | | 11:50 AM | 4:36 PM | EOD | |
| Paid 01/28/2022 Check # 7339 | 01/24/2022 | 6:55 AM | 9:13 AM | EOD | 2.30 |
| Paid 02/04/2022 Check # 7374 | 01/31/2022 | 6:53 AM | 2:00 PM | LUNCH | 10.86 |
| Paid 02/04/2022 Check # 7374 | | 2:30 PM | 6:15 PM | EOD* | |
| | | 2/2/2022 9:24:33 PM By: NANCY L. DURHAM | | | |
| Paid 02/04/2022 Check # 7374 | 02/01/2022 | 6:41 AM | 1:30 PM | LUNCH* | 10.07 |
| | | 2/2/2022 9:27:59 PM By: NANCY L. DURHAM | | | |
| Paid 02/04/2022 Check # 7374 | | 2:00 PM | 5:15 PM | EOD* | |
| | | 2/2/2022 9:26:57 PM By: NANCY L. DURHAM | | | |
| Paid 02/04/2022 Check # 7374 | 02/02/2022 | 6:49 AM | 10:27 AM | LUNCH | 9.55 |
| Paid 02/04/2022 Check # 7374 | | 11:06 AM | 5:00 PM | EOD | |
| Paid 02/11/2022 Check # 7409 | 02/07/2022 | 6:56 AM | 2:19 PM | LUNCH | 9.47 |
| Paid 02/11/2022 Check # 7409 | | 2:52 PM | 4:56 PM | EOD | |
| Paid 02/11/2022 Check # 7409 | 02/08/2022 | 6:52 AM | 1:25 PM | LUNCH | 9.25 |
| Paid 02/11/2022 Check # 7409 | | 2:03 PM | 4:45 PM | EOD | |
| Paid 02/11/2022 Check # 7409 | 02/09/2022 | 6:57 AM | 12:00 PM | LUNCH* | 10.13 |
| | | 2/10/2022 6:39:01 AM By: JUDITH D CHENAULT | | | |
| Paid 02/11/2022 Check # 7409 | | 12:30 PM | 5:35 PM | EOD* | |
| | | 2/10/2022 6:39:40 AM By: JUDITH D CHENAULT | | | |
| Paid 02/18/2022 Check # 7444 | 02/10/2022 | 7:25 AM | 2:39 PM | LUNCH | 8.96 |
| Paid 02/18/2022 Check # 7444 | | 3:17 PM | 5:01 PM | EOD | |
| Paid 02/18/2022 Check # 7444 | 02/11/2022 | 8:31 AM | 12:00 PM | LUNCH* | 9.48 |
| | | 2/14/2022 4:41:49 PM By: JUDITH D CHENAULT | | | |
| Paid 02/18/2022 Check # 7444 | | 12:30 PM | 6:30 PM | EOD* | |
| | | 2/14/2022 4:43:18 PM By: JUDITH D CHENAULT | | | |

Case 6:22-cv-06101-SOH   Document 29-3    Filed 03/04/24   Page 5 of 12 PageID #: 152
11

10/5/2022 2:20:00 PM                                                                                                Page 4 of 11

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**                                                  **Pay Rate Desc: HOURLY - MAL - 2002**

