1

**DAVIS LUMBER**
Pay Period: 7/7/2022 - 7/13/2022    Date: 7/15/2022    Check #: 8135
Department: 5-B160 / DRIVER - MAL

| Employee: 5-508 / Joshua D Hickman | | | | | | YTD Net: | 15,304.51 | Net Check: | 338.72 |
|---|---|---|---|---|---|---|---|---|---|
| Earnings | Rate | Hours | Current | YTD | Taxes | Current | YTD | Deductions Current | YTD |
| BONUS - HOURLY - MAL 2002 | 0.00 | 0.00 | 0.00 | 1,725.00 | Federal Withholding | -36.43 | -1,880.48 | | |
| HOURLY - MAL - 2002 | 14.00 | 30.01 | 420.14 | 14,584.22 | Medicare | -6.09 | -283.56 | | |
| HOURLY - MAL - 2002 OT | 21.00 | 0.00 | 0.00 | 3,022.74 | Social Security | -26.05 | -1,212.47 | | |
| HOURLY HOLIDAY - MAL - 200 | 14.00 | 0.00 | 0.00 | 224.00 | STATE WITHHOLDING | -12.85 | -874.94 | | |
| Total Earnings | | 30.01 | 420.14 | 19,555.96 | Total Taxes | -81.42 | -4,251.45 | | |

**Three hundred and thirty-eight dollars and seventy-two cents**

07/15/2022                                                                $338.72

**Joshua D Hickman**
315 Hobson Ave
Hot Springs, AR 71913

**DAVIS LUMBER**
Pay Period: 7/7/2022 - 7/13/2022    Date: 7/15/2022    Check #: 8135
Department: 5-B160 / DRIVER - MAL

| Employee: 5-508 / Joshua D Hickman | | | | | | YTD Net: | 15,304.51 | Net Check: | 338.72 |
|---|---|---|---|---|---|---|---|---|---|
| Earnings | Rate | Hours | Current | YTD | Taxes | Current | YTD | Deductions Current | YTD |
| BONUS - HOURLY - MAL 2002 | 0.00 | 0.00 | 0.00 | 1,725.00 | Federal Withholding | -36.43 | -1,880.48 | | |
| HOURLY - MAL - 2002 | 14.00 | 30.01 | 420.14 | 14,584.22 | Medicare | -6.09 | -283.56 | | |
| HOURLY - MAL - 2002 OT | 21.00 | 0.00 | 0.00 | 3,022.74 | Social Security | -26.05 | -1,212.47 | | |
| HOURLY HOLIDAY - MAL - 200 | 14.00 | 0.00 | 0.00 | 224.00 | STATE WITHHOLDING | -12.85 | -874.94 | | |
| Total Earnings | | 30.01 | 420.14 | 19,555.96 | Total Taxes | -81.42 | -4,251.45 | | |

EXHIBIT
4

DAVIS 0001

# PaycheckListing

## LIBBY TRICHEL

10/05/2022 02:33 PM

BusinessBranchId = 0
DateStart = 8/1/2021 5:00:00 AM
DateEnd = 10/6/2022 5:00:00 AM
EmployeeNumberStart = 5-508
EmployeeNumberEnd = 5-508
Format = 0
SortOrder = 1
PaymentType = 1
SummaryOnly = false

DAVIS 0002

10/5/2022 2:33:51 PM

Page 4 of 4

# DAVIS LUMBER
## Pay Check Listing
### Check Dates: 08/01/2021 to 10/05/2022
#### All Branches

| Wages | Hours | Amount |
|---|---|---|
| BONUS - HOURLY - MAL 2002 | 0.00 | 1725.00 |
| HOURLY - MAL - 2002 | 1152.26 | 16131.64 |
| HOURLY - MAL - 2002 OT | 167.13 | 3509.73 |
| HOURLY HOLIDAY - MAL - 2002 | 24.00 | 336.00 |
| | 1343.39 | 21702.37 |

| Form 941 Taxes | Taxable Wages | Employee | Employer | Total |
|---|---|---|---|---|
| Federal Withholding Tax | 21702.37 | 2109.67 | 0.00 | 2109.67 |
| Social Security Tax | 21702.37 | 1345.55 | 1345.55 | 2691.10 |
| Medicare Tax | 21702.37 | 314.68 | 314.68 | 629.36 |
| Total 941 Liability | | 3769.90 | 1660.23 | 5430.13 |

| Form 940 Taxes | Taxable Wages | Employer |
|---|---|---|
| Unemployment | 9,146.41 | 54.88 |

| State and Local Taxes | | Taxable Wages | Employee | Employer |
|---|---|---|---|---|
| AR | STATE UNEMPLOYMENT | 12,646.41 | 0.00 | 42.23 |
| AR | STATE WITHHOLDING INCOME TAX | 21,702.37 | 983.98 | 0.00 |
| Tax Totals: | | | 983.98 | 42.23 |

Summary for Time paid and worked.

