# DAVIS LUMBER
# Pay Check Listing
## BONUS PAY

| Employee | Branch | Pymt Date | Check/ACH | Hours | Gross | Fed WH | Soc Sec | Medicare | State WH | Local WH | Deduction | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joshua D Hickman | DT | 01/14/2022 | 106760 C | 0.00 | 200.00 | 11.63 | 12.40 | 2.90 | 3.15 | 0.00 | 0.00 | 169.92 |
| Joshua D Hickman | DT | 02/16/2022 | 106801 C | 0.00 | 125.00 | 4.13 | 7.75 | 1.81 | 0.00 | 0.00 | 0.00 | 111.31 |
| Joshua D Hickman | DT | 03/15/2022 | 107007 C | 0.00 | 300.00 | 22.01 | 18.60 | 4.35 | 7.73 | 0.00 | 0.00 | 247.31 |
| Joshua D Hickman | DT | 04/15/2022 | 107145 C | 0.00 | 500.00 | 46.01 | 31.00 | 7.25 | 22.88 | 0.00 | 0.00 | 392.86 |
| Joshua D Hickman | DT | 05/13/2022 | 107261 C | 0.00 | 300.00 | 22.01 | 18.60 | 4.35 | 7.73 | 0.00 | 0.00 | 247.31 |
| Joshua D Hickman | DT | 06/15/2022 | 107397 C | 0.00 | 300.00 | 22.01 | 18.60 | 4.35 | 7.73 | 0.00 | 0.00 | 247.31 |

EXHIBIT 5

Copied from Davis 0005