UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| **JOSHUA HICKMAN** § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:22-CV-6101-SOH |
| § | |
| **TEXARKANA TRUSS, LLC,** § | |
| **RED RIVER LUMBER COMPANY,** § | |
| **INC, and MICHAEL CRAVEN** § | |
| Defendants. § | |

**AFFIDAVIT OF NANCY DURHAM**

STATE OF TEXAS           )
                         )
COUNTY OF BOWIE          )

BEFORE ME the undersigned authority, personally appeared Nancy Durham who, being duly sworn, upon her oath stated:

1. My name is Nancy Durham. I am over the age of eighteen years, of sound mind, and competent to testify, and I have personal knowledge of the matters stated herein.

2. I am currently a Human Resources administrator for Davis Lumber Texarkana.

3. At the time that Josh Hickman worked for Davis Lumber Malvern, I maintained the personnel records for that site including the payroll records.

4. Josh Hickman first worked for Labor Finders Staffing Services, Inc., and was assigned to the Davis Lumber Malvern site as a yard hand. This was in October 2021. Josh Hickman reported his hours to Labor Finders which then invoiced Davis Lumber weekly. Davis Lumber then paid Labor Finders according to the invoice.

5. After a specific number of hours, Davis Lumber Malvern hired Josh Hickman directly - December 9, 2021 - and Josh clocked in and out at the Malvern site. Davis Lumber maintained Josh's time records and his pay records.

*AFFIDAVIT OF NANCY DURHAM*  *Page 1 of 2*

6. Exhibit 3 attached to the Motion for Summary Judgment is a true and correct copy of Josh Hickman's daily time records maintained by Defendants; Exhibit 4 is a true and correct copy of Josh Hickman's pay records maintained by Defendants; Exhibit 5 is a true and correct copy of Josh Hickman's bonus records maintained by Defendants.

7. Josh only complained to me one time about his pay. It was after he quit. He said he had not received his last paycheck. I told him it had already been direct deposited.

8. Josh never complained to me about not getting paid for all of his overtime hours. No one ever talked to me about Josh complaining that he was not getting paid for all of his overtime hours.

Further affiant saith not.

*Nancy Durham*
Nancy Durham

Subscribed and sworn to before me on the 4th day of March, 2024.

*Le Jean Teravest*
Notary Public
My Commission Expires:

> LEJEAN TERAVEST
> NOTARY PUBLIC
> STATE OF TEXAS
> ID # 206528-6
> My Comm. Expires 04-30-2025