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 02/18/2022 Check # 7444 | 02/14/2022 | 6:50 AM | 2:24 PM | EOD | 7.58 |
| Paid 02/18/2022 Check # 7444 | 02/15/2022 | 7:08 AM | 12:00 PM | LUNCH* | 9.62 |
| | | 2/16/2022 4:10:39 PM By: JUDITH D CHENAULT | | | |
| Paid 02/18/2022 Check # 7444 | | 12:30 PM | 5:15 PM | EOD* | |
| | | 2/16/2022 4:13:23 PM By: JUDITH D CHENAULT | | | |
| Paid 02/18/2022 Check # 7444 | 02/16/2022 | 6:50 AM | 2:30 PM | LUNCH* | 9.91 |
| | | 2/16/2022 3:22:47 PM By: JUDITH D CHENAULT | | | |
| Paid 02/18/2022 Check # 7444 | | 3:00 PM | 5:14 PM | EOD | |
| Paid 02/25/2022 Check # 7478 | 02/17/2022 | 6:25 AM | 12:00 PM | LUNCH* | 9.83 |
| | | 2/24/2022 9:48:38 AM By: NANCY L. DURHAM | | | |
| Paid 02/25/2022 Check # 7478 | | 12:45 PM | 5:00 PM | EOD* | |
| | | 2/24/2022 9:49:11 AM By: NANCY L. DURHAM | | | |
| Paid 02/25/2022 Check # 7478 | 02/18/2022 | 7:01 AM | 12:00 PM | LUNCH* | 8.98 |
| | | 2/24/2022 9:49:38 AM By: NANCY L. DURHAM | | | |
| Paid 02/25/2022 Check # 7478 | | 12:45 PM | 4:45 PM | EOD* | |
| | | 2/24/2022 9:50:16 AM By: NANCY L. DURHAM | | | |
| Paid 02/25/2022 Check # 7478 | 02/19/2022 | 7:02 AM | 11:58 AM | EOD | 4.93 |
| Paid 02/25/2022 Check # 7478 | 02/21/2022 | 7:01 AM | 11:40 AM | LUNCH | 9.13 |
| Paid 02/25/2022 Check # 7478 | | 12:32 PM | 5:01 PM | EOD | |
| Paid 02/25/2022 Check # 7478 | 02/22/2022 | 7:03 AM | 1:17 PM | LUNCH | 7.10 |
| Paid 02/25/2022 Check # 7478 | | 1:40 PM | 2:32 PM | EOD | |
| Paid 02/25/2022 Check # 7478 | 02/23/2022 | 7:12 AM | 12:04 PM | EOD | 4.86 |
| Paid 03/04/2022 Check # 7511 | 02/24/2022 | 1:31 PM | 4:54 PM | EOD | 3.39 |
| Paid 03/04/2022 Check # 7511 | 02/25/2022 | 7:26 AM | 12:00 PM | LUNCH* | 8.57 |
| | | 3/3/2022 6:57:12 AM By: JUDITH D CHENAULT | | | |
| Paid 03/04/2022 Check # 7511 | | 12:30 PM | 4:30 PM | EOD* | |
| | | 3/3/2022 6:57:47 AM By: JUDITH D CHENAULT | | | |
| Paid 03/04/2022 Check # 7511 | 02/26/2022 | 7:35 AM | 11:47 AM | EOD | 4.20 |
| Paid 03/04/2022 Check # 7511 | 02/28/2022 | 5:00 AM | 12:45 PM | LUNCH* | 11.20 |
| | | 3/3/2022 7:00:23 AM By: JUDITH D CHENAULT | | | |
| Paid 03/04/2022 Check # 7511 | | 1:33 PM | 5:00 PM | EOD* | |
| | | 3/1/2022 3:25:20 PM By: JUDITH D CHENAULT | | | |
| Paid 03/04/2022 Check # 7511 | 03/01/2022 | 6:44 AM | 12:00 PM | LUNCH* | 10.02 |
| | | 3/3/2022 6:58:36 AM By: JUDITH D CHENAULT | | | |
| Paid 03/04/2022 Check # 7511 | | 12:30 PM | 5:15 PM | EOD* | |
| | | 3/3/2022 7:01:16 AM By: JUDITH D CHENAULT | | | |
| Paid 03/04/2022 Check # 7511 | 03/02/2022 | 6:40 AM | 11:34 AM | LUNCH | 9.43 |
| Paid 03/04/2022 Check # 7511 | | 12:32 PM | 5:03 PM | EOD | |
| Paid 03/11/2022 Check # 7546 | 03/03/2022 | 6:27 AM | 1:35 PM | LUNCH | 10.89 |

10/5/2022 2:20:00 PM

Page 5 of 11

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**                         **Pay Rate Desc: HOURLY - MAL - 2002**