Case 6:22-cv-06101-SOH   Document 29-4   Filed 03/04/24   Page 4 of 6 PageID #: 163
4

10/5/2022 2:33:51 PM                                                                                                              Page 1 of 4

# DAVIS LUMBER
## Pay Check Listing
### Check Dates: 08/01/2021 to 10/05/2022
#### All Branches

| Employee | Branch | Pymt Date | Check/ACH | Hours | Gross | Fed WH | Soc Sec | Medicare | State WH | Local WH | Deduction | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joshua D Hickman | DT | 12/17/2021 | 7132 C | 58.00 | 938.00 | 109.32 | 58.16 | 13.60 | 52.85 | 0.00 | 0.00 | 704.07 |
| Joshua D Hickman | DT | 12/24/2021 | 7166 C | 45.19 | 668.99 | 67.71 | 41.47 | 9.70 | 31.33 | 0.00 | 0.00 | 518.78 |
| Joshua D Hickman | DT | 12/31/2021 | 7200 C | 38.53 | 539.42 | 52.16 | 33.45 | 7.82 | 24.86 | 0.00 | 0.00 | 421.13 |
| Joshua D Hickman | DT | 01/07/2022 | 7234 C | 42.85 | 619.85 | 61.81 | 38.43 | 8.99 | 28.88 | 0.00 | 0.00 | 481.74 |
| Joshua D Hickman | DT | 01/14/2022 | 7269 C | 45.23 | 669.83 | 66.39 | 41.53 | 9.71 | 31.38 | 0.00 | 0.00 | 520.82 |
| Joshua D Hickman | DT | 01/21/2022 | 7304 C | 50.30 | 776.30 | 79.17 | 48.13 | 11.26 | 36.70 | 0.00 | 0.00 | 601.04 |
| Joshua D Hickman | DT | 01/28/2022 | 7339 C | 10.93 | 153.02 | 6.94 | 9.49 | 2.22 | 2.21 | 0.00 | 0.00 | 132.16 |
| Joshua D Hickman | DT | 02/04/2022 | 7374 C | 30.48 | 426.72 | 37.22 | 26.45 | 6.18 | 13.07 | 0.00 | 0.00 | 343.80 |
| Joshua D Hickman | DT | 02/11/2022 | 7409 C | 28.85 | 403.90 | 34.48 | 25.05 | 5.86 | 12.29 | 0.00 | 0.00 | 326.22 |
| Joshua D Hickman | DT | 02/18/2022 | 7444 C | 45.55 | 676.55 | 67.20 | 41.94 | 9.81 | 31.71 | 0.00 | 0.00 | 525.89 |
| Joshua D Hickman | DT | 02/25/2022 | 7478 C | 44.83 | 661.43 | 65.38 | 41.01 | 9.59 | 30.96 | 0.00 | 0.00 | 514.49 |
| Joshua D Hickman | DT | 03/04/2022 | 7511 C | 46.81 | 703.01 | 70.37 | 43.59 | 10.20 | 33.04 | 0.00 | 0.00 | 545.81 |
| Joshua D Hickman | DT | 03/11/2022 | 7546 C | 55.91 | 894.11 | 94.01 | 55.43 | 12.96 | 50.26 | 0.00 | 0.00 | 681.45 |
| Joshua D Hickman | DT | 03/18/2022 | 7581 C | 39.97 | 559.58 | 53.16 | 34.70 | 8.11 | 25.86 | 0.00 | 0.00 | 437.75 |
| Joshua D Hickman | DT | 03/25/2022 | 7616 C | 45.61 | 677.61 | 67.35 | 42.02 | 9.83 | 31.78 | 0.00 | 0.00 | 526.83 |
| Joshua D Hickman | DT | 04/01/2022 | 7651 C | 49.74 | 764.54 | 77.75 | 47.40 | 11.09 | 36.11 | 0.00 | 0.00 | 592.19 |
| Joshua D Hickman | DT | 04/08/2022 | 7685 C | 40.35 | 567.35 | 54.09 | 35.18 | 8.23 | 26.25 | 0.00 | 0.00 | 443.60 |
| Joshua D Hickman | DT | 04/15/2022 | 7718 C | 52.47 | 821.87 | 84.63 | 50.95 | 11.91 | 45.99 | 0.00 | 0.00 | 628.39 |
| Joshua D Hickman | DT | 04/22/2022 | 7751 C | 39.82 | 557.48 | 52.91 | 34.57 | 8.09 | 25.76 | 0.00 | 0.00 | 436.15 |
| Joshua D Hickman | DT | 04/29/2022 | 7782 C | 41.75 | 596.75 | 57.62 | 37.00 | 8.65 | 27.72 | 0.00 | 0.00 | 465.76 |
| Joshua D Hickman | DT | 05/06/2022 | 7814 C | 50.01 | 770.21 | 78.43 | 47.75 | 11.17 | 36.40 | 0.00 | 0.00 | 596.46 |
| Joshua D Hickman | DT | 05/13/2022 | 7846 C | 49.42 | 757.82 | 76.95 | 46.98 | 10.99 | 35.78 | 0.00 | 0.00 | 587.12 |
| Joshua D Hickman | DT | 05/20/2022 | 7878 C | 48.64 | 741.44 | 74.98 | 45.97 | 10.75 | 34.96 | 0.00 | 0.00 | 574.78 |
| Joshua D Hickman | DT | 05/27/2022 | 7908 C | 49.88 | 767.48 | 78.11 | 47.59 | 11.12 | 36.26 | 0.00 | 0.00 | 594.40 |
| Joshua D Hickman | DT | 06/03/2022 | 7940 C | 37.83 | 529.62 | 49.56 | 32.83 | 7.68 | 24.37 | 0.00 | 0.00 | 415.18 |
| Joshua D Hickman | DT | 06/10/2022 | 7972 C | 47.77 | 723.17 | 72.79 | 44.84 | 10.49 | 34.04 | 0.00 | 0.00 | 561.01 |
| Joshua D Hickman | DT | 06/17/2022 | 8004 C | 40.42 | 568.82 | 54.27 | 35.27 | 8.25 | 26.33 | 0.00 | 0.00 | 444.70 |
| Joshua D Hickman | DT | 06/24/2022 | 8036 C | 47.76 | 722.96 | 72.76 | 44.82 | 10.48 | 34.03 | 0.00 | 0.00 | 560.87 |
| Joshua D Hickman | DT | 07/01/2022 | 8069 C | 48.64 | 741.44 | 74.98 | 45.97 | 10.75 | 34.96 | 0.00 | 0.00 | 574.78 |
| Joshua D Hickman | DT | 07/08/2022 | 8102 C | 39.84 | 557.76 | 52.94 | 34.58 | 8.09 | 25.77 | 0.00 | 0.00 | 436.38 |