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 03/11/2022 Check # 7546 | 03/03/2022 | 2:25 PM | 6:11 PM | EOD | 10.89 |
| Paid 03/11/2022 Check # 7546 | 03/04/2022 | 7:03 AM | 12:08 PM | LUNCH | 9.44 |
| Paid 03/11/2022 Check # 7546 | | 12:51 PM | 5:12 PM | EOD | |
| Paid 03/11/2022 Check # 7546 | 03/05/2022 | 7:04 AM | 11:58 AM | EOD | 4.90 |
| Paid 03/11/2022 Check # 7546 | 03/07/2022 | 5:55 AM | 11:44 AM | LUNCH | 10.30 |
| Paid 03/11/2022 Check # 7546 | | 1:49 PM | 6:18 PM | EOD | |
| Paid 03/11/2022 Check # 7546 | 03/08/2022 | 6:34 AM | 12:32 PM | LUNCH | 10.23 |
| Paid 03/11/2022 Check # 7546 | | 1:00 PM | 5:15 PM | EOD* | |
| | | 3/9/2022 7:25:18 AM By: JUDITH D CHENAULT | | | |
| Paid 03/11/2022 Check # 7546 | 03/09/2022 | 6:21 AM | 12:00 PM | LUNCH* | 10.15 |
| | | 3/10/2022 6:50:59 AM By: JUDITH D CHENAULT | | | |
| Paid 03/11/2022 Check # 7546 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 3/10/2022 6:51:33 AM By: JUDITH D CHENAULT | | | |
| Paid 03/18/2022 Check # 7581 | 03/10/2022 | 8:40 AM | 1:19 PM | LUNCH | 7.90 |
| Paid 03/18/2022 Check # 7581 | | 1:45 PM | 5:00 PM | EOD* | |
| | | 3/10/2022 4:59:57 PM By: JUDITH D CHENAULT | | | |
| Paid 03/18/2022 Check # 7581 | 03/11/2022 | 6:59 AM | 11:09 AM | EOD | 4.17 |
| Paid 03/18/2022 Check # 7581 | 03/14/2022 | 7:38 AM | 1:40 PM | LUNCH | 8.68 |
| Paid 03/18/2022 Check # 7581 | | 2:20 PM | 4:58 PM | EOD | |
| Paid 03/18/2022 Check # 7581 | 03/15/2022 | 7:00 AM | 1:33 PM | LUNCH | 10.23 |
| Paid 03/18/2022 Check # 7581 | | 2:12 PM | 5:53 PM | EOD | |
| Paid 03/18/2022 Check # 7581 | 03/16/2022 | 7:32 AM | 12:18 PM | LUNCH | 8.99 |
| Paid 03/18/2022 Check # 7581 | | 12:50 PM | 5:04 PM | EOD | |
| Paid 03/25/2022 Check # 7616 | 03/17/2022 | 7:37 AM | 12:00 PM | LUNCH* | 10.63 |
| | | 3/24/2022 7:27:08 AM By: JUDITH D CHENAULT | | | |
| Paid 03/25/2022 Check # 7616 | | 12:30 PM | 6:45 PM | EOD* | |
| | | 3/24/2022 7:27:40 AM By: JUDITH D CHENAULT | | | |
| Paid 03/25/2022 Check # 7616 | 03/18/2022 | 1:03 PM | 5:15 PM | EOD | 4.19 |
| Paid 03/25/2022 Check # 7616 | 03/19/2022 | 7:00 AM | 11:43 AM | EOD | 4.72 |
| Paid 03/25/2022 Check # 7616 | 03/21/2022 | 7:03 AM | 12:33 PM | LUNCH | 8.44 |
| Paid 03/25/2022 Check # 7616 | | 1:36 PM | 4:32 PM | EOD | |
| Paid 03/25/2022 Check # 7616 | 03/22/2022 | 6:36 AM | 12:00 PM | LUNCH* | 10.90 |
| | | 3/24/2022 7:15:07 AM By: JUDITH D CHENAULT | | | |
| Paid 03/25/2022 Check # 7616 | | 12:30 PM | 6:00 PM | EOD* | |
| | | 3/24/2022 7:16:36 AM By: JUDITH D CHENAULT | | | |
| Paid 03/25/2022 Check # 7616 | 03/23/2022 | 8:16 AM | 12:46 PM | LUNCH | 6.73 |

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**  Pay Rate Desc: HOURLY - MAL - 2002