10/5/2022 2:33:51 PM

Page 2 of 4

# DAVIS LUMBER
## Pay Check Listing
### Check Dates: 08/01/2021 to 10/05/2022
#### All Branches

| Employee | Branch | Pymt Date | Check/ACH | Hours | Gross | Fed WH | Soc Sec | Medicare | State WH | Local WH | Deduction | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joshua D Hickman | DT | 07/15/2022 | 8135 C | 30.01 | 420.14 | 36.43 | 26.05 | 6.09 | 12.85 | 0.00 | 0.00 | 338.72 |
| Joshua D Hickman | DT | 01/14/2022 | 106760 C | 0.00 | 200.00 | 11.63 | 12.40 | 2.90 | 3.15 | 0.00 | 0.00 | 169.92 |
| Joshua D Hickman | DT | 02/16/2022 | 106881 C | 0.00 | 125.00 | 4.13 | 7.75 | 1.81 | 0.00 | 0.00 | 0.00 | 111.31 |
| Joshua D Hickman | DT | 03/15/2022 | 107007 C | 0.00 | 300.00 | 22.01 | 18.60 | 4.35 | 7.73 | 0.00 | 0.00 | 247.31 |
| Joshua D Hickman | DT | 04/15/2022 | 107145 C | 0.00 | 500.00 | 46.01 | 31.00 | 7.25 | 22.88 | 0.00 | 0.00 | 392.86 |
| Joshua D Hickman | DT | 05/13/2022 | 107261 C | 0.00 | 300.00 | 22.01 | 18.60 | 4.35 | 7.73 | 0.00 | 0.00 | 247.31 |
| Joshua D Hickman | DT | 06/15/2022 | 107397 C | 0.00 | 300.00 | 22.01 | 18.60 | 4.35 | 7.73 | 0.00 | 0.00 | 247.31 |
| **Report Totals:** | | Count: 37 | | 1,343.39 | 21,702.37 | 2,109.67 | 1,345.55 | 314.68 | 983.98 | 0.00 | 0.00 | 16,948.49 |

DAVIS 0005

10/5/2022 2:33:51 PM

Page 3 of 4

# DAVIS LUMBER
## Pay Check Listing
### Check Dates: 08/01/2021 to 10/05/2022
### All Branches
## General Ledger Posting Summary

| Branch | Gl Account | Account Description | Debit | Credit |
|---|---|---|---|---|
| DT | 2001-1040-1000 | CASH/FARMERS-OPERATING | 0.00 | -16,948.49 |
| DT | 2001-2064-1000 | FICA/MEDICARE - PAYABLE | 0.00 | -3,320.46 |
| DT | 2001-2065-1000 | ARKANSAS INCOME TAX W/H | 0.00 | -983.98 |
| DT | 2001-2069-1000 | FEDERAL W/H - PAYABLE | 0.00 | -2,109.67 |
| DT | 2001-2070-1000 | FUTA PAYABLE | 0.00 | -54.88 |
| DT | 2001-2071-1000 | SUTA PAYABLE | 0.00 | -42.23 |
| DT | 2002-7711-1000 | COMMISSIONS/BONUS | 1,725.00 | 0.00 |
| DT | 2002-7712-1000 | WAGES | 19,977.37 | 0.00 |
| DT | 2002-7810-1000 | TAXES - PAYROLL | 1,757.34 | 0.00 |
| | | General Ledger Posting Totals | 23,459.71 | -23,459.71 |

DAVIS 0006