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 03/25/2022 Check # 7616 | 03/23/2022 | 3:16 PM | 5:30 PM | EOD* | 6.73 |
| | | 3/24/2022 7:12:27 AM By: JUDITH D CHENAULT | | | |
| Paid 04/01/2022 Check # 7651 | 03/24/2022 | 7:54 AM | 1:23 PM | LUNCH | 8.54 |
| Paid 04/01/2022 Check # 7651 | | 1:58 PM | 5:02 PM | EOD | |
| Paid 04/01/2022 Check # 7651 | 03/25/2022 | 7:19 AM | 12:00 PM | LUNCH* | 9.18 |
| | | 3/31/2022 8:09:45 AM By: JUDITH D CHENAULT | | | |
| Paid 04/01/2022 Check # 7651 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 3/31/2022 8:11:17 AM By: JUDITH D CHENAULT | | | |
| Paid 04/01/2022 Check # 7651 | 03/26/2022 | 7:01 AM | 11:58 AM | EOD | 4.95 |
| Paid 04/01/2022 Check # 7651 | 03/28/2022 | 7:26 AM | 2:17 PM | LUNCH | 9.75 |
| Paid 04/01/2022 Check # 7651 | | 2:49 PM | 5:43 PM | EOD | |
| Paid 04/01/2022 Check # 7651 | 03/29/2022 | 6:49 AM | 11:15 AM | LUNCH | 8.07 |
| Paid 04/01/2022 Check # 7651 | | 1:03 PM | 4:41 PM | EOD | |
| Paid 04/01/2022 Check # 7651 | 03/30/2022 | 7:09 AM | 12:56 PM | LUNCH | 9.25 |
| Paid 04/01/2022 Check # 7651 | | 1:48 PM | 5:16 PM | EOD | |
| Paid 04/08/2022 Check # 7685 | 03/31/2022 | 6:41 AM | 12:00 PM | LUNCH* | 9.99 |
| | | 4/7/2022 7:12:52 AM By: JUDITH D CHENAULT | | | |
| Paid 04/08/2022 Check # 7685 | | 12:30 PM | 5:10 PM | EOD* | |
| | | 4/7/2022 7:14:20 AM By: JUDITH D CHENAULT | | | |
| Paid 04/08/2022 Check # 7685 | 04/01/2022 | 7:06 AM | 12:00 PM | LUNCH* | 9.15 |
| | | 4/7/2022 7:14:51 AM By: JUDITH D CHENAULT | | | |
| Paid 04/08/2022 Check # 7685 | | 12:30 PM | 4:45 PM | EOD* | |
| | | 4/7/2022 7:15:38 AM By: JUDITH D CHENAULT | | | |
| Paid 04/08/2022 Check # 7685 | 04/04/2022 | 6:59 AM | 8:54 AM | EOD | 1.92 |
| Paid 04/08/2022 Check # 7685 | 04/05/2022 | 6:59 AM | 2:33 PM | LUNCH | 9.33 |
| Paid 04/08/2022 Check # 7685 | | 3:17 PM | 5:03 PM | EOD | |
| Paid 04/08/2022 Check # 7685 | 04/06/2022 | 6:30 AM | 1:20 PM | LUNCH | 9.96 |
| Paid 04/08/2022 Check # 7685 | | 2:03 PM | 5:10 PM | EOD | |
| Paid 04/15/2022 Check # 7718 | 04/07/2022 | 7:00 AM | 2:01 PM | LUNCH | 8.94 |
| Paid 04/15/2022 Check # 7718 | | 2:49 PM | 4:44 PM | EOD* | |
| | | 4/13/2022 3:42:29 PM By: JUDITH D CHENAULT | | | |
| Paid 04/15/2022 Check # 7718 | 04/08/2022 | 7:07 AM | 12:00 PM | LUNCH* | 11.38 |
| | | 4/13/2022 3:47:07 PM By: JUDITH D CHENAULT | | | |
| Paid 04/15/2022 Check # 7718 | | 12:30 PM | 7:00 PM | EOD* | |
| | | 4/13/2022 3:47:43 PM By: JUDITH D CHENAULT | | | |
| Paid 04/15/2022 Check # 7718 | 04/09/2022 | 7:21 AM | 12:00 PM | EOD* | 4.65 |
| | | 4/11/2022 7:53:05 AM By: JUDITH D CHENAULT | | | |
| Paid 04/15/2022 Check # 7718 | 04/11/2022 | 6:40 AM | 12:22 PM | LUNCH | 10.24 |

# Davis Texarkana
## Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**
**Pay Rate Desc: HOURLY - MAL - 2002**

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 04/15/2022 Check # 7718 | 04/11/2022 | 1:29 PM | 6:02 PM | EOD | 10.24 |
| Paid 04/15/2022 Check # 7718 | 04/12/2022 | 8:07 AM | 3:17 PM | LUNCH | 8.39 |
| Paid 04/15/2022 Check # 7718 | | 3:45 PM | 4:58 PM | EOD* | |
| | | 4/13/2022 3:53:19 PM By: JUDITH D CHENAULT | | | |
| Paid 04/15/2022 Check # 7718 | 04/13/2022 | 6:55 AM | 2:17 PM | LUNCH | 8.87 |
| Paid 04/15/2022 Check # 7718 | | 3:19 PM | 4:49 PM | EOD | |
| Paid 04/22/2022 Check # 7751 | 04/14/2022 | 7:20 AM | 12:00 PM | LUNCH* | 9.25 |
| | | 4/18/2022 6:45:42 AM By: JUDITH D CHENAULT | | | |
| Paid 04/22/2022 Check # 7751 | | 12:30 PM | 5:05 PM | EOD* | |
| | | 4/18/2022 6:46:21 AM By: JUDITH D CHENAULT | | | |
| Paid 04/22/2022 Check # 7751 | 04/15/2022 | 7:06 AM | 1:00 PM | LUNCH | 9.11 |
| Paid 04/22/2022 Check # 7751 | | 1:47 PM | 4:59 PM | EOD | |
| Paid 04/22/2022 Check # 7751 | 04/16/2022 | 7:28 AM | 10:56 AM | EOD | 3.47 |
| Paid 04/22/2022 Check # 7751 | 04/19/2022 | 6:44 AM | 12:00 PM | LUNCH* | 9.37 |
| | | 4/21/2022 10:35:41 AM By: NANCY L. DURHAM | | | |
| Paid 04/22/2022 Check # 7751 | | 12:48 PM | 4:54 PM | EOD* | |
| | | 4/21/2022 10:37:12 AM By: NANCY L. DURHAM | | | |
| Paid 04/22/2022 Check # 7751 | 04/20/2022 | 7:26 AM | 11:50 AM | LUNCH | 8.62 |
| Paid 04/22/2022 Check # 7751 | | 12:44 PM | 4:56 PM | EOD | |
| Paid 04/29/2022 Check # 7782 | 04/21/2022 | 7:03 AM | 11:10 AM | LUNCH | 9.12 |
| Paid 04/29/2022 Check # 7782 | | 12:00 PM | 5:02 PM | EOD | |
| Paid 04/29/2022 Check # 7782 | 04/23/2022 | 6:59 AM | 11:54 AM | EOD | 4.93 |
| Paid 04/29/2022 Check # 7782 | 04/25/2022 | 7:05 AM | 1:34 PM | LUNCH | 8.39 |
| Paid 04/29/2022 Check # 7782 | | 3:10 PM | 5:03 PM | EOD | |
| Paid 04/29/2022 Check # 7782 | 04/26/2022 | 6:54 AM | 2:03 PM | LUNCH | 9.54 |
| Paid 04/29/2022 Check # 7782 | | 2:27 PM | 4:51 PM | EOD | |
| Paid 04/29/2022 Check # 7782 | 04/27/2022 | 6:49 AM | 1:29 PM | LUNCH | 9.77 |
| Paid 04/29/2022 Check # 7782 | | 2:16 PM | 5:22 PM | EOD | |
| Paid 05/06/2022 Check # 7814 | 04/28/2022 | 6:40 AM | 2:13 PM | LUNCH | 9.67 |
| Paid 05/06/2022 Check # 7814 | | 2:49 PM | 4:56 PM | EOD | |
| Paid 05/06/2022 Check # 7814 | 04/29/2022 | 5:52 AM | 1:20 PM | LUNCH | 10.53 |
| Paid 05/06/2022 Check # 7814 | | 1:49 PM | 4:53 PM | EOD | |
| Paid 05/06/2022 Check # 7814 | 04/30/2022 | 9:20 AM | 12:01 PM | EOD | 2.67 |
| Paid 05/06/2022 Check # 7814 | 05/02/2022 | 6:53 AM | 12:40 PM | LUNCH | 9.46 |
| Paid 05/06/2022 Check # 7814 | | 1:15 PM | 4:57 PM | EOD | |

DAVIS 00014

10/5/2022 2:20:00 PM

Page 8 of 11

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**
**Pay Rate Desc: HOURLY - MAL - 2002**

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 05/06/2022 Check # 7814 | 05/03/2022 | 7:47 AM | 12:27 PM | LUNCH | 9.03 |
| Paid 05/06/2022 Check # 7814 | | 1:15 PM | 5:37 PM | EOD* | |
| | | 5/5/2022 9:34:41 AM By: NANCY L. DURHAM | | | |
| Paid 05/06/2022 Check # 7814 | 05/04/2022 | 7:05 AM | 3:12 PM | LUNCH* | 8.65 |
| | | 5/5/2022 9:35:47 AM By: NANCY L. DURHAM | | | |
| Paid 05/06/2022 Check # 7814 | | 3:37 PM | 4:09 PM | EOD | |
| Paid 05/13/2022 Check # 7846 | 05/05/2022 | 6:58 AM | 12:00 PM | LUNCH* | 9.53 |
| | | 5/12/2022 7:41:43 AM By: JUDITH D CHENAULT | | | |
| Paid 05/13/2022 Check # 7846 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 5/12/2022 7:42:13 AM By: JUDITH D CHENAULT | | | |
| Paid 05/13/2022 Check # 7846 | 05/06/2022 | 7:09 AM | 1:33 PM | EOD | 6.41 |
| Paid 05/13/2022 Check # 7846 | 05/08/2022 | 12:02 PM | 5:07 PM | EOD | 5.09 |
| Paid 05/13/2022 Check # 7846 | 05/09/2022 | 7:11 AM | 12:00 PM | LUNCH* | 9.32 |
| | | 5/12/2022 7:40:54 AM By: JUDITH D CHENAULT | | | |
| Paid 05/13/2022 Check # 7846 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 5/12/2022 7:41:21 AM By: JUDITH D CHENAULT | | | |
| Paid 05/13/2022 Check # 7846 | 05/10/2022 | 7:04 AM | 2:39 PM | LUNCH | 10.34 |
| Paid 05/13/2022 Check # 7846 | | 3:20 PM | 6:06 PM | EOD | |
| Paid 05/13/2022 Check # 7846 | 05/11/2022 | 7:20 AM | 11:56 AM | LUNCH | 8.73 |
| Paid 05/13/2022 Check # 7846 | | 12:44 PM | 4:51 PM | EOD | |
| Paid 05/20/2022 Check # 7878 | 05/12/2022 | 7:04 AM | 1:12 PM | LUNCH | 9.05 |
| Paid 05/20/2022 Check # 7878 | | 1:44 PM | 4:39 PM | EOD | |
| Paid 05/20/2022 Check # 7878 | 05/13/2022 | 6:53 AM | 1:55 PM | LUNCH | 11.22 |
| Paid 05/20/2022 Check # 7878 | | 2:19 PM | 6:30 PM | EOD* | |
| | | 5/16/2022 7:13:45 AM By: JUDITH D CHENAULT | | | |
| Paid 05/20/2022 Check # 7878 | 05/14/2022 | 8:11 AM | 11:53 AM | EOD | 3.69 |
| Paid 05/20/2022 Check # 7878 | 05/16/2022 | 6:46 AM | 12:00 PM | LUNCH* | 9.73 |
| | | 5/18/2022 10:37:35 AM By: JUDITH D CHENAULT | | | |
| Paid 05/20/2022 Check # 7878 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 5/18/2022 10:38:16 AM By: JUDITH D CHENAULT | | | |
| Paid 05/20/2022 Check # 7878 | 05/17/2022 | 10:54 AM | 4:57 PM | EOD | 6.04 |
| Paid 05/20/2022 Check # 7878 | 05/18/2022 | 7:03 AM | 12:00 PM | LUNCH* | 8.91 |
| | | 5/18/2022 4:25:45 PM By: JUDITH D CHENAULT | | | |
| Paid 05/20/2022 Check # 7878 | | 12:30 PM | 4:27 PM | EOD | |
| Paid 05/27/2022 Check # 7908 | 05/19/2022 | 6:55 AM | 12:00 PM | LUNCH* | 9.58 |
| | | 5/26/2022 6:47:38 AM By: JUDITH D CHENAULT | | | |
| Paid 05/27/2022 Check # 7908 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 5/26/2022 6:48:13 AM By: JUDITH D CHENAULT | | | |

DAVIS 00015

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**                                **Pay Rate Desc: HOURLY - MAL -2002**

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 05/27/2022 Check # 7908 | 05/20/2022 | 7:12 AM | 1:14 PM | EOD | 6.03 |
| Paid 05/27/2022 Check # 7908 | 05/21/2022 | 6:53 AM | 11:48 AM | EOD | 4.92 |
| Paid 05/27/2022 Check # 7908 | 05/23/2022 | 6:59 AM | 1:38 PM | LUNCH | 9.52 |
| Paid 05/27/2022 Check # 7908 | | 2:29 PM | 5:21 PM | EOD | |
| Paid 05/27/2022 Check # 7908 | 05/24/2022 | 7:26 AM | 12:00 PM | LUNCH* | 9.07 |
| | | 5/26/2022 6:38:55 AM By: JUDITH D CHENAULT | | | |
| Paid 05/27/2022 Check # 7908 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 5/26/2022 6:39:32 AM By: JUDITH D CHENAULT | | | |
| Paid 05/27/2022 Check # 7908 | 05/25/2022 | 5:38 AM | 2:15 PM | LUNCH | 10.76 |
| Paid 05/27/2022 Check # 7908 | | 3:03 PM | 5:11 PM | EOD | |
| Paid 06/03/2022 Check # 7940 | 05/27/2022 | 7:18 AM | 12:00 PM | LUNCH* | 9.20 |
| | | 6/2/2022 6:52:59 AM By: JUDITH D CHENAULT | | | |
| Paid 06/03/2022 Check # 7940 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 6/2/2022 6:53:44 AM By: JUDITH D CHENAULT | | | |
| Paid 06/03/2022 Check # 7940 | 05/28/2022 | 7:13 AM | 9:31 AM | EOD | 2.30 |
| Paid 06/03/2022 Check # 7940 | 05/30/2022 | 7:00 AM | 3:00 PM | EOD-H* | 8.00 |
| | | 6/2/2022 9:22:33 AM By: NANCY L. DURHAM | | | |
| Paid 06/03/2022 Check # 7940 | 05/31/2022 | 6:55 AM | 12:00 PM | LUNCH* | 9.58 |
| | | 6/2/2022 6:49:45 AM By: JUDITH D CHENAULT | | | |
| Paid 06/03/2022 Check # 7940 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 6/2/2022 6:50:13 AM By: JUDITH D CHENAULT | | | |
| Paid 06/03/2022 Check # 7940 | 06/01/2022 | 6:22 AM | 2:05 PM | LUNCH | 8.75 |
| Paid 06/03/2022 Check # 7940 | | 3:58 PM | 5:00 PM | EOD | |
| Paid 06/10/2022 Check # 7972 | 06/02/2022 | 8:33 AM | 12:00 PM | LUNCH* | 7.95 |
| | | 6/9/2022 9:05:46 AM By: NANCY L. DURHAM | | | |
| Paid 06/10/2022 Check # 7972 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 6/9/2022 9:06:17 AM By: NANCY L. DURHAM | | | |
| Paid 06/10/2022 Check # 7972 | 06/03/2022 | 7:00 AM | 3:00 PM | EOD* | 8.00 |
| | | 6/9/2022 9:06:41 AM By: NANCY L. DURHAM | | | |
| Paid 06/10/2022 Check # 7972 | 06/04/2022 | 6:49 AM | 12:03 PM | EOD | 5.23 |
| Paid 06/10/2022 Check # 7972 | 06/06/2022 | 6:54 AM | 11:26 AM | LUNCH | 9.32 |
| Paid 06/10/2022 Check # 7972 | | 12:08 PM | 4:55 PM | EOD | |
| Paid 06/10/2022 Check # 7972 | 06/07/2022 | 7:41 AM | 2:20 PM | LUNCH | 8.25 |
| Paid 06/10/2022 Check # 7972 | | 3:04 PM | 4:40 PM | EOD | |
| Paid 06/10/2022 Check # 7972 | 06/08/2022 | 6:56 AM | 12:24 PM | LUNCH | 9.02 |
| Paid 06/10/2022 Check # 7972 | | 1:09 PM | 4:43 PM | EOD | |
| Paid 06/17/2022 Check # 8004 | 06/10/2022 | 6:57 AM | 2:08 PM | LUNCH | 9.45 |

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**  **Pay Rate Desc: HOURLY - MAL - 2002**

| | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 06/17/2022 Check # 8004 | 06/10/2022 | 2:44 PM | 5:00 PM | EOD* | 9.45 |
| | | 6/13/2022 6:59:43 AM By: JUDITH D CHENAULT | | | |
| Paid 06/17/2022 Check # 8004 | 06/11/2022 | 7:00 AM | 12:00 PM | EOD | 5.00 |
| Paid 06/17/2022 Check # 8004 | 06/13/2022 | 6:46 AM | 12:50 PM | LUNCH | 9.32 |
| Paid 06/17/2022 Check # 8004 | | 1:43 PM | 4:58 PM | EOD | |
| Paid 06/17/2022 Check # 8004 | 06/14/2022 | 6:50 AM | 1:19 PM | EOD | 6.48 |
| Paid 06/17/2022 Check # 8004 | 06/15/2022 | 6:05 AM | 12:00 PM | LUNCH* | 10.17 |
| | | 6/16/2022 9:37:12 AM By: NANCY L. DURHAM | | | |
| Paid 06/17/2022 Check # 8004 | | 12:45 PM | 5:00 PM | EOD* | |
| | | 6/16/2022 9:37:39 AM By: NANCY L. DURHAM | | | |
| Paid 06/24/2022 Check # 8036 | 06/16/2022 | 6:37 AM | 1:33 PM | LUNCH | 9.63 |
| Paid 06/24/2022 Check # 8036 | | 2:17 PM | 4:59 PM | EOD | |
| Paid 06/24/2022 Check # 8036 | 06/17/2022 | 6:51 AM | 12:00 PM | LUNCH* | 8.65 |
| | | 6/23/2022 8:02:12 AM By: JUDITH D CHENAULT | | | |
| Paid 06/24/2022 Check # 8036 | | 12:30 PM | 4:00 PM | EOD* | |
| | | 6/23/2022 8:02:43 AM By: JUDITH D CHENAULT | | | |
| Paid 06/24/2022 Check # 8036 | 06/18/2022 | 7:16 AM | 11:58 AM | EOD | 4.70 |
| Paid 06/24/2022 Check # 8036 | 06/20/2022 | 6:49 AM | 12:00 PM | LUNCH* | 9.68 |
| | | 6/23/2022 7:59:35 AM By: JUDITH D CHENAULT | | | |
| Paid 06/24/2022 Check # 8036 | | 12:30 PM | 5:00 PM | EOD* | |
| | | 6/23/2022 8:00:08 AM By: JUDITH D CHENAULT | | | |
| Paid 06/24/2022 Check # 8036 | 06/21/2022 | 6:50 AM | 1:14 PM | EOD | 6.40 |
| Paid 06/24/2022 Check # 8036 | 06/22/2022 | 6:45 AM | 2:09 PM | LUNCH | 8.70 |
| Paid 06/24/2022 Check # 8036 | | 3:27 PM | 4:45 PM | EOD | |
| Paid 07/01/2022 Check # 8069 | 06/23/2022 | 7:01 AM | 12:00 PM | LUNCH* | 9.23 |
| | | 6/30/2022 7:20:36 AM By: JUDITH D CHENAULT | | | |
| Paid 07/01/2022 Check # 8069 | | 12:30 PM | 4:45 PM | EOD* | |
| | | 6/30/2022 7:21:10 AM By: JUDITH D CHENAULT | | | |
| Paid 07/01/2022 Check # 8069 | 06/24/2022 | 8:34 AM | 12:00 PM | LUNCH* | 8.68 |
| | | 6/27/2022 11:36:01 AM By: JUDITH D CHENAULT | | | |
| Paid 07/01/2022 Check # 8069 | | 12:30 PM | 4:15 PM | LUNCH* | |
| | | 6/27/2022 11:39:38 AM By: JUDITH D CHENAULT | | | |
| Paid 07/01/2022 Check # 8069 | | 5:30 PM | 7:00 PM | EOD* | |
| | | 6/27/2022 11:38:59 AM By: JUDITH D CHENAULT | | | |
| Paid 07/01/2022 Check # 8069 | 06/25/2022 | 7:31 AM | 11:01 AM | EOD | 3.49 |
| Paid 07/01/2022 Check # 8069 | 06/27/2022 | 7:00 AM | 12:00 PM | LUNCH* | 9.26 |
| | | 6/30/2022 7:13:45 AM By: JUDITH D CHENAULT | | | |
| Paid 07/01/2022 Check # 8069 | | 12:30 PM | 4:45 PM | EOD* | |
| | | 6/30/2022 7:14:44 AM By: JUDITH D CHENAULT | | | |

# Davis Texarkana
# Time Clock Report
### From 08/01/2021 Through 10/05/2022

**Employee: 5-508 - Joshua D Hickman**
**Department: DRIVER - MAL**                                             **Pay Rate Desc: HOURLY - MAL - 2002**

|  | Date | Time In | Time Out | Code | Daily Total |
|---|---|---|---|---|---|
| Paid 07/01/2022 Check # 8069 | 06/28/2022 | 8:58 AM | 12:46 PM | LUNCH | 9.03 |
| Paid 07/01/2022 Check # 8069 |  | 1:47 PM | 4:58 PM | EOD |  |
| Paid 07/01/2022 Check # 8069 | 06/29/2022 | 7:17 AM | 1:56 PM | LUNCH | 8.96 |
| Paid 07/01/2022 Check # 8069 |  | 2:43 PM | 5:01 PM | EOD |  |
| Paid 07/08/2022 Check # 8102 | 06/30/2022 | 8:23 AM | 12:42 PM | LUNCH | 7.71 |
| Paid 07/08/2022 Check # 8102 |  | 1:34 PM | 4:59 PM | EOD |  |
| Paid 07/08/2022 Check # 8102 | 07/01/2022 | 7:00 AM | 12:47 PM | LUNCH | 9.18 |
| Paid 07/08/2022 Check # 8102 |  | 1:39 PM | 5:04 PM | EOD |  |
| Paid 07/08/2022 Check # 8102 | 07/04/2022 | 8:00 AM | 4:00 PM | EOD-H* | 8.00 |
|  |  | 7/6/2022 3:29:48 PM By: NANCY L. DURHAM |  |  |  |
| Paid 07/08/2022 Check # 8102 | 07/05/2022 | 6:53 AM | 12:54 PM | EOD | 6.02 |
| Paid 07/08/2022 Check # 8102 | 07/06/2022 | 7:04 AM | 12:00 PM | LUNCH* | 8.93 |
|  |  | 7/7/2022 7:21:42 AM By: JUDITH D CHENAULT |  |  |  |
| Paid 07/08/2022 Check # 8102 |  | 1:00 PM | 5:00 PM | EOD* |  |
|  |  | 7/7/2022 7:22:19 AM By: JUDITH D CHENAULT |  |  |  |
| Paid 07/15/2022 Check # 8135 | 07/08/2022 | 7:01 AM | 12:00 PM | LUNCH* | 9.48 |
|  |  | 7/14/2022 10:28:42 AM By: NANCY L. DURHAM |  |  |  |
| Paid 07/15/2022 Check # 8135 |  | 12:30 PM | 5:00 PM | EOD* |  |
|  |  | 7/14/2022 10:29:13 AM By: NANCY L. DURHAM |  |  |  |
| Paid 07/15/2022 Check # 8135 | 07/11/2022 | 7:02 AM | 11:16 AM | LUNCH | 9.21 |
| Paid 07/15/2022 Check # 8135 |  | 12:00 PM | 4:59 PM | EOD |  |
| Paid 07/15/2022 Check # 8135 | 07/12/2022 | 6:31 AM | 12:00 PM | LUNCH* | 9.81 |
|  |  | 7/14/2022 10:29:49 AM By: NANCY L. DURHAM |  |  |  |
| Paid 07/15/2022 Check # 8135 |  | 12:30 PM | 4:50 PM | EOD* |  |
|  |  | 7/14/2022 10:30:22 AM By: NANCY L. DURHAM |  |  |  |
| Paid 07/15/2022 Check # 8135 | 07/13/2022 | 6:54 AM | 8:25 AM | EOD | 1.51 |

\* - Time Clock Was Manually Edited On Date Shown By Employee Listed                           Total Hours   1,343.39

_____                    _____
Date                                         Joshua D Hickman
                                             I agree that these hours are correct.