**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**


JOSHUA HICKMAN

                                                    **PLAINTIFF**


VS.                          **CASE NO. 6:22-CV-6101-SOH**


TEXARKANA TRUSS, LLC; RED
RIVER LUMBER COMPANY, INC.;
AND MICHAEL CRAVEN

                                         **DEFENDANTS**

_____

**ORAL DEPOSITION**

**OF**

**JOSHUA HICKMAN**
_____


**January 31, 2024**

**The Bennington Law Firm**
**620 Clinton Street**
**Arkadelphia, Arkansas 71923**


**Shyloa Myers, RPR, CCR**
**Arkansas Lic. No. 710**

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

SEAN SHORT
Sanford Law Firm, PLLC
10800 Financial Centre Parkway
Suite 510
Little Rock, AR 72211

Email: sean@sanfordlawfirm.com


ON BEHALF OF THE DEFENDANTS:

LOUISE TAUSCH
Atchley, Russell, Waldrop & Hlavinka, LLP
1730 Galleria Oaks Drive
Texarkana, TX  75503

Email: ltausch@arwhlaw.com


ALSO PRESENT:

SHARON MONTGOMERY

I N D E X

STYLE AND NUMBER  ...................................1

APPEARANCES  .......................................2

CAPTION/STIPULATIONS  ..............................4

WITNESS:  JOSHUA HICKMAN

        Examination by MS. TAUSCH .....................5

        Examination by MR. SHORT ....................107

        Further Examination by MS. TAUSCH ...........109

DEPOSITION CONCLUDED ..............................111

COURT REPORTER'S CERTIFICATE .....................112

E X H I B I T S

| DESCRIPTION | MARKED |
|---|---|
| Exhibit 1  Plaintiff Joshua Hickman's Answers and Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents | 19 |
| Exhibit 2  Pay Records for Joshua D. Hickman | 61 |
| Exhibit 3  Employee Disciplinary Report | 94 |
| Exhibit 4  Davis Lumber Employment Application | 97 |

C A P T I O N


ANSWERS AND ORAL DEPOSITION OF JOSHUA HICKMAN, a witness produced at the request of the DEFENDANTS, taken in the above-styled and numbered cause on the 31st of January, 2024 before Shyloa Myers, CCR, RPR, and Notary Public, at 10:23 a.m. at The Bennington Law Firm, 620 Clinton Street, Arkadelphia, Arkansas 71923.




S T I P U L A T I O N S


NO STIPULATIONS ON THE RECORD

```
 1              (Deposition commences at 10:23 a.m.)
 2                        PROCEEDINGS
 3                    JOSHUA HICKMAN,
 4          Called as a witness, having been first duly
 5  sworn to tell the truth, the whole truth, and nothing but
 6  the truth, was examined and testified as follows:
 7                        EXAMINATION
 8  BY MS. TAUSCH:
 9  Q.    Please state your name.
10  A.    Joshua Hickman.
11  Q.    Okay.  Mr. Hickman, my name is Louise Tausch, and
12  I'm here today representing the defendants in the lawsuit
13  that you filed.
14          Do you understand that?
15  A.    Yes, ma'am.
16  Q.    All right.  I have some questions for you.  I'm
17  going to ask them as progressively as I can.  I would
18  like to have some agreements with you, if we can do that.
19  A.    Uh-huh.
20  Q.    First of all:  Have you taken anything today that
21  would affect your ability to tell the truth?
22  A.    No, ma'am.
23  Q.    All right.  Have you taken anything today that
24  would affect your ability to understand my questions?
25  A.    No, ma'am.
```

1    Q.    All right.  The agreements that I would like to

2    have with you are:  If you don't understand one of my

3    questions, will you stop me and tell me that --

4    A.    Okay.

5    Q.    -- so that I can rephrase the question?

6    A.    Yes, ma'am.

7    Q.    If you answer my question, I will assume that you

8    understood it.

9          Is that fair to you?

10   A.    Yes, ma'am.

11   Q.    All right.  Will you agree to let me finish my

12   question before you answer it, and I will let you fully

13   answer my question before I start speaking again and

14   asking questions.

15         That way we're not talking at the same time, okay?

16   A.    Yes, ma'am.

17   Q.    All right.  If you need to take a break, just tell

18   me; and we'll take a break.

19         However, if I have asked you a question, please

20   answer it before we take the break; okay?

21   A.    Yes, ma'am.

22   Q.    And, finally, if you will answer out loud, just

23   like you're doing, with a "yes" or a "no" or a verbal

24   answer, as opposed to "uh-huh" or "nuh-uh --

25   A.    Uh-huh.

```
 1    Q.    -- or a nod of the head.  Those don't transcribe
 2   very well, okay?
 3    A.    Yes, ma'am.
 4    Q.    All right.  Will you tell me what your current
 5   address is?
 6    A.    315 Hobson Avenue.  And that's Hot Springs,
 7   Arkansas.
 8    Q.    How long have you lived there?
 9    A.    It's going on seven years now.
10    Q.    Okay.  Does anyone live there with you?
11    A.    Oh, yes, ma'am.
12    Q.    Who?
13    A.    My girlfriend.
14    Q.    And what's her name?
15    A.    Kymyara, K-Y-M-Y-A-R-A; Kymyara Hill, H-I-L-L.
16    Q.    All right.  Does anyone else live in that house?
17    A.    Yes, ma'am.
18    Q.    Who?
19    A.    Justin Blakemore.
20    Q.    Is he related to you in any way?
21    A.    Oh, it's my girlfriend's brother.  He's disabled.
22    Q.    Okay.  Does anyone else live there?
23    A.    No, ma'am.
24    Q.    Does your girlfriend, Ms. Hill, work outside the
25   home?
```

```
1    A.    Yes, ma'am.

2    Q.    What does she do?

3    A.    She's a CNA.  She work at a nursing home.

4    Q.    Okay.  Which one?

5    A.    I can't tell you which one.

6    Q.    Okay.

7    A.    I can't tell you which one.

8    Q.    Do you know what street it's on?

9    A.    Oh, it's off of Central.  I can say Lake Hamilton.

10   Q.    Okay.  Do you know approximately how long she's

11   worked there?

12   A.    It's going on seven months.

13   Q.    Okay.  Where did she work before that?

14   A.    She worked at CHI -- no, National Park.  National

15   Park Hospital.

16   Q.    Okay.  Approximately how long have you had a

17   relationship with her?

18   A.    Going on eight years now.

19   Q.    All right.  What is your date of birth, sir?

20   A.    April 4, 1997.

21   Q.    Okay.  And so you're 27 years old?

22   A.    No, 26.

23   Q.    26.

24   A.    I'll be 27.

25   Q.    I would like your Social Security number, but I
```

 1    don't really want to put it on the record just for
 2    privacy circumstances; so if during the break if you
 3    would write it down --
 4    A.    Uh-huh.
 5    Q.    -- and then give it to me, if that's okay with your
 6    attorney?
 7                    MR. SHORT:  That's fine.
 8    Q.    All right.
 9    A.    Okay.
10    Q.    Where did you grow up, sir?
11    A.    Pine Bluff, Arkansas.
12    Q.    Okay.  And did you go to high school there?
13    A.    Yes, ma'am.
14    Q.    Did you graduate?
15    A.    Yes, ma'am.
16    Q.    Okay.  Is there only one high school there?
17    A.    Oh, no.  There's three more other ones.
18    Q.    All right.  Which one did you graduate from?
19    A.    Dollarway High School.
20    Q.    How do you spell that?
21    A.    D-O-L-L-A-R-W-A-Y High School.
22    Q.    Okay.  All right.  And what year did you graduate?
23    A.    2015.
24    Q.    You are a baby.  I'm sorry.
25          Have you had any schooling since graduating from

```
 1   high school?
 2   A.    No, ma'am.  I just started college last year.
 3   Q.    Okay.  Which college?
 4   A.    National Park.
 5   Q.    Is that a two-year or a four-year college?
 6   A.    Two year.
 7   Q.    And what are you studying?
 8   A.    Radiology technician.
 9   Q.    When are you set to graduate at this time?
10   A.    It will be 2025, yeah.
11   Q.    Is National Park Hospital sponsoring you through
12   that college?
13   A.    Oh, no, ma'am.
14   Q.    Okay.  Have you been to any trade school?
15   A.    No, ma'am.
16   Q.    Okay.  Have you ever been married?
17   A.    No.
18   Q.    Do you have any children?
19   A.    No, ma'am.
20   Q.    Does Ms. Hill have any children?
21   A.    No, ma'am.
22   Q.    Do you have any relatives in Hot Springs?
23   A.    No, ma'am.
24   Q.    Are they all in Pine Bluff?
25   A.    No.  They in Texas.
```

```
 1   Q.    Oh, okay.

 2   A.    Yes, ma'am.

 3   Q.    Okay.  I need to ask you this just to make sure,

 4   okay.

 5         Do you have any relatives in Hot Spring County?

 6   A.    No, ma'am.

 7   Q.    What about Garland County?

 8   A.    No, ma'am.

 9   Q.    Montgomery County?

10   A.    No, ma'am.

11   Q.    Pike County?

12   A.    No, ma'am.

13   Q.    Clark County?

14   A.    No, ma'am.

15   Q.    All right.  Do you belong to any clubs or

16   organizations?

17   A.    No, ma'am.

18   Q.    Okay.  Are you attending college full time?

19   A.    Yes, ma'am.

20   Q.    Okay.  Are you working anywhere right now?

21   A.    Yes, ma'am.  Levi Tower.

22   Q.    What is that?

23   A.    It's a -- right now I'm doing janitorial work, but

24   it's for older people; like, low income for older people.

25   Q.    How long have you been working there?
```

```
1    A.    It's going on nine months.  Nine months, just
2    about.
3    Q.    And who is your supervisor?
4    A.    Danielle Brown.
5    Q.    What is her position?
6    A.    Property manager.
7    Q.    Do you know who owns Levi Tower?
8    A.    David Wilson.
9    Q.    Does he live in Hot Springs?
10   A.    Yes, ma'am.
11   Q.    Does he own other properties?
12   A.    Yes, ma'am.
13   Q.    Or do you know?  Yes, he does?
14   A.    He does but I don't know the name of them.
15   Q.    That's okay.
16         Did you get that job through Labor Finders?
17   A.    No, ma'am.
18   Q.    How did you get that job?
19   A.    A friend helped me get the job.
20   Q.    What friend?
21   A.    Danielle, basically.
22   Q.    And how much are you making per hour?
23   A.    20 a hour.
24   Q.    What are your hours there?
25   A.    Talking about I work Monday through Friday?  I work
```

1   from eight to five.

2   Q.    Okay.  Do you work any overtime?

3   A.    No, ma'am.

4   Q.    Have you talked to anyone other than your attorney

5   to prepare for this deposition?

6   A.    I talked to my mother.

7   Q.    Okay.  And what's your mom's name?

8   A.    Frances Jones.

9   Q.    And she lives in Texas?

10  A.    Yes, ma'am.

11  Q.    Where in Texas?

12  A.    Dallas, Cedar Hill.

13  Q.    Does she work outside the home?

14  A.    She work at Walmart, yes, ma'am.

15  Q.    Okay.  Was it just a matter of keeping her apprised

16  or up to date on what's going on with your lawsuit?

17  A.    Yes -- no.  It's just letting her know what I'm

18  going through.  Because that's basically the only person

19  I basically talk to.

20  Q.    Okay.

21  A.    Yes, ma'am.

22  Q.    Did she have any advice or help about --

23  A.    Oh, she just said, "Good luck."

24  Q.    Okay.

25  A.    That's about it.

```
1    Q.    Have you looked at any documents to prepare for
2    this deposition?
3    A.    Can you -- can you give me a good understanding of
4    what those -- what you mean, looking at documents?  Like,
5    what kind of documents?
6    Q.    Have you -- okay.  Have you looked at any -- well,
7    strike that.
8          In this case I sent some questions called
9    "interrogatories" to your attorney --
10   A.    Yes, ma'am.
11   Q.    -- that you have answered.
12         Did you look at those interrogatories?
13   A.    Yes, ma'am, I have.
14   Q.    Okay.  When did you last look at those
15   interrogatories?
16   A.    It's been what?  Two weeks, three weeks now.
17   Q.    Okay.  Have you looked at any time clock reports?
18   A.    Time clock reports of my job?
19   Q.    Of your work with Davis Lumber?
20   A.    Davis Lumber?  Yeah, I seen them.  Yeah.  Yeah, I
21   looked at them.  Yes, ma'am.
22   Q.    Okay.  When did you last look at those?
23   A.    Prior two weeks ago.
24   Q.    Okay.  And you have provided some paystubs in this
25   case.
```

1   A.    Uh-huh.

2   Q.    Did you look at those to prepare for this

3   deposition?

4   A.    Yes, ma'am.

5   Q.    When did you look, last look at those?

6   A.    A week and a half ago.

7   Q.    Okay.  Have you looked at anything else to prepare?

8   A.    No, ma'am.

9   Q.    Okay.  Have you ever given a deposition before?

10  A.    No.  This is the first time, this one.

11  Q.    Have you ever testified in court?

12  A.    No, ma'am.

13  Q.    When was the last time that you worked for Labor

14  Finders?

15  A.    It was last year.  I can say around May.

16  Q.    Okay.  And what jobsite were you working at?

17  A.    Oh, I was doing solar panels.  I don't know the

18  name of the company.  They just -- they send me there.

19  Q.    How long did you work at the solar panel site?

20  A.    For a month and a half.

21  Q.    Where was this job site?

22  A.    Off of Carpenter Dam.  It was off of Carpenter Dam

23  Road.  I don't know the exact . . .

24  Q.    Okay.  And that's there in Hot Springs?

25  A.    Yes, ma'am.

1   Q.    Okay.  Who was your supervisor, if you remember?

2   A.    Oh, now, I wouldn't -- I don't know.

3   Q.    Okay.  Do you remember how much money you were

4   making an hour?

5   A.    13 an hour.

6   Q.    Okay.  Were you actually putting the solar panels

7   in place?

8   A.    No.

9         We was plugging them up, hooking them up, getting

10  them ready to be set.

11  Q.    Okay.

12  A.    And I was digging trenches.

13  Q.    Okay.  What were your hours?

14  A.    That was from eight to, like, three.  It depends on

15  the weather, to be honest.  We didn't have a certain time

16  we got off.

17  Q.    Okay.

18  A.    Yes, ma'am.

19  Q.    All right.  Did you work any overtime?

20  A.    Oh, no, ma'am.

21  Q.    All right.  Is the work for Levi Tower that you're

22  doing your only source of income?

23  A.    Yes, ma'am, for right now.

24  Q.    Have you ever been involved in any kind of a

25  lawsuit before?

```
 1    A.     Yes, ma'am.

 2    Q.     What kind?

 3    A.     It was dealing with my hours.

 4    Q.     Okay.  So was it the same kind of lawsuit that

 5    you've -- that this one is?

 6    A.     Sort of, kind of.

 7    Q.     Okay.  Explain to me what it was.

 8    A.     They basically -- I didn't know it was messing with

 9    me on my money.  But, the person that was working for

10    them as well as me, they filed the lawsuit.

11           And the lawyer talked to me.  And it was like, "You

12    probably have money that they took from you as well.  Can

13    we file a case as well?"  So they just filed the case.

14    Q.     Okay.

15    A.     And they was taking money from me.

16    Q.     Okay.

17    A.     And our checks used to bounce at the bank.

18    Q.     Okay.  Who was that company?

19    A.     Care Above All Care.

20    Q.     Okay.  And was it the same law firm?

21    A.     Yes, ma'am.

22    Q.     Is that the first time that you worked with this

23    law firm?

24    A.     That -- that first -- yes, ma'am, that first time.

25    Q.     That All Care case?
```

```
 1    A.    Yes, ma'am.
 2    Q.    Okay.  Any other type of lawsuit you've been
 3    involved in?
 4    A.    No, ma'am.
 5    Q.    And, other than that case and this case, have you
 6    ever worked with the Sanford Law Firm before?
 7    A.    No, ma'am.
 8    Q.    Okay.  Now, you understand that you're under oath
 9    here to tell the truth?
10    A.    Yes, ma'am.
11    Q.    Okay.  And it's just like you're testifying before
12    a judge and jury?
13    A.    (Witness nods head.)
14    Q.    Yes?
15    A.    Yes, ma'am.
16    Q.    That's okay.
17          Do you know what perjury is?
18    A.    No, I don't know.  Is that forging somebody's
19    signature?  No?
20    Q.    No.
21    A.    Okay.
22    Q.    Perjury is basically when you're lying under oath.
23    A.    Oh, no.
24    Q.    Okay.  All right.  Do you know that perjury is a
25    criminal act?
```

1    A.    Uh-huh.

2    Q.    Yes?

3    A.    Yes, ma'am.  Yes, ma'am.

4    Q.    All right.  Okay.  Okay.  Let me show you -- let me

5    see if I can get this right.  Thank you.  These are the

6    interrogatories that I sent to your attorney.

7          And you provided some answers for them; is that

8    right?

9    A.    Yes, ma'am.

10                    (Exhibit 1 marked for identification.)

11   Q.    If you would, turn to the very last -- I think it's

12   the last page.  It's the last page.

13         Do you see that verification?

14   A.    Uh-huh.  Yes, ma'am.

15   Q.    Let me ask you this.  And I truly do not mean to

16   offend, but I've been -- I've been caught off guard in a

17   case before, so I just need to make sure.

18         Can you read and write?

19   A.    Oh, yes, ma'am.

20   Q.    Okay.  Did you read this verification when you

21   answered these interrogatories?

22   A.    Yes, ma'am.

23   Q.    Okay.  And do you understand that this says that

24   your answers to the interrogatories are true to the best

25   of your knowledge?

```
 1   A.     Yes, ma'am.
 2   Q.     Yes?
 3   A.     Yes, ma'am.
 4   Q.     And, now, is that your actual signature?  Or was it
 5   a signature on the computer --
 6   A.     It was the signature --
 7   Q.     -- that you approved?
 8   A.     -- on my phone.
 9   Q.     Oh, on your phone?
10   A.     Yes, ma'am.
11   Q.     Okay.  Okay.  But you approved --
12   A.     Yeah, I read this --
13   Q.     -- the answers?
14   A.     Yeah, I read this.
15   Q.     Okay.  All right.  I just wanted to be sure.  All
16   right.
17               THE COURT REPORTER:  And I'm going to
18          interrupt and tell you to please let her finish
19          her question, even if you know where it's
20          going.
21               THE WITNESS:  Yes, ma'am.  Thank you.
22               THE COURT REPORTER:  I appreciate it.  It
23          helps me out.  Thank you.
24   Q.     (Ms. Tausch) Okay.  If you would, please turn to
25   Page 10.  Yeah, there's a lot.
```

```
 1    A.     I know.

 2    Q.     They're numbered down at the bottom.

 3    A.     Okay.  I see.  Yeah, Page 10.

 4    Q.     Okay.  Now, the interrogatory basically asks for

 5    you to identify any other lawsuits involving the FLSA or

 6    overtime statutes.

 7           And the next -- the rest of that page and the next

 8    page, there are objections by your attorneys; is that

 9    right?  You didn't provide any objections?

10    A.     Yes, ma'am.

11    Q.     But, if you turn to the next page, the very

12    bottom --

13    A.     Uh-huh.

14    Q.     -- Page 11, the very bottom, it says:  "Subject to

15    and without waiving the foregoing objections, Plaintiff

16    states as follows:  None."

17           Do you see that?

18    A.     Yes, ma'am.

19    Q.     Okay.  So, when you answered these interrogatories,

20    did you tell your attorney that you had not filed any

21    other lawsuits before?

22    A.     I told my attorney that.

23    Q.     Why?

24    A.     You said -- can you repeat that question one more

25    time.
```

```
 1   Q.    Sure, sure.
 2         When you answered these questions --
 3   A.    Uh-huh.
 4   Q.    -- did you tell your attorney that you had not
 5   filed any other lawsuits before?
 6   A.    Well, I told my attorney I have.
 7   Q.    Okay.  Do you know why they put that you had not?
 8   A.    No, ma'am.
 9   Q.    Okay.  Okay.  So when you file -- when you signed
10   that verification at the very end that said these answers
11   are true and correct to the best of your knowledge, that
12   wasn't true and correct?
13   A.    Okay.
14   Q.    Is that right?
15   A.    Yes, ma'am.
16   Q.    So why did you sign the verification?
17   A.    Well, I -- like I say, I was -- I signed it, but I
18   did read it.  But I guess I didn't perhaps I guess grasp
19   this understanding.  But I did make sure I tell him.  I
20   didn't know that he put none.
21   Q.    Okay.  Turn the page to Page 12.
22         And it asks if you've been involved in any other
23   litigation --
24   A.    Uh-huh.
25   Q.    -- anything else.  And, again, there's a page and a
```

1   half of objections.

2        And it says:  "Plaintiff restates and incorporates

3   the answer to Number 11," which was none.  If you look on

4   Page 13, that's what it says the answer is, right above

5   Interrogatory Number 13.

6   A.    Okay.

7   Q.    Do you see that?

8   A.    Uh-huh.

9   Q.    So what they're --

10  A.    Yes, ma'am.

11  Q.    Do you understand what that means?

12  A.    Yes, ma'am.

13  Q.    Okay.  So they answered the answer to Number 11,

14  and Number 12 is:  There are no other lawsuits that

15  you've been involved in.

16       And you verified that that, those two answers, were

17  true and correct?

18  A.    Yes, ma'am.  Well, I -- I guess I didn't get an

19  understanding, but I have told my lawyer that I filed a

20  lawsuit before.

21  Q.    Okay.  So either your lawyer lied to us or you lied

22  to your lawyer or you're telling us the truth now?

23            MR. SHORT:  I'm going to object to the

24         form.

25  Q.    Well, okay.  You're telling me now that you filed a

1  previous lawsuit, right?

2  A.     Uh-huh.  Yes, ma'am.

3  Q.     Because you did?

4  A.     Yes, ma'am.

5  Q.     With this same law firm?

6  A.     Yes, ma'am.

7  Q.     And when I sent these interrogatories to find out

8  if you had filed a previous lawsuit, the answer was no.

9         And you verified that as no under penalty of

10  perjury, right?

11  A.     Yes, ma'am.

12  Q.     Okay.  All right.  Okay.  What do you understand

13  about the lawsuit that we're here about today?

14  A.     Well, y'all wanted to see was my answers going to

15  stay the same.  Because I --

16  Q.     Okay.  I've moved on to another question, okay.

17  You're going to have to deal with that with your

18  attorney.

19         The lawsuit that you have filed against Texarkana

20  Truss, Red River Lumber Company, and Mike Craven, what do

21  you understand this lawsuit to be about today?

22  A.     Oh, my hours.

23  Q.     And what do you mean by "my hours"?

24  A.     The time that I worked overtime that I wasn't

25  getting paid for.

1    Q.    Okay.  All right.  Do you believe that you were
2    paid for all of the regular hours that you worked?
3    A.    No.
4          And I got confirmation of that from a worker that
5    worked out there.
6    Q.    Who?
7    A.    Michael.
8    Q.    Michael who?
9    A.    I don't -- I forgot his last name, but he used to
10   work as a sales representative.
11   Q.    When did you get this confirmation?
12   A.    It was beginning of January of this year.
13   Q.    How did you get this confirmation?
14   A.    He called me.
15   Q.    He just called you out of the blue?
16   A.    Out of the blue.
17   Q.    What did he tell you?
18   A.    He told me about how they was playing with my
19   hours.  And he kept hearing them talk about my case, and
20   he wondered why they was so scared about the lawsuit if
21   they didn't do anything wrong.
22   Q.    Did he say who was talking about it?
23   A.    Danielle and Mike Craven, Jim.
24   Q.    Do you know who this Jim was?
25   A.    Jim, oh, that's -- he under Mike Craven.  I don't

1    know his last name.  He didn't like me for some kind of
2    reason.
3    Q.    What was Jim's position?
4    A.    Oh, I don't know.  He just popped up, tell us to do
5    something -- we don't know.
6    Q.    Okay.
7    A.    We couldn't even talk to him.  They didn't want us
8    talking to him.
9    Q.    Okay.  Okay.  You said that this Michael, who
10   worked as a sales rep, called you out of the blue and
11   said that they, these three people, played with your
12   hours and were scared about the lawsuit, even though they
13   didn't do anything wrong?
14   A.    Yes, ma'am.
15   Q.    Why would they be scared about the lawsuit if they
16   didn't do anything wrong?
17   A.    That's not my question to answer; that was theirs.
18   Because I -- I don't know.
19   Q.    Okay.  Did Michael say anything else?
20   A.    He said he will help me out with my case.  That's
21   what he told me.
22   Q.    Okay.  What's his phone number?
23   A.    Can I get it for you?
24   Q.    Yes, sir.
25   A.    It is (501)366-0231.

1    Q.    How long did this telephone call last?

2    A.    It was a good 30 minutes.

3    Q.    Okay.  What else did Michael say?

4    A.    Oh, he was just telling me about what they did to

5    him and why he just quit.  And he was telling me about

6    what they said about my lawsuit.

7    Q.    Okay.  What did he say they did to him?

8    A.    He didn't say exactly what they did to him, but he

9    said he was just done and he don't have time for it and

10   all that.

11        And he say he know what they've been doing since

12   he's been working there.

13   Q.    Which is what?

14   A.    Playing with people money and just treating them

15   wrong.

16   Q.    Okay.  Do you have any idea how Michael got your

17   number?  Did he say?

18   A.    I was working for him.  I was making deliveries,

19   doing deliveries at work for him; so we have to have each

20   other number.

21   Q.    Oh, when you worked for Davis Lumber?

22   A.    Yes, ma'am.

23   Q.    Oh, okay.  Okay.

24   A.    And I have his number ever since I start working

25   there.

```
 1   Q.    Okay.  Do you know where Michael is living?
 2   A.    No, ma'am.
 3   Q.    Okay.  When you were working for Davis Lumber, do
 4   you know where he was living?
 5   A.    No, ma'am.
 6   Q.    Okay.  Do you know when Michael quit?
 7   A.    It was beginning of January.
 8   Q.    Okay.
 9   A.    Of 2024.
10   Q.    Okay.  Is he working anywhere else?  Or do you
11   know?
12   A.    I don't know.
13   Q.    Okay.  Okay.  Do you know anything about the
14   ownership or the relationship between Davis Lumber and
15   Red River Lumber?
16   A.    No, ma'am.
17   Q.    Okay.  What about the ownership or relationship
18   between Davis Lumber and Mike Craven?
19   A.    I know Mike Craven owns the companies; that's for
20   sure.  Red River Lumber, Davis Lumber, he own them.  And
21   that's another one that he have somewhere.
22   Q.    All right.
23   A.    And it's in Texarkana.
24   Q.    Okay.  Do you know whether or not Davis Lumber is a
25   corporation?
```

```
1   A.    Oh, no.  I don't know.
2   Q.    That's fair.
3         Do you know if Red River Lumber is a corporation?
4   A.    Yeah, I don't know.
5   Q.    Fair enough.
6         Have you ever heard of Texarkana Truss?
7   A.    They talked about it before, but I don't know what
8   it did.
9   Q.    Sure.
10        Have you made any calculations as to how much you
11  believe you are owed?
12  A.    I was getting -- I was working, like, three hours
13  overtime every day.  I didn't make the calculations yet,
14  but I was just knowing that I was working three times --
15  I mean, three hours -- after I get off, I worked three
16  hours where I come here early because he begged me to.
17  Q.    Okay.  Who begged you to?
18  A.    Scotty.
19  Q.    Okay.
20  A.    It's the last name Smith, Scotty Smith.
21  Q.    Okay.  Okay.  I wanted to ask you some questions
22  for a specific time period.
23        I'm going to break this down into two time periods,
24  okay?
25  A.    Okay.
```

1    Q.    And I just want to concentrate on from October to
2    December of 2021, okay?
3    A.    Okay.
4    Q.    So, unless I change the time period, that's what
5    I'm talking about --
6    A.    Okay.
7    Q.    -- is from October to December of 2021, all right?
8    A.    Okay.
9    Q.    Now, it's my understanding in October of 2021 that
10   Labor Finders assigned you to work at Davis Lumber in
11   Malvern --
12   A.    Yes, ma'am.
13   Q.    -- is that right?  Okay.
14         And Labor Finders paid you for the work that you
15   did from October 12, 2021, through -- I believe it's
16   December 8, 2021?
17   A.    Uh-huh.
18   Q.    Is that your recollection?
19   A.    It's been a long time.
20   Q.    Sure.
21   A.    So I'm going to say it's accurate.
22   Q.    Okay.
23   A.    Somewhat accurate.
24   Q.    Okay.  And I'm not trying to trick you.  I think
25   that's right.

```
1    A.    Uh-huh.
2    Q.    Okay.  Do you remember how much Labor Finders paid
3    you per hour?
4    A.    Oh, it was, like, 13, 13.50 a hour, something like
5    that.
6    Q.    Does 11.75 sound --
7    A.    Sound --
8    Q.    -- accurate?
9    A.    Yeah, that sounds about right.
10   Q.    Okay.
11   A.    Yeah, that's Labor Finders.
12   Q.    Okay.  They may have charged Davis Lumber more, but
13   they paid you 11.75 per hour?
14   A.    Yes, ma'am.
15   Q.    Okay.  And that would make your overtime rate
16   17.62?
17   A.    Yes, ma'am.
18   Q.    And, again, I'm not trying to trick you.  I used my
19   calculator on my phone.
20   A.    Yes, ma'am.  That's okay.
21   Q.    Okay.  Okay.  Have you gone back to check either
22   your taxes or your pay stubs or bank accounts or anything
23   like that for that time period?
24   A.    No, ma'am.
25   Q.    Okay.
```

```
 1   A.    I have them.  I keeps them.
 2   Q.    Okay.  Okay.  Were you paid weekly or biweekly from
 3   Labor Finders?
 4   A.    Labor Finders -- I was getting paid every day, but
 5   Labor Finders told them:  "Hey, he don't need to be
 6   getting paid every day.  Pay him biweekly."
 7         Then I started getting paid biweekly.
 8   Q.    Biweekly?
 9   A.    Not biweekly, but weekly.
10   Q.    Weekly?
11   A.    Yes, ma'am.  I'm sorry.
12   Q.    That's all right.
13         Now, during that two-month time period, what was
14   your position in Malvern?
15   A.    I was started off as a yard handler.
16   Q.    Okay.
17   A.    Then I worked from a yard handler up to a forklift
18   operator.
19   Q.    Okay.  What does a yard handler do?
20   A.    We get loads ready for trucks, so bundles of wood.
21   Q.    Okay.
22   A.    And getting them ready for trucks to be delivered.
23   Q.    Okay.  So you would actually stack the wood?
24   A.    Yes, ma'am.  Use a forklift and tie it down and
25   then load it onto a truck.
```

1    Q.    Okay.

2    A.    Then they started asking me, "Can you become a

3    truck driver?"

4          And I was, like, I didn't want to.  Davis Lumber

5    was asking me that.

6    Q.    Okay.

7    A.    And I was still -- and they started asking me could

8    I drive the truck, and I told him I didn't want to.

9          And he was like, "Well, you ain't got no other

10   choice."  That's Scotty saying that.

11         And so I jumped in the truck.  And I was waiting on

12   my pay to change, and it never changed until about I say

13   about three weeks later.

14   Q.    When did you start driving a truck?

15   A.    I can't remember the exact date or time, like, the

16   exact date on that.  But --

17   Q.    Was it while you were working for Davis Lumber?

18   A.    No.  It was while I working for --

19   Q.    I mean, excuse me --

20   A.    -- the --

21   Q.    Hold on.  Hold on.

22         Was it while you were working for Labor Finders?

23   A.    Yes, ma'am.

24   Q.    Okay.  Now, you said that you also operated a

25   forklift.

```
 1           That's while you were a yard handler?
 2    A.     Uh-huh.  But I --
 3    Q.     Yes?
 4    A.     -- wasn't certified.
 5    Q.     Yes?
 6    A.     Yes, ma'am.
 7    Q.     What do you mean you weren't certified?
 8    A.     We wasn't certified forklift operators until MSHA
 9    got called.
10    Q.     Okay.
11    A.     And that's when they gave it to us.
12    Q.     Okay.  So did you get additional training?
13    A.     Yes, ma'am, later on down the line.
14    Q.     Okay.  Was it MSHA or OSHA?
15    A.     OSHA.  I thought they was basically the same thing.
16    Q.     Okay.  Who called them?
17    A.     I don't know who called them.
18    Q.     Okay.  Do you know when they were called?
19    A.     It was about a month before I quit.  It was about a
20    month before I quit.
21    Q.     Okay.  So that would have been in June of 2022?
22    A.     Yes, ma'am.
23    Q.     Approximately?
24    A.     Yes.
25    Q.     Okay.  Okay.  When you were working -- strike that.
```

```
1          When you were being paid by Labor Finders, again
2    from October to December, did you have set hours?
3    A.    Well, it was eight -- well, yeah, hold on.  Seven
4    to five.  We did have set hours, seven to five.
5    Q.    Okay.  Monday through Friday?
6    A.    Yes, ma'am.
7          But I was still working overtime.
8    Q.    And we'll get to that.
9    A.    Okay.
10   Q.    But those were the hours that you were supposed to
11   be working --
12   A.    Yes, ma'am.
13   Q.    -- 7 a.m. to 5 p.m.?
14   A.    Yes, ma'am.
15   Q.    Did you work on Saturday?
16   A.    Oh, yes, ma'am.
17   Q.    What did you work on Saturday?
18   A.    Seven to 12.
19   Q.    Okay.  Were there other yard handlers working?
20   A.    Yes, ma'am.
21   Q.    Who were they?
22   A.    William Patillo, Trent Murphy.  Who else?
23   Justin -- not -- Dustin, Dustin.  I don't know his last
24   name.
25   Q.    That's okay.
```

```
 1    A.    Who else?  Nathan.

 2    Q.    They call him Nate?

 3    A.    Uh-huh.  Do you know him?

 4    Q.    No.  I'm just asking you.

 5    A.    They called him Nate.

 6          Who else?  Who else?  And they just had random

 7    people coming from Labor Finders.

 8    Q.    Okay.  Okay.  Were all four of these gentlemen from

 9    the Labor Finders?

10    A.    William, yes.

11    Q.    Okay.

12    A.    Justin, I don't think so.

13    Q.    Okay.

14    A.    And Trent I don't think so.

15    Q.    What about Nathan?

16    A.    Nathan was, yes, ma'am.

17    Q.    Okay.

18    A.    And she had her son in the yard, Alex.

19    Q.    Who?  She?

20    A.    Alex -- Danielle.

21    Q.    Were the hours the same for all of the yard

22    handlers?

23    A.    Yes, ma'am.

24    Q.    Okay.  Including Saturday?

25    A.    Saturday we -- it depends if we have deliveries or
```

```
 1  not.
 2  Q.    Okay.  Okay.  They may have more people there or
 3  less people?
 4  A.    Oh, on Saturdays?
 5  Q.    Right.
 6  A.    Less people on Saturdays.
 7  Q.    Okay.  Depending on the number of deliveries?
 8  A.    Yes, ma'am.
 9  Q.    Okay.
10  A.    And it's supposed to -- like, say for instance,
11  Nathan will work one Saturday; then he'll have the next
12  Saturday off.  We all --
13  Q.    Alternated?
14  A.    Yeah, alternated.  But it don't work like that.
15  Q.    Okay.  Yeah.
16        Okay.  Did you get breaks during the day?
17  A.    I'm going to be honest with you:  I had to force
18  myself to get a break.
19        Because every time I asked to take a break, they
20  tell me, "Oh, just get some lunch and keep driving," you
21  know, what I'm saying?  So I say, no, to be honest with
22  you.
23  Q.    Did you get breaks other than lunch?  Like a 10- or
24  15-minute break during the day?
25  A.    Oh, no.  No.
```

```
1    Q.    No breaks?

2    A.    Just at lunch.

3    Q.    Okay.  And how was how -- long was your lunch break

4    supposed to be?

5    A.    It was supposed to be an hour.

6    Q.    How did you know that?

7    A.    That's what they told me when I first got on.

8    Q.    Who told you that?

9    A.    Scotty, the yard handlers, people.

10   Q.    Okay.  Did you ever see it in a handbook or

11   anything like that?

12   A.    I never received a handbook.

13   Q.    Okay.

14   A.    They start passing handbooks out after I quit.  And

15   Nathan told me that she's making them sign handbooks.

16   Q.    Okay.  But it's your testimony that Scotty told you

17   that lunch breaks were an hour?

18   A.    Yes, ma'am.

19   Q.    Okay.  When you took a lunch, did you clock in and

20   out?

21   A.    Yes, ma'am.

22   Q.    Okay.

23   A.    Well, if you on the road, you can't clock in and

24   out.  Like, if you're doing a delivery --

25   Q.    Right, right.
```

```
1    A.    You can't.

2    Q.    Right.

3          So you can't clock in and out from your phone?

4    A.    Oh, no, ma'am.  It's only on the computer.

5    Q.    Okay.  And where is the computer?

6    A.    It's in his office.  Or if his computer's not

7    working, we go to the front in the store.

8    Q.    Okay.  "His" meaning Scotty?

9    A.    Yeah, Scotty.  Yes, ma'am.

10   Q.    And is his office in the lumberyard?

11   A.    Yes, ma'am.

12   Q.    And, when you say you go to the front, whose

13   computer is that?  Do you know?

14   A.    Probably Ernest.  We call him E. J.

15   Q.    Okay.  What's his position?

16   A.    He's a clerk.  I think he sit and, like, scan.

17   Q.    Okay.  All right.  Would you just tell E. J.?  Or

18   would you do it up there?

19   A.    It depends.  I tell -- now, he can't clock us in

20   and out; so we have to go up there ourselves.

21   Q.    Okay.  So if you're on the road and you took lunch,

22   what did you do?  Did you call in and say --

23   A.    Yeah.

24   Q.    -- "I'm taking lunch"?

25   A.    No.  I be like -- I call him and I say, "Hey,
```

1   Scotty, can I take a lunch?"

2       And he was like, "Come on, man.  We got all these

3   loads to go out."

4       And I was like, "Man, come on.  I'm tired.

5       And he was like, "Just grab you something to eat

6   and just keep the truck moving," is basically what he'll

7   say.

8   Q.    Okay.  Did you ever take a lunch while you were

9   driving?

10  A.    No.  No, ma'am.

11  Q.    Okay.  Did you have a supervisor at Labor Finders?

12  A.    No.

13  Q.    Did you have a contact at Labor Finders if you had

14  any issues or questions or --

15  A.    No.  Just call the main office.  Just --

16  Q.    And just talk to whomever picked up the phone?

17  A.    Whoever picked up the phone.

18  Q.    Okay.  During that two-month period, just from

19  October to December, that's all I'm talking about right

20  now, did you work any overtime?

21  A.    Yes, ma'am.

22  Q.    What -- how much overtime did you work?  And you

23  can tell me by day or by week, whatever is easier for

24  you.

25  A.    I could tell you by day.

1    Q.    Okay.  By day.

2    A.    Yes, ma'am.

3    Q.    All right.

4    A.    Because I make it home around eight sometimes, so I

5    say I worked two hours and a half every day or three

6    hours.  It depends on where I'm going.

7    Q.    Okay.  So for in essence 2 1/2 to 3 months --

8    A.    Uh-huh.

9    Q.    -- your testimony is that you worked 2 1/2 to

10   3 hours of overtime --

11   A.    Uh-huh.

12   Q.    -- every single day?

13   A.    Yes, ma'am.

14   Q.    Okay.  Did that include Saturday?

15   A.    It rarely -- it rarely -- it depends.  Like I said,

16   we have deliveries; and I'm the only one driving, so

17   it -- rarely.

18   Q.    So from Monday through Friday --

19   A.    Uh-huh.

20   Q.    That's okay.

21         From Monday -- I speak slowly because I'm trying to

22   make it specific, all right.

23   A.    Yeah.

24   Q.    So just give me a chance.

25         From Monday through Friday from October 12 through

```
 1   December 8 roughly of 2021 while you were working for
 2   Labor Finders at Davis Lumber, it's your testimony that
 3   you worked 2 1/2 to 3 hours every single day?
 4   A.    Yes, ma'am.
 5         Or days I just tell him, "Hey, can I get off early?
 6   Because I don't want to work late."
 7   Q.    Okay.
 8   A.    You know, because I be tired.
 9   Q.    There were some days like that?
10   A.    Yes, ma'am.
11   Q.    How many days?
12   A.    Probably just once -- not every week, but once
13   every two to three weeks.  Because I like working.
14   Q.    Did you get paid for those overtime hours from
15   October through December?  It's roughly two months, from
16   October 12 to December 8?
17   A.    I always complained about my check.  I just didn't
18   never just sit there and just said something to her about
19   it.
20   Q.    "Her" who?
21   A.    Danielle.
22   Q.    Okay.  Now, I'm just talking about --
23   A.    Just the --
24   Q.    -- from October to December of 2021 --
25   A.    Yes, ma'am.
```

1    Q.      -- when Labor Finders was paying you.

2    A.      Oh, when Labor Finders was paying me?  No.

3    Q.      You never complained?

4    A.      No, ma'am, I never complained.

5            I complained about them saying I couldn't get paid

6    every day.

7    Q.      Why?

8    A.      I don't know why.  They said -- oh.

9    Q.      No.  Why did you complain?

10   A.      Oh, because they didn't want me to go over the

11   overtime mark and not see how much I was making over the

12   overtime mark.  Because -- all right.

13           So, for instance, I'm getting paid 11.50 or --

14   Q.      11.75?

15   A.      11.75.  All right.  If I go over 40 hours, the rest

16   of the time it's mines, you know, so the Labor Finders

17   can't touch it.

18           And so they started complaining about that, and

19   they start calling Davis Lumber telling them, "Hey, pay

20   him weekly.  Don't pay him every day."

21           But, with Labor Finders, you can get paid every

22   day.  So they go -- yeah.

23   Q.      Okay.  So you complained about not being paid

24   daily?

25   A.      Yes, ma'am.

1    Q.    Did you complain about not getting overtime?

2    A.    I complained about that too as well, yes, ma'am.

3    Q.    During that time period?

4    A.    Yes, ma'am.

5    Q.    Okay.  Who did you complain about -- to?

6    A.    Judy.

7    Q.    And she's at Labor Finders?

8    A.    Yes, ma'am.

9    Q.    Okay.  What did she say?

10   A.    She's saying that -- what did she say?  She say,

11   like, "Oh, we not -- I can't let you keep doing that.  We

12   got bills to pay too."

13         That's the exact words she said.

14         And I said, "Why does my time have to do with

15   yours"?

16   Q.    Okay.  And what did she say?

17   A.    Oh, that was it; that was it.  She said she can't

18   do it and that was it, so I have to get paid weekly.

19   Q.    Okay.

20   A.    And about the overtime, yes, ma'am, she said she

21   couldn't do that.

22   Q.    Okay.  Did you ever call the Department of Labor?

23   A.    No, ma'am.  I tried.

24   Q.    What does that mean?

25   A.    I tried to call the people that's over Judy.  I

```
 1   didn't know who to call, so I guess I called Benton
 2   instead; and they couldn't do nothing about it as well.
 3   Q.     You tried to call who?
 4   A.     Benton Labor Finders.  Bentonville -- not
 5   Bentonville, but Benton, Arkansas.  There's Labor Finders
 6   up there.
 7   Q.     Oh, okay.  Is that a headquarters or something?
 8   A.     I don't know.
 9   Q.     Okay.
10   A.     I thought it could help me out at that time.
11   Q.     Okay.  And did you talk to somebody up there?
12   A.     Yes, ma'am.
13   Q.     Who?
14   A.     It was a guy.  I don't know who his name was.
15   Q.     Okay.  And what did they say?
16   A.     There was nothing they could do about it.
17   Q.     Okay.
18   A.     And that was it.  I just left it alone.
19   Q.     Did you try to call -- did you try to find out
20   who -- the Labor Finders headquarters?
21   A.     No, ma'am, I didn't.  No, ma'am, I wasn't trying to
22   find out.
23   Q.     Okay.  Do you understand that the Department of
24   Labor is a federal agency?
25   A.     No.
```

```
 1          I just -- when I moved to Hot Springs, that's when
 2    I first heard of Labor Finders; and I just started
 3    working there.
 4    Q.    Okay.  Do you think that Labor Finders is some kind
 5    of governmental agency?
 6    A.    No, I don't.
 7    Q.    Okay.  All right.  Did you make notes of your time
 8    anywhere?  Like in a log or a spreadsheet or a journal or
 9    a diary or on a calendar or anything like that?
10    A.    No, ma'am.
11    Q.    Okay.  So nothing written down anywhere?
12    A.    No, ma'am.  I didn't think like that.  I was 23,
13    22.
14    Q.    Okay.  I get it.
15          Okay.  So how do you recall that it was 2 1/2 to
16    3 hours every day except for one day every two to three
17    weeks?
18    A.    Like I said, when I get back to work the next
19    day -- because when we get there to drop off the truck,
20    the building is locked down; so you can't clock out.
21          So we have to tell Danielle, the manager at the
22    time, "Hey, this is the hours we worked.  This is the
23    time I got off."
24          She just write it down, and she just set it to the
25    side.  When we get ready to go clock in the clock out, I
```

```
 1    don't see that.  You know what I'm saying?  I don't see
 2    none of that, so I can't tell you if she does or not.
 3    Q.    Okay.
 4    A.    Yes, ma'am.
 5    Q.    All right.  Did you report your hours to Labor
 6    Finders?
 7    A.    Yes, ma'am.
 8    Q.    Okay.  How did you report your hours to Labor
 9    Finders?
10    A.    Calling them.
11    Q.    Did you call them in every day?
12    A.    They did.  They called them every day.
13    Q.    Who?
14    A.    Scotty called in my hours.
15          And sometimes -- you can put Danielle too.
16    Danielle do it sometimes too.
17    Q.    Okay.  When you got paid, did you get a pay stub
18    from Labor Finders?
19    A.    Oh, yes, ma'am.
20    Q.    Did you check the hours?
21    A.    Oh, yes, ma'am.
22    Q.    Okay.
23    A.    The pay was adding up.  Some of them was adding up.
24    Like, if I work from seven to five, that adds up because
25    you know how much you exactly getting paid.
```

1    Q.    Right.

2    A.    But, when I'm doing overtime, I don't see it.

3    Because, like I said, Labor Finders be closed; and then

4    it's the next day I get another check on top of that, so

5    I don't be seeing it.

6    Q.    Did you ever get paid for overtime from Labor

7    Finders?

8    A.    Yes, ma'am.

9    Q.    Okay.

10   A.    I was making more money at Labor Finders than I was

11   at Davis.

12   Q.    Okay.  Do you believe that you were paid correctly

13   for the number of regular hours you worked by Labor

14   Finders?

15   A.    Can you repeat that again.

16   Q.    Do you believe that you were paid correctly for the

17   number of regular hours you worked --

18   A.    That I --

19   Q.    -- at Labor Finders?

20   A.    Yes, ma'am.

21   Q.    Okay.  So it was just the overtime hours that you

22   believed Labor Finders didn't pay you correctly?

23   A.    Yes, ma'am.

24   Q.    Okay.  If Labor Finders' records show that the most

25   overtime you ever worked at Labor -- at Davis Lumber in a

1    week was 12, would you agree or disagree with that?

2    A.    Repeat that one more time.

3    Q.    Sure.

4          If Labor Finders' records show that the most

5    overtime you ever worked at Davis Lumber during that

6    two-month period --

7    A.    Uh-huh.

8    Q.    -- in a week was 12, would you agree or disagree

9    with that?

10   A.    In a week?

11   Q.    Uh-huh.

12   A.    Overtime 12?  I agree.

13   Q.    Okay.  You said that you have the pay stubs from

14   Labor Finders?

15   A.    Yes, ma'am.

16              MS. TAUSCH:  We'd like a copy of those,

17         Sean, please.

18   Q.    Have you asked anyone at Labor Finders to testify

19   for you?

20   A.    No, ma'am.

21   Q.    Okay.  Did you receive any bonuses or commissions

22   or extra pay during that two-month time period?

23   A.    No, ma'am.

24   Q.    Okay.  All right.  Now I want to switch gears a

25   little bit, okay.

1          I want to move to the time period from December

2    2021 to July 2022, okay?

3    A.    Okay.

4    Q.    And you know why I'm switching that time period,

5    okay; and we're going to talk about that time period,

6    okay?

7    A.    Uh-huh.

8    Q.    So what happened in December 2021 regarding your

9    employment?  Did it change?

10   A.    Oh, yes, ma'am.  I went full time.

11   Q.    Okay.  And what does that mean?

12   A.    What you -- full time?

13   Q.    Yeah.

14   A.    I'm working full time with the company now.

15   Q.    All right.

16   A.    At the company.

17   Q.    All right.  And who are you working for?

18   A.    Davis Lumber.

19   Q.    Okay.  And it's your understanding and your belief

20   that your employer is Davis Lumber, correct?

21   A.    Yes, ma'am.

22   Q.    Okay.  And you started receiving payment directly

23   from Davis Lumber; is that right?

24   A.    Yes, ma'am.

25   Q.    Okay.  And you started receiving pay stubs from

1   Davis Lumber, correct?

2   A.    Yes, ma'am.

3   Q.    Okay.  And you've provided those pay stubs, the

4   ones that you have, to your attorney; they provided them

5   to us?

6   A.    (Witness nods head.)

7   Q.    Is that right?

8   A.    Yes, ma'am.

9   Q.    Okay.  And have you provided all of the pay stubs

10  that you have to your attorney?

11  A.    Oh, yes, ma'am.

12  Q.    Okay.  Were you paid with a paycheck?  Or was it

13  direct deposit?

14  A.    Bonus is direct -- paycheck.

15  Q.    Okay.

16  A.    And I got direct deposit.

17  Q.    So regular pay was direct deposit?

18  A.    Uh-huh.

19  Q.    And bonuses you got an extra paycheck?

20  A.    Yes, ma'am.

21  Q.    Okay.  Was overtime direct deposit?  Or was it an

22  extra paycheck?

23  A.    It was supposed to be deposited.

24  Q.    Okay.  Okay.  Is it your testimony that you didn't

25  get any overtime pay during this time period?

```
1    A.    Since we switched over now, right?

2    Q.    Right, right.

3    A.    That I don't believe, no.

4    Q.    You didn't get any overtime pay?

5    A.    I ain't saying any.  I don't believe that I got all

6    of my overtime pay.

7    Q.    Right, right.

8          But you got paid some overtime pay --

9    A.    Some, yes, ma'am.

10   Q.    Okay.  And the overtime pay that you got paid was

11   direct deposit?

12   A.    Yes, ma'am.

13   Q.    Okay.  How much did Davis Lumber pay you per hour?

14   A.    I think I went up to, like, 13, 15.  One of --

15   between -- that's been a while.

16   Q.    Okay.

17   A.    13, I say.  I'll just say 13.

18   Q.    Okay.

19   A.    13 or 14.

20   Q.    13 or 14?

21   A.    Yes, ma'am.

22   Q.    Okay.  And did Davis Lumber pay you weekly or

23   biweekly?

24   A.    They paid me weekly.

25   Q.    Okay.  Did your job duties change when you became
```

```
1    full time at Davis Lumber or not?
2    A.    Yes, ma'am, it did.
3    Q.    How did they change?
4    A.    Like I say, I was a yard handler.  They were trying
5    to push me over into a truck while I was still at Labor
6    Finders.
7    Q.    Okay.
8    A.    That's why I got on quicker to get full time.
9    Q.    Okay.
10   A.    And they didn't pay me soon as I changed and got in
11   the truck.  They didn't change my pay rate until, like I
12   say, a week -- a month and a half at least.
13   Q.    Okay.  So roughly around January, the end of
14   January?
15   A.    Yes, ma'am.
16   Q.    They increased your rate to 13 or 14 an hour?
17   A.    Yes, ma'am.
18   Q.    Okay.
19   A.    Because I was complaining about it.
20   Q.    Okay.  Who were the other truck drivers?
21   A.    Trent, Dustin, Davey -- I didn't put Davey down.
22   Q.    Okay.
23   A.    Who were -- and Scotty sometimes.
24   Q.    Okay.  That's your supervisor, the same person?
25   A.    Yes, ma'am.
```

```
1    Q.    Did anything change in regard to clocking in and
2    clocking out?
3    A.    Can you give me a prime example what you mean by
4    that?
5    Q.    Well, you've told me that you would clock in and
6    out in Scotty's office?
7    A.    Uh-huh.
8    Q.    When you -- Scotty wasn't there, you couldn't get
9    in his office, you would go to the front where E. J.'s
10   computer was --
11   A.    Uh-huh.
12   Q.    -- and clock in and out there, unless you were
13   driving and you were on the road; and you would just
14   call?
15   A.    When I got on full time, okay, the clocking in and
16   clocking out situation -- see, in the morning time, I
17   come in -- they want me to come in early sometimes, so
18   I'll be there at five or six.  Depends on what time he
19   want me to come in.
20         And we clocks in in the morning; but, when it's
21   time for us to go, we don't clock out.  If we still on
22   the road at all, we don't clock out.
23   Q.    Okay.
24   A.    And we have to just wait until the next day to tell
25   Danielle how -- or we have to call in and tell her.
```

1    Q.    Okay.  Did anything change in regard to lunch?

2    A.    No, ma'am.

3    Q.    Okay.  Is it your testimony that when you came in

4    at 5 or 6 in the morning that you never got paid for that

5    time?

6    A.    I didn't say I didn't get paid for it.  I said I

7    clocked in in the morning time.

8    Q.    Oh, okay.  I'm sorry.  I'm sorry.

9          Okay.  So it's just the 2 1/2 to 3 hours at --

10   A.    Yes, ma'am.

11   Q.    -- night that you didn't get paid?

12   A.    Yes, ma'am.

13   Q.    Is that right?

14   A.    Yes, ma'am.

15   Q.    Okay.  What kind of truck were you driving?

16   A.    A F -- F554, Ford F554.  I was driving a semi, a

17   little semi truck, a little box truck.

18   Q.    Did you need a CDL for it?

19   A.    No, ma'am.

20   Q.    Okay.

21   A.    I just needed my DOT.

22   Q.    Okay.  Were there two people in the truck or just

23   you?

24   A.    If I got a big load, it will be two.

25   Q.    Okay.

```
 1   A.    If it's -- if it's still a big load, it'd be me by
 2   myself still too.
 3   Q.    Okay.  When two people were in the truck, was it a
 4   regular two-person team?  Or was it just whoever's there
 5   and --
 6   A.    Whoever there.
 7   Q.    -- can go with you?
 8   A.    Whoever there.
 9   Q.    Okay.  Were the hours the same, seven to five
10   normally?
11   A.    Yes, ma'am.
12   Q.    Okay.  And is it your testimony that you worked
13   2 1/2 to 3 hours every day during the week Monday through
14   Friday overtime?
15   A.    Yes, ma'am.  Well, certain -- like I said, certain
16   days I call and say, "Hey, I need to get off early.  I
17   got something to do," or "because I'm tired."
18   Q.    Okay.  So would that have been once every two to
19   three weeks?
20   A.    Oh, I say once every two the three weeks, yes,
21   ma'am.
22   Q.    Okay.  And is it your testimony that you never got
23   lunch?
24   A.    I ain't say I never got lunch.
25   Q.    Okay.
```

1    A.    Because I forced myself to get a lunch if I'm at
2    the yard.
3    Q.    Okay.
4    A.    I tell them I'm leaving, you know, what I'm saying.
5    I just tell them I'm leaving the yard.
6    Q.    And how long did you take for lunch?
7    A.    It will never be a hour.  I feel like 20 minutes.
8    I go get something; I come back.  I try to sit in the
9    car, and they come messing with me.
10   Q.    Okay.  Did you ever work overtime on Saturdays?
11   A.    Out of -- I say about four times out of the whole
12   time I've been working on Saturday.
13   Q.    Okay.  Okay.  And by that I mean past the noon
14   hour?
15   A.    Uh-huh.
16   Q.    Yes?
17   A.    Yes, ma'am.
18   Q.    Okay.  And, on those four times, how long past noon
19   did you work?
20   A.    I say about two hours.
21   Q.    Okay.  All four times?
22   A.    Yes, ma'am.
23   Q.    Okay.
24   A.    Or they have us come in on a Sunday and help him
25   load up, get loads together for the week.

1   Q.    How many times did you work on Sunday?

2   A.    Oh, I say about three times for sure.

3   Q.    Okay.

4   A.    And I stopped.

5   Q.    And how long did you work on those three Sundays?

6   A.    About three to four hours.

7   Q.    All three Sundays?

8   A.    Not -- yeah, all three Sundays.  Yeah.  Basically,

9   yeah.

10   Q.    Okay.

11   A.    If I still had my old phone, I'd be really certain.

12   Q.    Okay.  Would you look at Interrogatory Number 3,

13   which is -- it starts on Page 3.

14   A.    Uh-huh.

15   Q.    And that, that the Interrogatory asks:  "Please

16   state how many hours Plaintiff contends that he worked

17   each and every individual week during the Applicable

18   Period," which is during the time period that you worked

19   for Davis Lumber.

20         And there are some objections.  If you look at

21   Page 4, it has subject to the objections you state as

22   follows.

23         Are you with me?

24   A.    Yes, ma'am.

25   Q.    It says, "I would say I was working about 80 hours

```
 1    per week."
 2           Is that still your testimony or not?
 3    A.    Yes, ma'am.
 4    Q.    Okay.  So it's your testimony that you worked 40
 5    hours of regular time and 40 hours of overtime every
 6    week?  Is that your testimony here today?
 7    A.    No, ma'am.  It's -- that's wrong.  That's wrong.
 8    Q.    That's incorrect?
 9    A.    Yes, ma'am.
10    Q.    Okay.
11    A.    Yeah, that's wrong.
12    Q.    The last sentence says:  "I would also arrive
13    around -- about one to two hours before my shift and
14    would work off the clock until I could clock in at
15    seven."
16           That's incorrect, isn't it?
17    A.    Well, it depends.  Like I said, I got -- I got the
18    gate -- I mean, I got the key to the gate.  So I do get
19    there.  When he want me to get there and he said he'll
20    meet me there and he don't meet me there, I still be
21    there.  And I still can't clock in if he's not there
22    because he got the key to his office and the main store,
23    so yeah.
24    Q.    Okay.
25    A.    I can say that's correct.
```

```
 1    Q.    Okay.  Okay.  So the first sentence is false?
 2    A.    Yes, but I'm not going to say I -- I'm not going to
 3    say I worked 80 hours a week.
 4    Q.    Okay.
 5    A.    It was, like, 45 to -- what?  50 hours a week.  It
 6    depends.
 7    Q.    Okay.  Okay.  All right.  So your testimony here
 8    today is you worked 45 to 50 hours a week?
 9    A.    Yes, ma'am.  That's --
10    Q.    Okay.
11    A.    -- time I supposed to work.
12    Q.    Okay.  All right.  Which would be approximately
13    five to 10 hours of overtime a week?
14    A.    Yes, ma'am.
15    Q.    All right.
16    A.    Is this mines to keep?
17    Q.    The court reporter is going to take that.
18    A.    Okay.
19    Q.    You can get a copy from your attorney.
20    A.    Okay.
21    Q.    Did you make any notes or a log or a diary or write
22    it on a calendar how many hours you were working while
23    you were working at Davis Lumber?
24    A.    No, ma'am.
25    Q.    All right.  Were you paid for the regular hours
```

1    that you worked while you were working at Davis Lumber?

2    A.    Yes, ma'am.

3    Q.    Were you paid for all of the regular hours that you

4    worked at Davis Lumber?

5    A.    Yes, ma'am.

6    Q.    Okay.  Were you paid for all of the overtime hours

7    that you worked at Davis Lumber?

8    A.    I don't feel like I was.

9    Q.    Okay.  And that's the 2 1/2 to 3 hours --

10   A.    Yes, ma'am.

11   Q.    -- each night?

12   A.    Yes, ma'am.

13   Q.    Okay.  And some on the week -- on the Saturday or

14   Sunday?

15   A.    Yes, ma'am.

16   Q.    Okay.

17   A.    I will remember this more better if it was close to

18   the time I did quit, though.

19   Q.    Sure.

20   A.    Yeah.  Because it's, like, two years, three years

21   ago now.

22              (Exhibit 2 marked for identification.)

23   Q.    Let me show you Exhibit Number 2.

24         The first page is your last check; is that correct?

25   A.    No.

```
1    Q.    Or a copy of the last paycheck -- pay stub?
2    A.    I guess, yes, ma'am.
3    Q.    Is that what that looks like?
4    A.    Oh --
5    Q.    It's dated July 7 through July 13.
6    A.    Yeah, I'm seeing it.
7    Q.    And that was your last pay period; is that right?
8    A.    I guess so.
9    Q.    Do you remember when you last worked?
10   A.    No, ma'am, I don't.
11   Q.    All right.  Does it show overtime on that paycheck?
12   A.    That I don't see, no, ma'am.
13   Q.    Okay.  Does it show your hourly rate?  Look right
14   there.
15   A.    Where?
16   Q.    Right there.
17   A.    Yes, ma'am, I see it.
18   Q.    Is that a yes?
19   A.    Yes, ma'am.
20   Q.    And what was what?
21   A.    $14.
22   Q.    And your overtime rate was what?
23   A.    21.
24   Q.    Okay.  Now, if you turn two pages -- strike that --
25   three pages down at the bottom right-hand side, you're
```

1    going to see what's called a Bates stamp; okay.  I'm
2    going to be referring to those pages to get you on the
3    same page that I'm on.
4    A.    Okay.
5    Q.    Okay.  If you look at Davis 4, all right, it is
6    titled, "Pay Check Listing."
7          Do you see that?
8    A.    Yes, ma'am.
9    Q.    Okay.  And on that page, it shows the payment date
10   to you; is that right?
11   A.    Yes, ma'am.
12   Q.    It's the third column.
13         And then the fifth column, two columns over, it
14   shows the hours that you were paid; is that right?
15   A.    Yes, ma'am.
16   Q.    And does that column show that you were paid
17   overtime hours?
18   A.    Yes, ma'am.
19   Q.    Okay.  All right.  Now, if you will turn to
20   Davis 8.  It's Page 8.  That is a time clock report.
21         Do you see that?
22   A.    Yes, ma'am.
23   Q.    And it starts -- it's actually -- it's actually
24   backwards -- no, it's not.  It's the first page.
25         It starts on 12/9/2021.

```
 1   A.    Yes, ma'am.

 2   Q.    Is that right?

 3   A.    Yes, ma'am.

 4   Q.    And, as far as we can determine, that's when you

 5   first started full time at Davis Lumber; is that right?

 6   A.    Yes, ma'am.

 7   Q.    Okay.  And the very first entry shows 6:15 a.m.

 8         Do you see that?

 9   A.    Yes, ma'am.

10   Q.    And who would have clocked in then?

11   A.    At 6:15?

12   Q.    Right.

13   A.    Wouldn't nobody be there at 6:15 in the morning

14   because they don't open it till seven.

15   Q.    Okay.  Well, this is your clock in report.

16         At the top do you see "employee"?

17   A.    Yes, ma'am, I see.

18   Q.    Josh Hickman?

19   A.    Yes, ma'am.

20   Q.    Okay.  So would you have clocked in?  Or did

21   somebody else clock you in?

22   A.    I guess I --

23   Q.    Can you tell?

24   A.    I can say I clocked in.  Yeah, I can say that.

25   Q.    Okay.  So that was before 7:00, right?
```

```
 1    A.    Yes, ma'am.
 2    Q.    So you were going to get paid for that morning,
 3    right?
 4    A.    Yeah.
 5    Q.    Okay.  What were you going to tell me?
 6    A.    I was just looking.
 7    Q.    Oh, okay.  All right.  Okay.  And then there's a
 8    clock out at noon.
 9          Do you see that?
10    A.    Time out:  12 p.m.
11    Q.    All right.  And then it shows time in when?  Time
12    back in?
13    A.    12:30.
14    Q.    Okay.  How long is that?
15    A.    30 minutes.
16    Q.    All right.  And it says time out when?
17    A.    7 p.m.
18    Q.    Okay.  The next day when is the time?
19    A.    6:30 a.m.
20    Q.    Okay.  And there's a time out when?
21    A.    12 p.m.
22    Q.    Okay.  And there's a time back in when?
23    A.    12:30 p.m.
24    Q.    Okay.  And how long is that?
25    A.    That's 30 minutes.
```

1    Q.    All right.  Okay.  And that's assumingly for lunch;
2    is that right?
3    A.    Yes, ma'am.
4    Q.    Actually, it says "lunch" out to the side; right?
5    A.    Yes, ma'am.
6    Q.    And it shows underneath that, that time out, "by
7    Judith Chenault," which is really Danielle; correct?
8    A.    Yes, ma'am.
9    Q.    And the one above it shows "Judith Chenault,"
10   right?
11   A.    Yes, ma'am.
12   Q.    Right.
13         And so Danielle clocked you in and out for lunch,
14   right?  Is that how you read that or not?
15   A.    Well, I don't know why she clocking me in and out
16   for lunch, if that's -- because I clock myself in and out
17   for lunch.  It don't never be accurate like that.  It'll
18   never be accurate like that.
19         Because the time that we take lunches or
20   whatever -- and if I clock in, it'll be literally -- not
21   no 6:30.  It'll be, like, 6:06 or 6:07 or something.
22   That's when I be clocking in, so that's how I know that's
23   not right.
24   Q.    Okay.
25   A.    And then the 30-minute break, like I said, Scotty

```
 1    told me it was a hour.  Because we're supposed to have
 2    two 15-minute breaks and a 30-minute break.  We don't
 3    take our two 15-minute breaks at all, so they gave us an
 4    hour.
 5         Now, these right here -- now, these right here look
 6    accurate because --
 7    Q.    We're going to go over --
 8    A.    -- 6:36 a.m.
 9    Q.    We're going to go over some --
10    A.    1:48 p.m.
11    Q.    Well, the very first one says 6:15 a.m.
12         Are you telling me that's not accurate either?
13    A.    I'm saying -- yeah, I get there early.  They know I
14    get there early.  I get there -- I'm the first one.  I
15    always get there before the managers, anybody.
16    Q.    Okay.  So the 6:15 -- on the very first one, the
17    6:15 is accurate; but the noon is not accurate?
18    A.    No, because I was driving trucks at that time.
19    Q.    Okay.  All right.  The 12:30 is not accurate, but
20    the 7 a.m. is accurate or not?
21    A.    That's for sure.
22    Q.    Okay.
23    A.    Yeah, that's --
24    Q.    Okay.
25    A.    That's for sure.
```

1    Q.    Okay.  On the second one, the 6:30 is accurate; but

2    the noon is not accurate, is that right?

3    A.    I'm going to say no.

4    Q.    Okay.  The 12:30 is not accurate.

5          Is the 5 p.m. accurate?

6    A.    I don't remember because it's been a while.

7    Q.    Okay.  Okay.  The third one, is the 7 a.m.

8    accurate?

9    A.    Possibility, yes, ma'am.

10   Q.    Okay.  And the 1 p.m., there's --

11   A.    This one is clock out.

12   Q.    Yeah.

13   A.    And that's the day probably -- I told you that's

14   when I leave early.

15   Q.    Right.

16   A.    Because I don't -- they not going to work me like

17   that.

18   Q.    December 11 is a Saturday.

19   A.    Oh, it is?  Well, like I said, it's been a while.

20   Q.    Sure.

21   A.    It's been a while.

22   Q.    Sure.

23   A.    Yeah.

24   Q.    So you just worked straight through lunch and left

25   at one?  So you were finished with that?

```
 1   A.    I do stuff like that; yes, ma'am.

 2   Q.    All right.  Okay.  So you think that's accurate?

 3   A.    Well, that's accurate if it's on a Saturday.

 4   Q.    Okay.

 5   A.    I guess I don't remember them days.  So they go

 6   Saturday, Monday, Tuesday, Wednesday up here.

 7   Q.    Okay.  The next one, at 6:30, you were clocked in

 8   at 6:30 -- or you clocked in at 6:30; is that accurate?

 9   A.    Yes, ma'am.

10   Q.    But the 12 p.m. is not?

11   A.    I don't remember.

12   Q.    Okay.  Is the 12:30 accurate?

13   A.    I don't -- don't remember.

14   Q.    Okay.  Is the 5:15 accurate?

15   A.    It's a possibility, yes, ma'am.

16   Q.    All right.  The next day, the 6:30 is accurate; but

17   the 12 p.m. is not?  Or do you know?

18   A.    I don't know.

19   Q.    All right.  The 12:30 may or may not be accurate.

20         What about the 5:00?

21   A.    I don't know.

22   Q.    Okay.

23   A.    I know I'm working a lot of overtime.

24   Q.    Okay.  The next day --

25   A.    That don't even make sense.
```

1    Q.    -- there's a clock in at 7; is that accurate?

2    A.    The next day clock in at 7?  Possibility.

3    Q.    Okay.  What about the clocking in and out for

4    lunch?  Is that accurate?

5    A.    No.

6    Q.    Okay.  And the clock out at 5, is that --

7    A.    No.

8    Q.    -- accurate?

9    A.    No.

10   Q.    Okay.  The next day you clocked in at 6:45, and you

11   clock out at 2:03.  Is that accurate?

12   A.    Yeah, that's accurate.

13   Q.    Okay. The next day it's a clock in at 6:36 and a

14   clock out at 1:48 for lunch.  Is that accurate?

15   A.    Yes, ma'am.

16   Q.    And clock back in 2:40 -- 2:20.  Excuse me.

17   A.    Yes, ma'am.

18   Q.    Okay.  How long is that for lunch?

19   A.    Oh, 48 -- it was, like, 10 minutes.  I came back 10

20   minutes.

21   Q.    Roughly?

22   A.    Yes, ma'am.

23   Q.    Okay.  And you clocked that in and out, right?

24   A.    Yes, ma'am.

25   Q.    Okay.  And you clocked out at 4:30?

```
1    A.    He let me leave probably that day at 4:30.
2    Q.    Okay.
3    A.    It wasn't just me leaving him on.
4    Q.    Okay.  The next day you clocked in at 5:53.
5    A.    6:53.
6    Q.    Oh, I'm sorry.  I can't read.
7          Okay.  You clocked out at 1:04 for lunch, right?
8    A.    Yes, ma'am.
9    Q.    And you clocked back in at 1:52; is that right?
10   A.    Possibility, yes, ma'am.
11   Q.    How long is that for lunch?
12   A.    That's -- that's 20 minutes then almost.
13   Q.    How about 48 minutes?
14   A.    Well, 48 minutes at the most.
15   Q.    Yeah.
16   A.    I don't know what I was doing.  I probably -- I
17   don't know what I was doing that day.
18   Q.    Okay.
19   A.    As a matter of fact, no.  He let me leave -- I
20   know -- I know what that is.  I know exactly what it is.
21   For me to be gone for 48 minutes, I left that day to go
22   back home to do something.  He told me I can go home and
23   do something I have to go do.
24         And on my way home, a rock came down from a
25   incline.  And I rolled on top of it and blew a flat on my
```

```
 1   car, and so that's why I came back late the day.  I
 2   remember that.
 3   Q.    And you clocked out at 5:30; is that right?
 4   A.    Yes, ma'am.
 5   Q.    And then the next day, you clocked in at 6:41 and
 6   clocked out at 11:37; is that right?
 7   A.    You saying I took my lunch at 11:37?
 8   Q.    Right.
 9   A.    Yes, ma'am.
10   Q.    And clocked back -- you clocked back in at 12:36?
11   A.    Because I took -- that's the days -- yeah, that was
12   the days he said we was taking a hour lunch; and that's
13   what made me take my hour lunch.
14   Q.    Okay.  And you clocked out at 4:54.  Is that right?
15   A.    Yes, ma'am.  That's when everybody left the yard.
16   Q.    Okay.  The next day you clock in at 7; is that
17   correct?
18   A.    Yes, ma'am.
19   Q.    Who is Nancy Durham?
20   A.    That's -- I guess she at Dave -- Red River.  She
21   the one that do checks.
22   Q.    Okay.
23   A.    Nancy.
24   Q.    And she clocked you out at noon and clocked you
25   back in at 12:30?
```

```
 1    A.     I don't know why she clocking me in and out.
 2    Q.     Okay.  And then you clocked out at five; is that
 3    right?
 4    A.     Yes, ma'am.
 5           I've got a question.
 6    Q.     Yes, sir.
 7    A.     Okay.  So how do -- okay.  How come it's not saying
 8    by Joshua Hickman clocking in and out?
 9    Q.     Because -- okay.  You can't ask me any questions.
10    I'm sorry.
11           Okay.  Did you look at these time clock reports
12    before this deposition?
13    A.     No, I didn't.
14    Q.     No?
15    A.     No, ma'am.
16    Q.     I thought you told me at the very beginning that
17    you took -- looked at these time clock reports?
18    A.     Well, I'm sorry.  I must have misled you.
19    Q.     Okay.  All right.  So have you ever seen these?
20    A.     No, I never seen those.  No, ma'am.
21    Q.     Okay.
22    A.     And, if I did, I struggled.  I'm sorry.
23    Q.     Okay.  That's all right.  Okay.
24           All right.  Okay.  Excuse me.
25                    THE WITNESS:  Where they at?
```

```
 1              MR. SHORT:  We can't talk during the
 2         deposition.
 3              THE WITNESS:  Oh, we can't.  Okay.
 4    Q.    (By Ms. Tausch) Other than the lunches on here on
 5    this first page, do you disagree with the time in, time
 6    out?
 7    A.    I -- I truly disagree, yes, ma'am.
 8    Q.    With the time in, time out?
 9    A.    The time in, I agree with some of them; but the
10    time outs, no, ma'am, I do not agree.
11    Q.    On this first page?
12    A.    On the page we just done looking at?
13    Q.    Right.
14    A.    Yes, ma'am, I do not -- I do not agree.
15    Q.    With the time out?
16    A.    With the time out.
17    Q.    Other than the lunches?  Other than the lunches?
18    A.    With the time out, yes, ma'am, I disagree.
19    Q.    Okay.  Okay.  In looking at these time clock
20    reports, do you know what ones you did and which ones
21    someone else may have clocked in -- clocked you in and
22    out?
23    A.    Oh, yes, ma'am.  I can -- I can show you which ones
24    I did.
25    Q.    Which ones did you do?
```

```
1    A.    Can I use a highlight there?
2    Q.    On this first page --
3    A.    Or do you just want me to tell you the date?
4    Q.    On this first page, tell me which ones you clocked
5    yourself in and out?
6    A.    Okay.  12/09, that right there.
7    Q.    Which ones?
8    A.    12/09.
9    Q.    On 12/09 what did you clock your -- you in and out?
10   A.    The time, 6:15 a.m.
11   Q.    Okay.
12   A.    I didn't -- I didn't clock the 7 p.m. out.
13   That's -- she did that, Danielle.  I just called and told
14   her this what time I got off.  Hold on.
15   Q.    Okay.  How do you know that?
16   A.    If I still had my old phone, I could show you.
17   Q.    If you -- okay.
18   A.    I had the times.  I had to text her and tell her
19   I'm in and out.  If I had my phone out, I could have
20   showed you.
21   Q.    Okay.  Okay.
22   A.    You waiting on me to go with some more?
23   Q.    Yes, sir.
24   A.    Because I always came in at awkward times, so
25   12/16/2020 -- 2021.  12/17/2021.
```

```
1    Q.    So between 12/09 and 12/16, you didn't clock
2    yourself in or out any of those other times?
3    A.    No, ma'am.
4    Q.    All right.  Okay.
5          12/16, did you clock yourself in and out?
6    A.    Yes, ma'am.
7    Q.    All right.
8    A.    17, the 20th.
9    Q.    Okay.  On 17 did you do all of those times?
10   A.    Yes, ma'am.
11   Q.    All right.  On the 20th what did you do?
12   A.    Those times.
13   Q.    All of them?
14   A.    Yes, ma'am.
15   Q.    All right.
16   A.    Because that's the day everybody left the yard
17   late, and we clocked out in Scotty's office.
18   Q.    Okay.
19   A.    12/24.  I think there was snow on the ground that
20   time.
21   Q.    Okay.  Did you clock yourself in or out on 12/21?
22   A.    Yes, ma'am.
23   Q.    All right.  Okay.  What about on the next page?
24   A.    12 -- yeah, I say 12/27, doctor's appointment.
25   Q.    You clocked in and out?
```

```
1    A.    12/27, yes, ma'am.

2    Q.    Okay.

3    A.    And it's -- I had probably a appointment or

4    something going on that day.  I don't remember.

5    Q.    All right.

6    A.    12/29.

7    Q.    You clocked yourself in and out --

8    A.    Yes, ma'am.

9    Q.    -- for all of those times?

10   A.    Yes, ma'am.

11   Q.    All right.  And by clocking yourself in and out,

12   you actually went on the computer and clocked yourself in

13   and out?

14   A.    Yes, ma'am.

15   Q.    All right.  Okay.  I wanted to make sure I

16   understand.

17         Okay.  Any other times on that second page?  I'm

18   not going to go through the whole thing.  I just want to

19   make sure I understand.

20   A.    Oh, yeah, yes, ma'am.  12/31/2021.

21   Q.    All right.

22   A.    January 3.

23   Q.    Okay.

24   A.    I'm just going to say the rest of them.

25   Q.    All the rest of them?
```

```
 1   A.    Yes, ma'am.  I'm just going to say that.
 2   Q.    Okay.  Okay.  All right.  Do you want to take a
 3   break?
 4   A.    Yes, ma'am.
 5              MS. TAUSCH:  Okay.  Sounds good because
 6         I'm moving on to another thing.
 7              (Recess taken from 11:56 a.m. to
 8         12:04 p.m.)
 9   Q.    (By Ms. Tausch)  I think we covered this, but I
10   want to make sure:  Did you ever complain about your pay
11   to anyone at Davis Lumber?
12   A.    Yes, ma'am.
13   Q.    Who?
14   A.    Scotty.
15   Q.    Okay.  And what was his response?
16   A.    "I -- I'm going to get it worked on."  What he say,
17   "I'm going to get it worked on, guy."
18   Q.    Okay.  Did he say how or who or anything like that?
19   A.    He say he got to talk to Nancy.
20   Q.    Okay.
21   A.    Or Jim.
22   Q.    Do you know if he ever did?
23   A.    No.
24   Q.    Okay.  I didn't know if he ever came back and said,
25   "I talked to them.  They're working it out"?
```

```
 1    A.     No.
 2           I just looked at one of my checks one day, and I
 3    seen that it changed to 14 a hour.
 4    Q.     Okay.  So was your complaint your hourly rate?
 5    A.     Or it -- no.  It was how much I was getting paid.
 6    Like, I was, like, I worked -- I thought I worked --
 7    like, say, for instance, you know, it's 40 hours a week.
 8    So I thought I worked 42 or something, so I'm, "Hey,
 9    where my other two hours at?"
10           You know, he was like, "Oh, no.  That goes on the
11    next check."
12    Q.     Okay.  Okay.  And did you see it on the next check?
13    A.     I don't pay attention to it.
14    Q.     Okay.
15    A.     To be honest with you.  I Doordash and I try to
16    make extra money.
17    Q.     Okay.  So it may have been there; you just didn't
18    pay attention?
19    A.     Yes, ma'am.
20    Q.     All right.  Did you ever receive a bonus while you
21    were working directly for Davis from December to July?
22    A.     I received my first bonus -- it was in November
23    when I received my first bonus.  I didn't receive one in
24    December, but the rest of the months I did for sure.
25    Q.     Who did you receive a bonus from in November?
```

```
1    A.    Scotty gave me a bonus.  He hands them out.

2    Q.    How much was it?

3    A.    Like $115, 112.

4    Q.    $112?

5    A.    Or just 115.

6    Q.    Okay.

7    A.    It just depends on how he feel.

8    Q.    Okay.  Was it a check or cash?

9    A.    A check.

10   Q.    Okay.  Was there a pay stub that went with it?

11   A.    Yes, ma'am.

12   Q.    Do you have a copy of that?

13   A.    No, ma'am.

14   Q.    Okay.  Now, you were working for Labor Finders at

15   that point in time?

16   A.    Yes, ma'am.

17   Q.    Okay.  When was the next bonus that you received?

18   A.    It was in January -- well, I already gave -- a

19   January bonus.

20   Q.    Okay.

21   A.    Yeah, it was in January.

22   Q.    Okay.  And how much was it?

23   A.    Oh, about 112, 115.

24   Q.    Okay.  And was it by check?

25   A.    By check, yes, ma'am.
```

1    Q.    Did Scotty hand it out?

2    A.    Yes, ma'am.

3    Q.    And, again, it was just on how he felt?

4    A.    How he -- yes, ma'am.

5    Q.    Okay.

6    A.    Because one of them months, Nathan didn't get a

7    check.  Because Nathan stood up for himself and said

8    something back to him.

9          And he was like, "I got you.  Don't worry about it.

10    You ain't getting a check."

11          And he didn't give him one.

12    Q.    Okay.  All right.  When was the next one you

13    received?

14    A.    March, February, April.

15    Q.    So did you get one in February?

16    A.    Yes, ma'am.

17    Q.    How much was it?

18    A.    The same amount as the other one.

19    Q.    112 or 115?

20    A.    Oh, like, 112, 115.  Like I said, it depends.

21    Q.    Were they all by check?

22    A.    Yes, ma'am.

23    Q.    Okay.  Were they all from Scotty?

24    A.    They hand it from Scotty, yes.

25    Q.    I mean -- yeah, that's what I meant.

```
 1  A.     Yes, ma'am.

 2  Q.     And was it all a matter of how he felt?

 3  A.     Yes, that's how he -- that's how it go.

 4  Q.     Okay.  Okay.  So you didn't know how they were

 5  calculated?

 6  A.     No, ma'am.

 7  Q.     Okay.  You didn't know what it was based on?

 8  A.     He said it was supposed to be performance of how

 9  you work.

10  Q.     Scotty told you that?

11  A.     Yes, ma'am.

12         That's the only time you get a bonus, is

13  performance of how you work.

14  Q.     Did everybody get 112 or $115?

15  A.     Me, William got the same amount.  Nathan

16  sometimes -- like I said, it depends on how he's feeling.

17  He'll get the same amount.  Well, Nathan will have the

18  same amount as me and William.

19         And Trent get about 300.  Dustin probably get about

20  200.  Davey will get a hundred dollars.  It depends on

21  how he's feeling.

22  Q.     On how Scotty felt?

23  A.     Yes, ma'am.  Because he the one tell them how much

24  we get.

25  Q.     Tell who?
```

```
1    A.    I guess Nancy or whoever write out the checks.

2    Q.    Whoever wrote out the checks?

3    A.    Yes, ma'am.

4    Q.    Were they handwritten?

5    A.    No.  Your name -- my name was typed up on there.

6    Q.    Okay.

7    A.    Yes, ma'am.

8    Q.    Okay.  And were there other months that people

9    didn't get a bonus?

10   A.    Oh --

11   Q.    Besides Nathan in January?

12   A.    Yeah, Nathan.  Davey, Davey didn't get a check one

13   time too.

14   Q.    Okay.  Do you remember what month that was?

15   A.    No, ma'am, I don't remember what month.

16   Q.    Okay.  Any other months?

17   A.    Well, of me getting a bonus?

18   Q.    Right.

19   A.    I got a bonus up until I quit.

20   Q.    Any other months that somebody else didn't get a

21   check?

22   A.    Oh, not that I know of, no, ma'am.

23   Q.    Okay.  Were your bonuses always 112 or $115?

24   A.    Oh, it depends.  Like I said, I think the most my

25   bonus was like -- out of one of those months it was,
```

1  like, 140 about -- yeah, round around.

2  Q.    If you would look on Exhibit 2, would you look at

3  Page 5.

4  A.    Page 5.

5  Q.    Would you look under the "gross" column.

6  A.    The gross column?

7  Q.    Right.

8  A.    Yes, ma'am.

9  Q.    Do you see the different amounts there?

10  A.    Yes, ma'am.

11  Q.    Do you know what that -- what those amounts

12  represent?

13  A.    No, I don't know.

14  Q.    Okay.  Do you know what Dustin King's position was?

15  A.    Dustin?  He was a truck driver as well.

16  Q.    Okay.  And what is Danielle's position?

17  A.    Oh, she was supposed to be store manager.

18  Q.    Store manager.

19        And Scotty was?

20  A.    The yard manager.

21  Q.    Okay.  And Jim was just under Mike?  That's all you

22  know?

23  A.    I don't know who Jim was.

24  Q.    Okay.  All right.  And Mike was the owner?  Mike

25  Craven was the owner; is that right?

```
 1   A.     Yes, ma'am.
 2   Q.     Okay.  Okay.  And you've given me the other people
 3   that you know, okay.
 4          When was the last time that you talked with Nathan?
 5   A.     I say two years ago, year and a half ago now.
 6   Q.     Okay.  What did you talk about?
 7   A.     He called me and told me that they was handing out
 8   handbooks and making them sign it and making them write
 9   reports and all types of stuff because of me quitting.
10   Q.     Okay.  Write reports about what?
11   A.     I guess what happened -- Jim used to get onto us
12   about us leaving one person in the yard working by
13   himself.
14          And one morning I came in -- that's the day I quit.
15   That morning I came in, and it was just me and Nathan on
16   the yard.  There wasn't nobody else there.  But, this
17   guy, Paul, wanted us to go -- wanted me to go do this
18   delivery.
19          And we just got chewed out about being -- leaving
20   one person on the yard.  And I told him, I was like,
21   "Hey, I can't leave him on the yard.  You going to have
22   to wait till somebody get here."
23          He got mad.  He went back, called Jim and letting
24   him know, "Josh don't want to leave the yard" this, that,
25   and the third.
```

1          And I was just telling him, "We got chewed out for
2     that," you know, what I'm saying.  So when I see somebody
3     pulled up, I left the yard.
4          Then Danielle called me.  And she was like, "Why is
5     you acting like that?"  This, that, and the third.  And
6     she said something.
7          And I was like, "You know what?  I'll be back to
8     the yard."  And I drove back to the yard, just jumped
9     out.
10         I said, "I quit."  And that was it.
11    Q.   Okay.  And on your way out, did you say, "Y'all
12    will be sorry"?
13    A.   No.
14    Q.   You didn't say that to anybody?
15    A.   No, I didn't -- I didn't say that.  "You will be
16    sorry" you say?  That don't -- that don't seem like
17    something I would say.
18    Q.   And two months later you filed this lawsuit?
19    A.   Yeah, I for sure did.
20    Q.   Okay.  When was the last time you talked with
21    William?
22    A.   Well, I say --
23    Q.   Just roughly?
24    A.   Just -- I say about two weeks after I quit.
25    Q.   Okay.  What did you talk about?

```
 1    A.      Nothing, to be honest.
 2    Q.      Just chitchat?
 3    A.      Yeah.
 4    Q.      "Hey, how you doing"?
 5    A.      Yeah.
 6    Q.      That kind of stuff?
 7    A.      Yeah.
 8    Q.      Okay.  When was the last time you talked with
 9    Trent?
10    A.      Oh, I -- ever since I quit.
11    Q.      Okay.  When was the last time you talked with
12    Dustin?
13    A.      I talked to Dustin a month and a half ago.  He --
14    well, a month ago he texted my phone and was telling me
15    about Davis Lumber, how they let him go or he quit or one
16    of the two.
17    Q.      What did he tell you?
18    A.      He's saying he didn't like that job.  He said he
19    wished he would have never went back because they're
20    messing with people live -- and our life -- livelihood
21    and all types of stuff, he said.
22    Q.      Where does he live?
23    A.      In Haskell.
24    Q.      Okay.
25    A.      Haskell, Arkansas.
```

1    Q.    Okay.  When did he separate from Davis?

2    A.    Oh, he didn't tell me when he separated from Davis.

3    He just said he quit.

4    Q.    Okay.

5    A.    That's -- yeah.

6    Q.    That's what I meant, just not working there

7    anymore?

8    A.    He didn't say.

9    Q.    Okay.  Is he working anywhere else?  Or do you

10   know?

11   A.    No.

12   Q.    Okay.  No, you don't know?

13   A.    No, I don't know.

14   Q.    Okay.  When's the last time you talked with

15   Danielle?

16   A.    Oh, I ain't talked to her since I quit.

17   Q.    Okay.  What about Scotty?

18   A.    I haven't talked to him since I quit.

19   Q.    Okay.  What about Jim, if ever?

20   A.    I would never talk to Jim.

21   Q.    What about Mike?

22   A.    Mike was a good man.  I never got the chance to

23   talk to him.

24   Q.    Oh, you didn't talk to him on the phone?

25   A.    I tried.  He didn't want to listen to nothing I had

1    to say.

2    Q.    What did you tell him?

3    A.    I was just telling him about how they were treating

4    us out there in the yard, and he didn't want to hear it.

5         He said he would like to have me back.  He said I

6    just have to talk to Danielle.  And that was not

7    possible, so . . .

8    Q.    Okay.  Did you have issues with Danielle?

9    A.    I never did have a issue with her.

10   Q.    So why didn't you want to talk to her?

11   A.    I was saying just talk to her about my job.

12   Q.    Oh.

13   A.    See why it went like this, you know what I'm

14   saying?

15   Q.    Okay.

16   A.    But, no, other than that, no.

17   Q.    Okay.  So, other than that last day, that last

18   incident, you didn't have any issues with Danielle?

19   A.    No, ma'am.

20   Q.    Okay.  When is the last time you talked to Alex,

21   her son?

22   A.    Alex just added me on Facebook, but I don't talk to

23   him at all.

24   Q.    Okay.  When was the last time you talked to Trent?

25   A.    Oh, I haven't talked with Trent since I quit.

```
 1    Q.    When was the last time you talked to Davey?
 2    A.    The last time I talked to Davey, when he was trying
 3    to -- we were trying to go work in Florida.  It was,
 4    like, I would say the beginning of last year.
 5    Q.    Okay.  What kind of work in Florida?
 6    A.    Working on solar panels.  Selling solar panels.
 7    Q.    Okay.  So maybe January of 2023?
 8    A.    Yes, ma'am.
 9    Q.    Okay.  Did Davey go down to Florida?
10    A.    Yeah, he went.
11    Q.    Okay.
12    A.    I went to another job.
13    Q.    Okay.  Do you know if he's still in Florida?
14    A.    No, ma'am.
15    Q.    Okay.  When's the last time you talked to Danielle?
16    A.    I haven't talked to her since I quit.
17    Q.    Okay.  When was the last time you talked with
18    William?
19    A.    Oh, William?  I ain't talked to him since I -- I
20    told you, like, a week.
21    Q.    Yeah.
22    A.    Yeah.
23    Q.    Oh, it -- in January?
24    A.    Yeah.
25    Q.    Okay.
```

```
 1    A.    No, after I quit.
 2    Q.    Oh, after you quit?  Sorry.
 3    A.    No, no.
 4    Q.    Sorry.  Sorry.
 5          Okay.  When was the last time you talked with Paul?
 6    A.    I ain't talked to Paul since the day I quit.
 7    That's what made me quit right there.
 8    Q.    Right.  Okay.
 9          Other than trying to talk with Mike Craven soon
10    after you quit, did you ever have any discussions,
11    complaints, texts, emails, phone calls, anything like
12    that with Mike?
13    A.    No, ma'am.
14    Q.    Okay.
15    A.    They stopped me from working at Labor Finders after
16    I quit.
17    Q.    Who did?
18    A.    Davis Lumber.
19    Q.    How do you know that?
20    A.    How do I know that?  When I went -- when I went to
21    Labor Finders after, right after I quit and I tried to
22    get a job, the lady, Judy, was like, "No, I'm not hiring
23    you back."
24          And I didn't know why, and I -- it made me put two
25    and two together.  Because they was good friends, her and
```

1    Danielle, yeah.

2    Q.    So you don't think it had anything to do with you

3    walking off the job?

4    A.    No, it wasn't nothing about walking off no job.

5    Q.    Okay.

6    A.    The last time I would literally -- all right, you

7    saying it like that, I know what you're talking about

8    now.

9          Okay.  The job that I walked off of was recently --

10   that's the job that I'm in now.  That's why I walked off

11   because I'm in a job now; that job -- that ain't got

12   nothing to do with that.

13   Q.    What job was that?

14   A.    You talking about Levi Towers?  You talking about

15   the one I walked off --

16   Q.    Yeah, the job -- yeah, right.

17   A.    From Labor Finders?  That was Habitat, doing stuff

18   for Habitat.

19   Q.    What were you doing?

20   A.    Picking up old furniture and stuff, yeah.

21   Q.    Okay.  So, after you walked off the job at Davis

22   Lumber and said, "I quit" --

23   A.    Uh-huh.

24   Q.    -- did you work for Labor Finders at all?

25   A.    They didn't hire me right back.  I had went to

```
 1    Netscout.  That's in California.
 2    Q.    Okay.  Were you ever disciplined at Davis Lumber
 3    for any reason?
 4    A.    Nuh-uh.
 5    Q.    Okay.
 6    A.    No, ma'am.
 7    Q.    Okay.
 8    A.    And when you mean by "discipline," like, written
 9    up?
10    Q.    Yeah.
11    A.    No.
12    Q.    Any kind of warning or --
13    A.    Yeah.  I think I got one warning, yeah.
14    Q.    Okay.
15    A.    I don't know what it was for, though.
16    Q.    Okay.  Was it a no call, no show?
17    A.    Oh, because I didn't show up because it was snow on
18    the ground.  I'm not fixing to wreck my car for them.
19    Q.    Okay.
20    A.    That's why she wrote me up.  She was mad.  She
21    wrote me -- really, she just wrote me up, me and Davey.
22    Everybody supposed to got wrote up that day.
23    Q.    Was it on a Saturday?
24    A.    I think so.  Yeah, that's when the snow was on the
25    ground.  It's the -- yeah, February.
```

 1   Q.    Okay.  And is there a reason why you didn't call
 2   and say you weren't coming?
 3   A.    I did.  We was all in the group chat.
 4   Q.    Okay.  So --
 5   A.    And I told her I wasn't going to be able to come in
 6   on the group chat.
 7   Q.    Okay.  So do you know why there was the -- do you
 8   understand why you were written up for no call or no
 9   text?
10   A.    Say that again?
11   Q.    Do you understand why you were written up for no
12   call or no text?
13   A.    I don't know why I was written up for that.
14         But I told her I wouldn't be able to come in on the
15   group chat.  And she read it.  Me and Davey said that.
16   There's a lot of people said that in the group chat.
17         I stayed at Hot Springs, and she -- we worked in
18   Malvern.  It was snow on the ground.  I wasn't driving my
19   car, and I told her I wasn't going to be able to come.
20                   (Exhibit 3 marked for identification.)
21   Q.    Okay.  Let me show you what we've marked Exhibit 3.
22   A.    I wish I had my old phone.
23   Q.    Is that your signature at the bottom?
24   A.    I -- yes, ma'am.  I -- yeah, I signed it for sure.
25   Q.    Okay.

1    A.    Because I got wrote up.

2    Q.    And in the middle it says:  "Joshua was scheduled

3    to work Saturday and did not show up.  No call or text."

4          Is that what it says?

5    A.    I guess so, yes, ma'am.

6    Q.    Okay.  Well, can you read that?

7    A.    Yes, ma'am.  "Joshua was scheduled to work Saturday

8    and did not show up.  No call or text."

9    Q.    Okay.  And, right under Scotty's name, it has a

10   place for employee's comment; is that right?

11   A.    Yes, ma'am.

12   Q.    And there's no employee comment, is there?

13   A.    No.

14         I probably was mad that day.  And I was like:

15   "Okay, I'm just going to sign the paper."  Because I

16   don't see why I should have got wrote up.

17   Q.    Were you ever late to work at Davis Lumber?

18   A.    Yeah.  Everybody was late.

19   Q.    Do you know how many times?

20   A.    I can count on a handful, one hand.

21   Q.    Okay.  So at the most is five?

22   A.    Yes, ma'am.

23   Q.    Okay.  Were you ever absent from work?

24   A.    Yes, ma'am.  I caught COVID.

25   Q.    Okay.  Did you tell them that you caught COVID?

```
1    A.     Oh, yes, ma'am.  I was at work when I caught it.
2    Q.     Okay.  Were there any other reasons why you missed
3    work or were late that you remember?
4    A.     Doctor's appointments.  Yeah, I have excuses for
5    doctor's appointments.  I don't know.
6           And that's -- sometimes I just called in because I
7    didn't want to go because I was tired, literally tired.
8    Q.     Okay.  Who would you text with if you were going to
9    be late or absent?
10   A.     Oh, I tell Danielle or Scotty.
11   Q.     Okay.  All right.  What was your position at Care
12   Above All?
13   A.     I was a PCA, personal care assistant.
14   Q.     Okay.  What was Margo Walker's position?
15   A.     Who?
16   Q.     Do you know Margo Walker?
17   A.     I don't know who that is.
18   Q.     Did you know Nodia Green?
19   A.     Nadia?
20   Q.     Nadia.
21   A.     Yes.  I know who that is, yes.
22   Q.     What was her position?
23   A.     She was a PCA as well.
24   Q.     Okay.  Did you fill out an application at Davis
25   Lumber?
```

```
 1    A.    No.  You said did I fill out a application?

 2    Q.    Right.

 3    A.    No.  Not that I recall.

 4    Q.    That's fair enough.

 5                (Exhibit 4 marked for identification.)

 6    Q.    Let me show you what I've marked as Exhibit 4.

 7          Do you recognize that?

 8    A.    Yes, ma'am, now I do.  I see my name.

 9    Q.    Is that your application?

10    A.    Yes, ma'am.

11    Q.    Okay.  On that first page you had listed as a

12    professional reference Kymyara Hill?

13    A.    Uh-huh.

14    Q.    Is that your girlfriend?

15    A.    Yes, ma'am.

16    Q.    And you have the relationship as an ex-coworker?

17    A.    Yes, ma'am.

18    Q.    Where did you work with her?

19    A.    With her brother that's disabled.

20    Q.    Where -- did you work with her at Care Above All

21    Care?

22    A.    Oh, no, ma'am.

23          That was just something quick to get a job.

24    Q.    So is that false, what you wrote down there?

25    A.    Oh, yes, ma'am.  Yes, ma'am.
```

1    Q.    Okay.  On the next page you've listed another
2    reference as Martin Marrietta.
3          Do you see that?
4    A.    Reference?  I don't see the reference.
5    Q.    Oh, I'm sorry.  I'm sorry.
6    A.    Uh-huh.
7    Q.    At Care Above All Care, you've listed your
8    supervisor as Martin Marietta.
9    A.    My supervisor?
10   Q.    Is that right?
11   A.    Where is that at?
12   Q.    Let me ask it a different way:  Who is Martin
13   Marietta?
14   A.    Martin Marietta is a company.
15   Q.    Oh, okay.  All right.  Okay.  And what was -- what
16   did you list as your job title?
17   A.    Job title:  Heavy equipment operator.
18   Q.    Okay.  Was that true or not?
19   A.    That's true.
20   Q.    Okay.  Okay.
21   A.    I was driving Caterpillars, tanker trucks.
22   Q.    And, on the next page, do you see at the bottom it
23   says, "Employee's Pay Period:  Weekly"?
24   A.    Yes, ma'am.
25   Q.    You got paid weekly?

```
 1    A.    Yes, ma'am.

 2    Q.    And what is the rate?

 3    A.    14 an hour.

 4    Q.    Okay.

 5    A.    That don't mean that it changed, though.

 6    Q.    Did you ever call Davis Lumber after you quit and

 7    tell them that you didn't receive your last check?

 8    A.    Yes, ma'am.

 9    Q.    Okay.

10    A.    I -- I called and asked.  They gave it to me early

11    and I didn't know.

12    Q.    Okay.

13    A.    They added it onto the last check.

14    Q.    Okay.

15    A.    She even blocked me.

16    Q.    So it was actually just an error?  You did receive

17    your last check?

18    A.    I didn't know I received it.  It was very short, so

19    I didn't know.

20    Q.    So it was just an error?  You actually did receive

21    your last check?

22    A.    Yes, ma'am.

23    Q.    Okay.  I just wanted to make sure that that had

24    been taken care of.

25    A.    Yes, ma'am.
```

1   Q.    Okay.  On the last day of work at Davis Lumber --
2   and I will tell you, it was July 13, 2022.
3   A.    Uh-huh.
4   Q.    Is that how you remember it?  Or do you know?
5   A.    I don't know.  I just remember me starting my new
6   job August 8.
7   Q.    Okay.  And where did you start August 8?
8   A.    Netscout.
9   Q.    I'm sorry?
10  A.    Netscout, N-E-T-S-C-O-U-T.
11  Q.    What is that?
12  A.    It's a -- it's a company that work on cell phone
13  towers.
14  Q.    Where did you work for them?
15  A.    Wherever they send me to.
16  Q.    On August 8 where were you?
17  A.    August 8 I was at home doing testing.  I was
18  testing at home.
19  Q.    Okay.  Where was your first assignment?
20  A.    My first assignment was in Washington, D.C.
21  Q.    Wow.  Did you like it?
22  A.    I loved it.
23  Q.    Really.
24        Okay.  How long were you in D.C.?
25  A.    I was in D.C. for three days, then I went to

```
 1   Virginia.
 2   Q.     Okay.
 3   A.     Then from Virginia to North Carolina.
 4   Q.     Okay.
 5   A.     Then South Carolina.  Then I went to Baltimore,
 6   Maryland.  Then I went from there and we went to Georgia.
 7   Q.     How long did you work for Netscout?
 8   A.     I caught them in the middle of the -- in the middle
 9   of the season; so I say about four, five months.
10   Q.     What happened?  Why --
11   A.     It was the end of the season.  Somebody broke in my
12   car in Hot Springs, and I flew back.  And that was the
13   end of the season right there though.
14   Q.     Okay.  When you walked off the job at Davis on
15   July 13, you asked Tasha to clock you out?
16   A.     I didn't --
17   Q.     Or did you just clock out?  Or what did you do?
18   A.     I didn't clock out at all.
19   Q.     Okay.  Do you remember what time it was that you
20   left on July 13?
21   A.     It wasn't before 12 noon.  It wasn't before that,
22   so it was in the morning time.
23   Q.     Okay.
24   A.     I was going on my first delivery.  I say about --
25   about roughly 9:30, 10:00.
```

```
 1    Q.    In the morning?

 2    A.    Yes, ma'am.

 3    Q.    And you don't remember telling Tasha or Danielle

 4    that, "You'll be sorry for this"?

 5    A.    Oh, no.  I just told them, I said, "I -- I'm going

 6    to sue y'all."  That's what I told them.

 7    Q.    You told them --

 8    A.    Yeah.

 9    Q.    -- "I'm going to sue you"?

10    A.    Yeah.

11    Q.    Okay.

12    A.    And that's what made her turn around and come talk

13    to me.

14    Q.    Okay.  I don't want to get into and I can't get

15    into what you talked to your attorneys about.

16          Do you understand that?

17    A.    I know.  Yes, ma'am.

18    Q.    Okay.  That's privileged.  But I want to ask a

19    couple of questions, and you'll find out why in just a

20    minute.

21          When did you first talk to anybody at the Sanford

22    Law Firm?  And that's the law firm that's representing

23    you here today.  Just roughly?

24    A.    I say about a week later.

25    Q.    Okay.  Do you remember who you talked to?
```

1   A.    No, I don't.

2   Q.    Okay.  When did you talk to anybody at the WH Law

3   Firm?

4   A.    The same week.  I was calling around that whole

5   week.

6   Q.    Okay.  Did you pay Chris Burks any money?

7   A.    Who is that?

8   Q.    He's at the WH Law Firm.

9   A.    No.

10  Q.    Or he was.

11  A.    No, ma'am.

12  Q.    Okay.  Did you sign a contract with anybody at the

13  WH Law Firm?

14  A.    About them taking my case?

15  Q.    Yeah.

16  A.    No, ma'am.

17  Q.    Did you sign a contract or an agreement with the

18  Sanford Law Firm?

19  A.    Yes, ma'am.

20  Q.    Okay.  Do you have a copy of that contract?

21  A.    No, I don't.

22  Q.    Okay.  Did it include a provision regarding

23  attorney's fees?

24            MR. SHORT:  I'm going to object to the

25        form on attorney-client privilege.

```
1                    MS. TAUSCH:  Okay.  Well, you have a claim
2              for attorney's fees in this case.  I get to ask
3              questions about attorney's fees.
4                    MR. SHORT:  Right.
5                    MS. TAUSCH:  Okay.
6                    MR. SHORT:  But you're asking him about
7              specifics of his contract with his attorneys.
8                    MS. TAUSCH:  Correct.  Because I get to
9              find out about what the agreement is regarding
10             attorney's fees because he has a claim for
11             attorney's fees.
12                   MR. SHORT:  Well, to the extent he knows,
13             but -- he can answer it.
14                   MS. TAUSCH:  Now you're directing him how
15             to answer, and that's not proper in regard to a
16             deposition in federal court.
17   Q.   (By Ms. Tausch)  What is your agreement in regard
18   to payment of attorney's fees in this case?
19   A.   I don't know.
20                   MS. TAUSCH:  Okay.  I want a copy of that
21             provision from the contract.
22   Q.   Have you paid any attorney's fees as of today?
23   A.   No, ma'am.
24   Q.   Okay.  Have you paid -- do you know how much time
25   your attorneys have put in this case?
```

```
 1    A.    I don't know.
 2    Q.    Okay.  Have you paid any court costs or filing fees
 3    as of today?
 4    A.    No, ma'am.
 5    Q.    Okay.  Have you received any invoices or bills from
 6    your attorney?
 7    A.    No, ma'am.
 8    Q.    Okay.  Have you received any kind of itemization
 9    from your attorneys in regard to what they have done in
10    this case?
11    A.    Can you repeat that, please.
12    Q.    Have you received any kind of itemization, like a
13    list of what they have done and who's done it in this
14    case?
15    A.    Yeah.  Yes, ma'am.
16    Q.    Yes?  Okay.
17             MS. TAUSCH:  I want a copy of that.  And
18          you can block out the specific information.
19             MR. SHORT:  I don't believe what he's -- I
20          don't think he's . . .
21             MS. TAUSCH:  Okay.  Okay.  That's okay.
22    Q.    (By Ms. Tausch)  Do you know how much time your
23    attorneys have put in this case so far?
24    A.    No.
25    Q.    Okay.  That's all right.
```

```
 1          Okay.  Do you understand that if you lose this case
 2   that you may have to pay the Defendant's court costs?
 3   A.    How much that will be?
 4   Q.    That's -- you can't ask me questions in this
 5   deposition.  I just get to ask you questions.
 6   A.    Yes, ma'am.
 7   Q.    Do you understand --
 8   A.    I understand.
 9   Q.    -- that you may have to pay court costs?
10   A.    Yes, ma'am.
11   Q.    Do you understand that if you lose this case, you
12   may have to pay the Defendant's attorney fees?
13   A.    No, ma'am.
14   Q.    Okay.  You didn't know that?
15   A.    No.
16   Q.    Okay.  Okay.
17              MS. TAUSCH:  I want to take a break.  I'm
18          pretty close to done, if I'm not finished.  But
19          let's take a break.
20              (Recess taken from 12:41 p.m. to
21          12:46 p.m.)
22              MS. TAUSCH:  I'll reserve the rest of my
23          questions for trial.
24              MR. SHORT:  Mr. Hickman, I just have a
25          couple follow-up questions for you.
```

```
 1              THE WITNESS:  Okay.
 2                       EXAMINATION
 3   BY MR. SHORT:
 4   Q.    In Interrogatory Number 3 that we looked at, you
 5   were -- it asked you how many hours that you worked, and
 6   counsel for the Defendant asked you some questions about
 7   that.  I just wanted to clarify what your answer is
 8   there.
 9         Did you testify that you worked 45 or 50 hours per
10   week?
11   A.    Yes, sir.
12   Q.    Is that your -- were you referring to your
13   scheduled hours?  Or all hours that you worked?
14   A.    That were scheduled hours.
15   Q.    Okay.  Because you were asked about your schedule,
16   and was it your testimony that you were scheduled to work
17   from 7 a.m. to 5 p.m. Monday to Friday?
18   A.    Yes, sir.
19   Q.    How many hours would that be per day?
20   A.    Supposed to be 40 hours.
21   Q.    Well, how many hours is it from 7 a.m. to noon?
22   A.    Eight, nine, 10 -- about five.
23   Q.    And then from noon to five is how many more hours?
24   A.    See, we didn't count -- we leave one hour out.  So
25   I say, yeah, it's nine hours.
```

1   Q.    Okay.  And how many hours per week is nine hours

2   times five?

3   A.    45.

4   Q.    Okay.  And then on Saturday how many hours -- were

5   you scheduled to work on Saturdays as well?

6   A.    Five.

7   Q.    Okay.  So how many hours per week does that total?

8   A.    50.

9   Q.    Okay.  And did you work any hours outside of those

10  scheduled hours?

11  A.    Yes, sir.

12  Q.    Approximately how many hours per week did you work

13  outside of the scheduled hours?

14  A.    At least about 12 hours.  Roughly about 12 hours a

15  week.

16  Q.    Okay.

17  A.    Outside the schedule.

18  Q.    Okay.

19  A.    At least eight to -- eight to 12, I would say.

20  Q.    The bonuses that you were asked about earlier, did

21  you expect to receive those bonuses?

22              MS. TAUSCH:  Object to the form.

23  Q.    You can try to answer.

24              MS. TAUSCH:  Object to the form.

25  A.    Was I expecting it?

```
 1   Q.    Did you expect to receive the bonus every month?
 2              MS. TAUSCH:  Same objection.
 3   A.    Yeah.  To be honest, yes, sir.
 4   Q.    Okay.  Would you have been surprised if you didn't
 5   get your bonus at the end of the month?
 6              MS. TAUSCH:  Object to the form.
 7   A.    Yes, sir, I would have been.
 8              MR. SHORT:  We'll reserve the rest of our
 9         questions.
10              MS. TAUSCH:  I don't have any more.
11              (Discussion off the record.)
12              MS. TAUSCH:  I do have two follow ups.
13                    FURTHER EXAMINATION
14   BY MS. TAUSCH:
15   Q.    Mr. Hickman, in regards to the eight to 12 hours a
16   week extra that you claim to have worked, is that every
17   week from January to December -- January to July of 2022?
18   A.    I'm not going to say every week, but it was certain
19   days out of them weeks that I worked overtime after the
20   hours.
21   Q.    Can you tell us as we sit here today which weeks it
22   was?
23   A.    I can't.  I can't tell you which weeks it was, no,
24   ma'am.
25   Q.    Can you tell us which weeks it was not?
```

```
 1   A.    No, ma'am, I can't tell you that.
 2   Q.    Okay.  You understand that this lawsuit that you
 3   filed is in regard to the fact that you don't believe you
 4   were paid everything that you were owed?
 5   A.    Yes, ma'am.
 6   Q.    And this is my one shot to find out what you claim
 7   you were owed?
 8   A.    Yes, ma'am.
 9   Q.    And, if you can't tell me here today, I don't get
10   another shot until trial.
11         Do you understand that?
12   A.    Yes, ma'am.
13   Q.    Is there anything that we can look at or anybody we
14   can talk to to find out more specifically which weeks
15   those were?
16   A.    I could say Scotty, but Scotty is all the way in
17   Texarkana; so I -- I don't know how could you get in
18   touch with him and ask him them questions.
19   Q.    Okay.  So Scotty can tell me --
20   A.    Yes, ma'am.
21   Q.    -- which weeks they were?
22   A.    He can, yes, ma'am.
23   Q.    Okay.  All right.
24   A.    Unless he don't want to tell you.
25   Q.    Okay.  All right.  In regard to the bonuses, you
```

```
 1   have told me here today that whether or not somebody got

 2   a bonus depended on how Scotty felt; right?

 3   A.    Yes, ma'am.

 4   Q.    And there were some people that didn't get bonuses,

 5   right?

 6   A.    Yes, ma'am.

 7   Q.    So, in regard to whether or not you may have

 8   expected it, you might not have gotten one; right?

 9   A.    Yes, ma'am.

10   Q.    Okay.  All right.

11              MS. TAUSCH:  That's all I have.

12              (Deposition concluded at 12:51 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CERTIFICATE

STATE OF ARKANSAS        )
                         )ss
COUNTY OF SALINE         )

    I, Shyloa Myers, CCR, RPR, and Notary Public, do hereby certify that the foregoing testimony of the witness, JOSHUA HICKMAN, was reported verbatim through the use of the stenographic method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

    I FURTHER CERTIFY that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript WAS NOT requested.

    I FURTHER CERTIFY that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects impartiality or that requires me to provide any service not made available to all parties to the action.

    WITNESS MY HAND AND SEAL this 14th day of February, 2024.

SHYLOA MYERS
MY COMMISSION # 12359002
EXPIRES: February 3, 2027
Saline County

_____
Shyloa Myers, RPR, Notary Public
Arkansas CCR Lic. No. 710

BY MR. SHORT: [1] 107/3
BY MS. TAUSCH: [2] 5/8
109/14
MR. SHORT: [10] 9/7 23/23
74/1 103/24 104/4 104/6
104/12 105/19 106/24 109/8
MS. TAUSCH: [18] 49/16
78/5 104/1 104/5 104/8
104/14 104/20 105/17 105/21
106/17 106/22 108/22 108/24
109/2 109/6 109/10 109/12
111/11
THE COURT REPORTER: [2]
20/17 20/22
THE WITNESS: [4] 20/21
73/25 74/3 107/1

**$**

$112 [1] 80/4
$115 [3] 80/3 82/14 83/23
$14 [1] 62/21

**-**

-- is [2] 30/7 30/13
-- or [1] 7/1
-- Page [1] 21/14
-- so [1] 6/5
-- that [1] 14/11
-- when [1] 43/1

**0**

0231 [1] 26/25
09 [4] 75/6 75/8 75/9 76/1

**1**

1/2 [7] 41/7 41/9 42/3 46/15
55/9 56/13 61/9
10 [7] 20/25 21/3 37/23 60/13
70/19 70/19 107/22
10800 [1] 2/4
10:00 [1] 101/25
10:23 [2] 4/7 5/1
11 [4] 21/14 23/3 23/13 68/18
11.50 [1] 43/13
11.75 [4] 31/6 31/13 43/14
43/15
112 [6] 80/3 80/23 81/19
81/20 82/14 83/23
115 [3] 80/5 80/23 81/19
81/20
11:37 [2] 72/6 72/7
11:56 [1] 78/7
12 [19] 22/21 23/14 30/15
35/18 41/25 42/16 49/1 49/8

49/12 65/19 65/21 69/19
69/17 76/24 101/21 108/14
108/14 108/19 109/15
12/09 [4] 75/6 75/8 75/9 76/1
12/16 [2] 76/1 76/5
12/16/2020 [1] 75/25
12/17/2021 [1] 75/25
12/21 [1] 76/21
12/24 [1] 76/19
12/27 [2] 76/24 77/1
12/29 [1] 77/6
12/31/2021 [1] 77/20
12/9/2021 [1] 63/25
12:04 [1] 78/8
12:30 [6] 65/13 67/19 68/4
69/12 69/19 72/25
12:30 p.m [1] 65/23
12:36 [1] 72/10
12:41 [1] 106/20
12:46 [1] 106/21
12:51 [1] 111/12
13 [14] 16/5 23/4 23/5 31/4
52/14 52/17 52/17 52/19
52/20 53/16 62/5 100/2
101/15 101/20
13.50 [1] 31/4
14 [5] 52/19 52/20 53/16 79/3
99/3
140 [1] 84/1
14th [1] 112/22
15 [1] 52/14
15-minute [3] 37/24 67/2 67/3
16 [2] 76/1 76/5
17 [2] 76/8 76/9
17.62 [1] 31/16
1730 [1] 2/11
1997 [1] 8/20
1:04 [1] 71/7
1:48 [2] 67/10 70/14
1:52 [1] 71/9

**2**

20 [3] 12/23 57/7 71/12
200 [1] 82/20
2015 [1] 9/23
2020 [1] 75/25
2021 [13] 30/2 30/7 30/9
30/15 30/16 42/1 42/24 50/2
50/8 63/25 75/25 75/25 77/20
2022 [4] 34/21 50/2 100/2
109/17
2023 [1] 90/7
2024 [4] 1/17 4/6 28/9 112/23
2025 [1] 10/10
20th [2] 76/8 76/11

21 [3] 62/23 76/21
22 [1] 46/13
23 [1] 46/12
24 [1] 76/19
26 [2] 8/22 8/23
27 [4] 8/21 8/24 76/24 77/1
29 [1] 77/6
2:03 [1] 70/11
2:20 [1] 70/16
2:40 [1] 70/16

**3**

30 [4] 27/2 65/15 65/25
112/11
30-minute [2] 66/25 67/2
300 [1] 82/19
31 [1] 1/17
315 [1] 7/6
31st [1] 4/5
366-0231 [1] 26/25

**4**

40 [5] 43/15 59/4 59/5 79/7
107/20
42 [1] 79/8
45 [4] 60/5 60/8 107/9 108/3
48 [4] 70/19 71/13 71/14
71/21
4:30 [2] 70/25 71/1
4:54 [1] 72/14

**5**

50 [4] 60/5 60/8 107/9 108/8
501 [1] 26/25
510 [1] 2/5
5:00 [1] 69/20
5:15 [1] 69/14
5:30 [1] 72/3
5:53 [1] 71/4

**6**

620 [2] 1/18 4/7
6:06 [1] 66/21
6:07 [1] 66/21
6:15 [6] 64/11 64/13 67/11
67/16 67/17 75/10
6:15 a.m [1] 64/7
6:22-CV-6101-SOH [1] 1/6
6:30 [7] 65/19 66/21 68/1
69/7 69/8 69/8 69/16
6:36 [2] 67/8 70/13
6:41 [1] 72/5
6:45 [1] 70/10
6:53 [1] 71/5

| | | |
|---|---|---|
| **7** | actual [1] 20/4 | also [3] 2/16 33/24 59/12 |
| 71923 [2] 1/19 4/8 | actually [8] 16/6 32/23 63/23 | alternated [2] 37/13 37/14 |
| 72211 [1] 2/5 | 63/23 66/4 77/12 99/16 99/20 | always [4] 42/17 67/15 75/24 |
| 75503 [1] 2/11 | added [2] 89/22 99/13 | 83/23 |
| 7:00 [1] 64/25 | adding [2] 47/23 47/23 | am [1] 112/14 |
| | additional [1] 34/12 | amount [4] 81/18 82/15 82/17 |
| **8** | address [1] 7/5 | 82/18 |
| 80 [2] 58/25 60/3 | adds [1] 47/24 | amounts [2] 84/9 84/11 |
| | advice [1] 13/22 | another [7] 24/16 28/21 48/4 |
| **9** | affect [2] 5/21 5/24 | 78/6 90/12 98/1 110/10 |
| 9:30 [1] 101/25 | affects [1] 112/19 | answer [15] 6/7 6/12 6/13 |
| | after [12] 29/15 38/14 86/24 | 6/20 6/22 6/24 23/3 23/4 |
| **A** | 91/1 91/2 91/10 91/15 91/21 | 23/13 24/8 26/17 104/13 |
| a.m [13] 4/7 5/1 35/13 64/7 | 91/21 92/21 99/6 109/19 | 104/15 107/7 108/23 |
| 65/19 67/8 67/11 67/20 68/7 | again [7] 6/13 22/25 31/18 | answered [5] 14/11 19/21 |
| 75/10 78/7 107/17 107/21 | 35/1 48/15 81/3 94/10 | 21/19 22/2 23/13 |
| ability [3] 5/21 5/24 112/9 | against [1] 24/19 | answers [8] 3/16 4/3 19/7 |
| able [3] 94/5 94/14 94/19 | agency [2] 45/24 46/5 | 19/24 20/13 22/10 23/16 |
| about [89] 11/7 12/2 12/25 | ago [7] 14/23 15/6 61/21 85/5 | 24/14 |
| 13/22 13/25 24/13 24/13 | 85/5 87/13 87/14 | any [50] 7/20 9/25 10/14 |
| 24/21 25/18 25/19 25/20 | agree [7] 6/11 49/1 49/8 | 10/18 10/20 10/22 11/5 11/15 |
| 25/22 26/12 26/15 27/4 27/5 | 49/12 74/9 74/10 74/14 | 13/2 13/22 14/1 14/6 14/17 |
| 27/6 28/13 28/17 29/7 30/5 | agreement [3] 103/17 104/9 | 16/19 16/24 18/2 21/5 21/9 |
| 31/9 33/12 33/13 34/19 34/19 | 104/17 | 21/20 22/5 22/22 27/16 29/10 |
| 36/15 40/19 42/17 42/18 | agreements [2] 5/18 6/1 | 40/14 40/20 49/21 51/25 52/4 |
| 42/22 43/5 43/18 43/23 44/1 | ain't [8] 33/9 52/5 56/24 | 52/5 60/21 73/9 76/2 77/17 |
| 44/2 44/5 44/20 45/2 45/16 | 81/10 88/16 90/19 91/6 92/11 | 83/16 83/20 89/18 91/10 93/3 |
| 50/5 53/19 57/11 57/20 58/2 | Alex [4] 36/18 36/20 89/20 | 93/12 96/2 103/6 104/22 |
| 58/6 58/25 59/13 69/20 70/3 | 89/22 | 105/2 105/5 105/8 105/12 |
| 71/13 76/23 78/10 80/23 81/9 | all [112] 5/16 5/20 5/23 6/1 | 108/9 109/10 112/15 112/20 |
| 82/19 82/19 84/1 85/6 85/10 | 6/11 6/17 7/4 7/16 8/19 9/8 | anybody [6] 67/15 86/14 |
| 85/12 85/19 86/24 86/25 | 9/18 9/22 10/24 11/15 16/19 | 102/21 103/2 103/12 110/13 |
| 87/15 88/17 88/19 88/21 89/3 | 16/21 17/19 17/25 18/24 19/4 | anymore [1] 88/7 |
| 89/11 92/4 92/7 92/14 92/14 | 20/15 20/15 24/12 25/1 25/2 | anyone [6] 7/10 7/16 7/22 |
| 101/9 101/24 101/25 102/15 | 27/10 28/22 30/7 32/12 36/8 | 13/4 49/18 78/11 |
| 102/24 103/14 104/3 104/6 | 36/21 37/12 39/17 40/2 40/19 | anything [18] 5/20 5/23 15/7 |
| 104/9 107/6 107/15 107/22 | 41/3 41/22 43/12 43/15 46/7 | 22/25 25/21 26/13 26/16 |
| 108/14 108/14 108/20 | 47/5 49/24 50/15 50/17 51/9 | 26/19 28/13 31/22 38/11 46/9 |
| above [7] 4/5 17/19 23/4 66/9 | 52/5 54/22 57/21 58/7 58/8 | 54/1 55/1 78/18 91/11 92/2 |
| 96/12 97/20 98/7 | 60/7 60/12 60/15 60/25 61/3 | 110/13 |
| above-styled [1] 4/5 | 61/6 62/11 63/5 63/19 65/7 | anywhere [5] 11/20 28/10 |
| absent [2] 95/23 96/9 | 65/11 65/16 66/1 67/3 67/19 | 46/8 46/11 88/9 |
| accordance [1] 112/11 | 69/2 69/16 69/19 73/19 73/23 | Applicable [1] 58/17 |
| accounts [1] 31/22 | 73/24 76/4 76/7 76/9 76/11 | application [4] 3/22 96/24 |
| accurate [29] 30/21 30/23 | 76/13 76/15 76/23 77/5 77/9 | 97/1 97/9 |
| 31/8 66/17 66/18 67/6 67/12 | 77/11 77/15 77/21 77/25 78/2 | appointment [2] 76/24 77/3 |
| 67/17 67/17 67/19 67/20 68/1 | 79/20 81/12 81/21 81/23 82/2 | appointments [2] 96/4 96/5 |
| 68/2 68/4 68/5 68/8 69/2 69/3 | 84/21 84/24 85/9 87/21 89/23 | appreciate [1] 20/22 |
| 69/8 69/12 69/14 69/16 69/19 | 92/6 92/24 94/3 96/11 96/12 | apprised [1] 13/15 |
| 70/1 70/4 70/8 70/11 70/12 | 97/20 98/7 98/15 101/18 | approved [2] 20/7 20/11 |
| 70/14 | 105/25 107/13 110/16 110/23 | approximately [5] 8/10 8/16 |
| act [1] 18/25 | 110/25 111/10 111/11 112/20 | 34/23 60/12 108/12 |
| acting [1] 86/5 | almost [1] 71/12 | April [2] 8/20 81/14 |
| action [3] 112/17 112/19 | alone [1] 45/18 | AR [1] 2/5 |
| 112/21 | already [1] 80/18 | are [19] 6/2 9/24 10/7 10/9 |

## A

are... [15]  10/24 11/18 11/20
12/22 12/24 19/5 19/24 21/8
22/11 23/14 29/11 50/17
58/20 58/23 67/12
Arkadelphia [2]  1/19 4/8
ARKANSAS [10]  1/1 1/19
1/23 4/8 7/7 9/11 45/5 87/25
112/2 112/25
around [7]  15/15 41/4 53/13
59/13 84/1 102/12 103/4
arrive [1]  59/12
arwhlaw.com [1]  2/12
as [36]  5/4 5/6 5/17 5/17 6/24
17/10 17/10 17/12 17/13
21/16 24/9 25/10 26/10 29/10
32/15 44/2 45/2 53/10 58/21
64/4 64/4 71/19 81/18 82/18
84/15 96/23 97/6 97/11 97/16
98/2 98/8 98/16 104/22 105/3
108/5 109/21
ask [11]  5/17 11/3 19/15
29/21 73/9 98/12 102/18
104/2 106/4 106/5 110/18
asked [9]  6/19 37/19 49/18
99/10 101/15 107/5 107/6
107/15 108/20
asking [6]  6/14 33/2 33/5
33/7 36/4 104/6
asks [3]  21/4 22/22 58/15
assigned [1]  30/10
assignment [2]  100/19
100/20
assistant [1]  96/13
assume [1]  6/7
assumingly [1]  66/1
Atchley [1]  2/10
attending [1]  11/18
attention [2]  79/13 79/18
attorney [16]  9/6 13/4 14/9
19/6 21/20 21/22 22/4 22/6
24/18 51/4 51/10 60/19
103/25 105/6 106/12 112/15
attorney's [7]  103/23 104/2
104/3 104/10 104/11 104/18
104/22
attorney-client [1]  103/25
attorneys [7]  21/8 102/15
104/7 104/25 105/9 105/23
112/18
August [4]  100/6 100/7
100/16 100/17
August 8 [4]  100/6 100/7
100/16 100/17

available [1]  112/20
Avenue [1]  7/6
awkward [1]  75/24

## B

baby [1]  9/24
back [23]  31/21 46/18 57/8
65/12 65/22 70/16 70/19 71/9
71/22 72/1 72/10 72/10 72/25
78/24 81/8 85/23 86/7 86/8
87/19 89/5 91/23 92/25
101/12
backwards [1]  63/24
Baltimore [1]  101/5
bank [2]  17/17 31/22
based [1]  82/7
basically [9]  12/21 13/18
13/19 17/8 18/22 21/4 34/15
40/6 58/8
Bates [1]  63/1
be [51]  8/24 10/10 16/10
16/15 20/15 24/21 26/15 32/5
32/22 35/11 37/17 37/21 38/4
38/5 39/25 42/8 48/3 48/5
51/23 54/18 55/24 56/1 57/7
58/11 59/20 60/12 63/2 64/13
66/17 66/18 66/20 66/21
66/22 69/19 71/21 79/15 82/8
84/17 86/7 86/12 86/15 87/1
94/5 94/14 94/19 96/9 102/4
106/3 107/19 107/20 109/3
became [1]  52/25
because [50]  13/18 24/3
24/15 26/18 29/16 37/19 41/4
41/21 42/6 42/8 42/13 43/10
43/12 46/19 47/24 48/3 53/19
56/17 57/1 59/22 61/20 64/14
66/16 66/19 67/1 67/6 67/18
68/6 68/16 72/11 73/9 75/24
76/16 78/5 81/6 81/7 82/23
85/9 87/19 91/25 92/11 93/17
93/17 95/1 95/15 96/6 96/7
104/8 104/10 107/15
become [1]  33/2
been [25]  5/4 10/14 10/16
11/25 14/16 16/24 18/2 19/16
19/16 22/22 23/15 27/11
27/12 30/19 34/21 52/15
56/18 57/12 68/6 68/19 68/21
79/17 99/24 109/4 109/7
before [22]  4/6 6/12 6/13 6/20
8/13 15/9 16/25 18/6 18/11
19/17 21/21 22/5 23/20 29/7
34/19 34/20 59/13 64/25
67/15 73/12 101/21 101/21

begged [2]  29/16 29/17
beginning [4]  25/12 28/7
73/16 90/4
BEHALF [2]  2/2 2/9
being [3]  35/1 43/23 85/19
belief [1]  50/19
believe [9]  25/1 29/11 30/15
48/12 48/16 52/3 52/5 105/19
110/3
believed [1]  48/22
belong [1]  11/15
Bennington [2]  1/18 4/7
Benton [3]  45/1 45/4 45/5
Bentonville [2]  45/4 45/5
Besides [1]  83/11
best [3]  19/24 22/11 112/9
better [1]  61/17
between [4]  28/14 28/18
52/15 76/1
big [2]  55/24 56/1
bills [2]  44/12 105/5
birth [1]  8/19
bit [1]  49/25
biweekly [6]  32/2 32/6 32/7
32/8 32/9 52/23
Blakemore [1]  7/19
blew [1]  71/25
block [1]  105/18
blocked [1]  99/15
blue [3]  25/15 25/16 26/10
Bluff [2]  9/11 10/24
bonus [16]  51/14 79/20 79/22
79/23 79/25 80/1 80/17 80/19
82/12 83/9 83/17 83/19 83/25
109/1 109/5 111/2
bonuses [7]  49/21 51/19
83/23 108/20 108/21 110/25
111/4
bottom [6]  21/2 21/12 21/14
62/25 94/23 98/22
bounce [1]  17/17
box [1]  55/17
break [14]  6/17 6/18 6/20 9/2
29/23 37/18 37/19 37/24 38/3
66/25 67/2 78/3 106/17
106/19
breaks [6]  37/16 37/23 38/1
38/17 67/2 67/3
broke [1]  101/11
brother [2]  7/21 97/19
Brown [1]  12/4
building [1]  46/20
bundles [1]  32/20
Burks [1]  103/6

**C**

calculations [2]  29/10 29/13
calculator [1]  31/19
calendar [2]  46/9 60/22
California [1]  93/1
call [22]  27/1 36/2 39/14
 39/22 39/25 40/15 44/22
 44/25 45/1 45/3 45/19 47/11
 54/14 54/25 56/16 93/1 94/1
 94/8 94/12 95/3 95/8 99/6
called [20]  5/4 14/8 25/14
 25/15 26/10 34/9 34/16 34/17
 34/18 36/5 45/1 47/12 47/14
 63/1 75/13 85/7 85/23 86/4
 96/6 99/10
calling [3]  43/19 47/10 103/4
calls [1]  91/11
came [8]  55/3 70/19 71/24
 72/1 75/24 78/24 85/14 85/15
can [43]  5/17 5/18 6/5 8/9
 14/3 14/3 15/15 17/12 19/5
 19/18 21/24 26/23 33/2 40/1
 40/23 42/5 43/21 47/15 48/15
 54/3 56/7 59/25 60/19 64/4
 64/23 64/24 64/24 71/22
 74/23 74/23 75/1 95/6 95/20
 104/13 105/11 105/18 108/23
 109/21 109/25 110/13 110/14
 110/19 110/22
can't [24]  8/5 8/7 33/15 38/23
 39/1 39/3 39/19 43/17 44/11
 44/17 46/20 47/2 59/21 71/6
 73/9 74/1 74/3 85/21 102/14
 106/4 109/23 109/23 110/1
 110/9
caption [1]  112/10
car [5]  57/9 72/1 93/18 94/19
 101/12
care [10]  17/19 17/19 17/25
 96/11 96/13 97/20 97/21 98/7
 98/7 99/24
Carolina [2]  101/3 101/5
Carpenter [2]  15/22 15/22
case [20]  1/6 14/8 14/25
 17/13 17/13 17/25 18/5 18/5
 19/17 25/19 26/20 103/14
 104/2 104/18 104/25 105/10
 105/14 105/23 106/1 106/11
cash [1]  80/8
Caterpillars [1]  98/21
caught [5]  19/16 95/24 95/25
 96/1 101/8
cause [1]  4/5
CCR [4]  1/23 4/6 112/4

CDL [1]  55/18
Cedar [1]  13/12
cell [1]  100/12
Central [1]  8/9
Centre [1]  2/4
certain [5]  16/15 56/15 56/15
 58/11 109/18
CERTIFICATE [1]  111/13
certified [3]  34/4 34/7 34/8
certify [3]  112/5 112/11
 112/14
chance [2]  41/24 88/22
change [8]  30/4 33/12 50/9
 52/25 53/3 53/11 54/1 55/11
changed [4]  33/12 53/10 79/3
 99/5
charged [1]  31/12
chat [4]  94/3 94/6 94/15
 94/16
check [21]  31/21 42/17 47/20
 48/4 61/24 63/6 79/11 79/12
 80/8 80/9 80/24 80/25 81/7
 81/10 81/21 83/12 83/21 99/7
 99/13 99/17 99/21
checks [5]  17/17 72/21 79/2
 83/1 83/2
Chenault [2]  66/7 66/9
chewed [2]  85/19 86/1
CHI [1]  8/14
children [2]  10/18 10/20
chitchat [1]  87/2
choice [1]  33/10
Chris [1]  103/6
circumstances [1]  9/2
Civil [1]  112/12
claim [4]  104/1 104/10
 109/16 110/6
clarify [1]  107/7
Clark [1]  11/13
clerk [1]  39/16
client [1]  103/25
Clinton [2]  1/18 4/8
clock [42]  14/17 14/18 38/19
 38/23 39/3 39/19 46/20 46/25
 46/25 54/5 54/12 54/21 54/22
 59/14 59/14 59/21 63/20
 64/15 64/21 65/8 66/16 66/20
 68/11 70/1 70/2 70/6 70/11
 70/13 70/14 70/16 72/16
 73/11 73/17 74/19 75/9 75/12
 76/1 76/5 76/21 101/15
 101/17 101/18
clocked [29]  55/7 64/10
 64/20 64/24 66/13 69/7 69/8

70/10 70/23 70/25 71/4 71/7
 71/9 72/3 72/5 72/6 72/10
 72/10 72/14 72/24 72/24 73/2
 74/21 74/21 75/4 76/17 76/25
 77/7 77/12
clocking [10]  54/1 54/2 54/15
 54/16 66/15 66/22 70/3 73/1
 73/8 77/11
clocks [1]  54/20
close [2]  61/17 106/18
closed [1]  48/3
clubs [1]  11/15
CNA [1]  8/3
college [5]  10/2 10/3 10/5
 10/12 11/18
column [5]  63/12 63/13 63/16
 84/5 84/6
columns [1]  63/13
come [14]  29/16 40/2 40/4
 54/17 54/17 54/19 57/8 57/9
 57/24 73/7 94/5 94/14 94/19
 102/12
coming [2]  36/7 94/2
commences [1]  5/1
comment [2]  95/10 95/12
commissions [1]  49/21
companies [1]  28/19
company [8]  1/9 15/18 17/18
 24/20 50/14 50/16 98/14
 100/12
complain [4]  43/9 44/1 44/5
 78/10
complained [6]  42/17 43/3
 43/4 43/5 43/23 44/2
complaining [2]  43/18 53/19
complaint [1]  79/4
complaints [1]  91/11
computer [6]  20/5 39/4 39/5
 39/13 54/10 77/12
computer's [1]  39/6
concentrate [1]  30/1
concluded [1]  111/12
confirmation [3]  25/4 25/11
 25/13
contact [1]  40/13
contends [1]  58/16
contract [6]  103/12 103/17
 103/20 104/7 104/21 112/17
copy [7]  49/16 60/19 62/21
 80/12 103/20 104/20 105/17
corporation [2]  28/25 29/3
correct [10]  22/11 22/12
 23/17 50/20 51/1 59/25 61/24
 66/7 72/17 104/8
correctly [3]  48/12 48/16

## C

correctly… [1] 48/22
costs [3] 105/2 106/2 106/9
could [9] 33/7 40/25 45/10
 45/16 59/14 75/16 75/19
 110/16 110/17
couldn't [5] 26/7 43/5 44/21
 45/2 54/8
counsel [1] 107/6
count [2] 95/20 107/24
County [6] 11/5 11/7 11/9
 11/11 11/13 112/3
couple [2] 102/19 106/25
court [7] 1/1 15/11 60/17
 104/16 105/2 106/2 106/9
covered [1] 78/9
COVID [2] 95/24 95/25
coworker [1] 97/16
CRAVEN [8] 1/9 24/20 25/23
 25/25 28/18 28/19 84/25 91/9
criminal [1] 18/25
current [1] 7/4
CV [1] 1/6

## D

D.C [3] 100/20 100/24 100/25
daily [1] 43/24
Dallas [1] 13/12
Dam [2] 15/22 15/22
Danielle [21] 12/4 12/21
 25/23 36/20 42/21 46/21
 47/15 47/16 54/25 66/7 66/13
 75/13 86/4 88/15 89/6 89/8
 89/18 90/15 92/1 96/10 102/3
Danielle's [1] 84/16
date [6] 8/19 13/16 33/15
 33/16 63/9 75/3
dated [1] 62/5
Dave [1] 72/20
Davey [10] 53/21 53/21 82/20
 83/12 83/12 90/1 90/2 90/9
 93/21 94/15
David [1] 12/8
Davis [46] 3/21 14/19 14/20
 27/21 28/3 28/14 28/18 28/20
 28/24 30/10 31/12 33/4 33/17
 42/2 43/19 48/11 48/25 49/5
 50/18 50/20 50/23 51/1 52/13
 52/22 53/1 58/19 60/23 61/1
 61/4 61/7 63/5 63/20 64/5
 78/11 79/21 87/15 88/1 88/2
 91/18 92/21 93/2 95/17 96/24
 99/6 100/1 101/14
day [47] 29/13 32/4 32/6
37/16 37/24 40/23 40/25 41/1
41/5 41/12 42/3 43/6 43/20
43/22 46/16 46/16 46/19
47/11 47/12 48/4 54/24 56/13
65/18 68/13 69/16 69/24 70/2
70/10 70/13 71/1 71/4 71/17
71/21 72/1 72/5 72/16 76/16
77/4 79/21 85/14 89/17 91/6
93/22 95/14 100/1 107/19
112/22
days [9] 42/5 42/9 42/11
 56/16 69/5 72/11 72/12
 100/25 109/19
deal [1] 24/17
dealing [1] 17/3
December [15] 30/2 30/7
 30/16 35/2 40/19 42/1 42/15
 42/16 42/24 50/1 50/8 68/18
 79/21 79/24 109/17
December 8 [3] 30/16 42/1
 42/16
Defendant [1] 107/6
Defendant's [3] 3/17 106/2
 106/12
defendants [4] 1/10 2/9 4/4
 5/12
delivered [1] 32/22
deliveries [5] 27/18 27/19
 36/25 37/7 41/16
delivery [3] 38/24 85/18
 101/24
Department [2] 44/22 45/23
depended [1] 111/2
Depending [1] 37/7
depends [13] 16/14 36/25
 39/19 41/6 41/15 54/18 59/17
 60/6 80/7 81/20 82/16 82/20
 83/24
deposit [5] 51/13 51/16 51/17
51/21 52/11
deposited [1] 51/23
deposition [12] 1/12 4/3 5/1
 13/5 14/2 15/3 15/9 73/12
 74/2 104/16 106/5 111/12
DESCRIPTION [1] 3/15
determine [1] 64/4
diary [2] 46/9 60/21
did [158]
didn't [69] 16/15 17/8 21/9
22/18 22/20 23/18 25/21 26/1
26/7 26/13 26/16 27/8 29/13
33/4 33/8 42/17 43/10 45/1
45/21 46/12 48/22 51/24 52/4
53/10 53/11 53/21 55/6 55/6
55/11 73/13 75/12 75/12 76/1
78/24 79/5 79/23 79/23 81/6 81/11
82/4 82/7 83/9 83/12 83/20
86/14 86/15 86/15 87/18 88/2
88/8 88/24 88/25 89/4 89/10
89/18 91/24 92/25 93/17 94/1
96/7 99/7 99/11 99/18 99/19
101/16 101/18 106/14 107/24
109/4 111/4
different [2] 84/9 98/12
digging [1] 16/12
direct [7] 51/13 51/14 51/16
 51/17 51/21 52/11 112/8
directing [1] 104/14
directly [2] 50/22 79/21
disabled [2] 7/21 97/19
disagree [5] 49/1 49/8 74/5
 74/7 74/18
Disciplinary [1] 3/20
discipline [1] 93/8
disciplined [1] 93/2
Discussion [1] 109/11
discussions [1] 91/10
DISTRICT [2] 1/1 1/1
DIVISION [1] 1/2
do [121]
doctor's [3] 76/24 96/4 96/5
documents [4] 3/18 14/1 14/4
 14/5
does [22] 7/10 7/16 7/22 7/24
 8/2 10/20 12/9 12/11 12/13
 12/14 13/13 31/6 32/19 44/14
 44/24 47/2 50/11 62/11 62/13
 63/16 87/22 108/7
doing [15] 6/23 11/23 15/17
 16/22 27/11 27/19 38/24
 44/11 48/2 71/16 71/17 87/4
 92/17 92/19 100/17
dollars [1] 82/20
Dollarway [1] 9/19
don't [92] 6/2 7/1 9/1 12/14
 15/17 15/23 16/2 18/18 25/9
 25/25 26/4 26/5 26/18 27/9
 28/12 29/1 29/4 29/7 32/5
 34/17 35/23 36/12 36/14
 37/14 42/6 43/8 43/20 45/8
 45/14 46/6 47/1 47/1 48/2
 48/5 52/3 52/5 54/21 54/22
 59/20 61/8 62/10 62/12 64/14
 66/15 66/17 67/2 68/6 68/16
 69/5 69/11 69/13 69/13 69/18
 69/21 69/25 71/16 71/17 73/1
 77/4 79/13 81/9 83/15 84/13
 84/23 85/24 86/16 86/16
 88/12 88/13 89/22 92/2 93/15
 94/13 95/16 96/5 96/17 98/4

**D**

don't... [15] 99/5 100/5 102/3
102/14 103/1 103/21 104/19
105/1 105/19 105/20 109/10
110/3 110/9 110/17 110/24
done [6] 27/9 74/12 105/9
105/13 105/13 106/18
Doordash [1] 79/15
DOT [1] 55/21
down [13] 9/3 21/2 29/23
32/24 34/13 46/11 46/20
46/24 53/21 62/25 71/24 90/9
97/24
drive [2] 2/11 33/8
driver [2] 33/3 84/15
drivers [1] 53/20
driving [10] 33/14 37/20 40/9
41/16 54/13 55/15 55/16
67/18 94/18 98/21
drop [1] 46/19
drove [1] 86/8
duly [1] 5/4
Durham [1] 72/19
during [13] 9/2 32/13 37/16
37/24 40/18 44/3 49/5 49/22
51/25 56/13 58/17 58/18 74/1
Dustin [8] 35/23 35/23 53/21
82/19 84/14 84/15 87/12
87/13
duties [1] 52/25

**E**

each [3] 27/19 58/17 61/11
earlier [1] 108/20
early [8] 29/16 42/5 54/17
56/16 67/13 67/14 68/14
99/10
easier [1] 40/23
eat [1] 40/5
eight [9] 8/18 13/1 16/14 35/3
41/4 107/22 108/19 108/19
109/15
either [3] 23/21 31/21 67/12
else [16] 7/16 7/22 15/7 22/25
26/19 27/3 28/10 35/22 36/1
36/6 36/6 64/21 74/21 83/20
85/16 88/9
Email [2] 2/6 2/12
emails [1] 91/11
employed [1] 112/15
employee [4] 3/20 64/16
95/12 112/15
employee's [2] 95/10 98/23
employer [1] 50/20

employment [3] 3/21 50/9
end [5] 22/10 53/13 101/11
101/13 109/5
enough [2] 29/5 97/4
entry [1] 64/7
equipment [1] 98/17
Ernest [1] 39/14
error [2] 99/16 99/20
essence [1] 41/7
even [5] 20/19 26/7 26/12
69/25 99/15
ever [26] 10/16 15/9 15/11
16/24 18/6 27/24 29/6 38/10
40/8 44/22 48/6 48/25 49/5
57/10 73/19 78/10 78/22
78/24 79/20 87/10 88/19
91/10 93/2 95/17 95/23 99/6
every [24] 29/13 32/4 32/6
37/19 41/5 41/12 42/3 42/12
42/13 43/6 43/20 43/21 46/16
46/16 47/11 47/12 56/13
56/18 56/20 58/17 59/5 109/1
109/16 109/18
everybody [5] 72/15 76/16
82/14 93/22 95/18
everything [1] 110/4
ex [1] 97/16
ex-coworker [1] 97/16
exact [4] 15/23 33/15 33/16
44/13
exactly [3] 27/8 47/25 71/20
Examination [6] 3/6 3/7 3/8
5/7 107/2 109/13
examined [1] 5/6
example [1] 54/3
except [1] 46/16
excuse [3] 33/19 70/16 73/24
excuses [1] 96/4
Exhibit [8] 19/10 61/22 61/23
84/2 94/20 94/21 97/5 97/6
Exhibit 2 [1] 84/2
expect [2] 108/21 109/1
expected [1] 111/8
expecting [1] 108/25
Explain [1] 7/7
extent [1] 104/12
extra [5] 49/22 51/19 51/22
79/16 109/16

**F**

F554 [2] 55/16 55/16
Facebook [1] 89/22
fact [2] 71/19 110/3
fair [4] 6/9 29/2 29/5 97/4
false [2] 60/1 97/24

far [2] 64/4 105/23
February [4] 81/14 81/15
93/25 112/23
federal [2] 45/24 104/16
feel [3] 57/7 61/8 80/7
feeling [2] 82/16 82/21
fees [9] 103/23 104/2 104/3
104/3 104/11 104/18 104/22
105/2 106/12
felt [4] 81/3 82/2 82/22 111/2
fifth [1] 63/13
file [2] 17/13 22/9
filed [11] 5/13 17/10 17/13
21/20 22/5 23/19 23/25 24/8
24/19 86/18 110/3
filing [1] 105/2
fill [2] 96/24 97/1
finally [1] 6/22
Financial [1] 2/4
financially [1] 112/16
find [7] 24/7 45/19 45/22
102/19 104/9 110/6 110/14
Finders [43] 12/16 15/14
30/10 30/14 31/2 31/11 32/3
32/4 32/5 33/22 35/1 36/7
36/9 40/11 40/13 42/2 43/1
43/2 43/16 43/21 44/7 45/4
45/5 45/20 46/2 46/4 47/6
47/9 47/18 48/3 48/7 48/10
48/14 48/19 48/22 49/14
49/18 53/6 80/14 91/15 91/21
92/17 92/24
Finders' [2] 48/24 49/4
fine [1] 9/7
finish [2] 6/11 20/18
finished [2] 68/25 106/18
firm [13] 1/18 2/4 4/7 17/20
17/23 18/6 24/5 102/22
102/22 103/3 103/8 103/13
103/18
first [28] 3/17 5/4 5/20 15/10
17/22 17/24 17/24 38/7 46/2
60/1 61/24 63/24 64/5 64/7
67/11 67/14 67/16 74/5 74/11
75/2 75/4 79/22 79/23 97/11
100/19 100/20 101/24 102/21
five [14] 13/1 35/4 35/4 47/24
54/18 56/9 60/13 73/2 95/21
101/9 107/22 107/23 108/2
108/6
fixing [1] 93/18
flat [1] 71/25
flew [1] 101/12
Florida [4] 90/3 90/5 90/9
90/13

**F**

FLSA [1]  21/5
follow [2]  106/25 109/12
follow-up [1]  106/25
follows [3]  5/6 21/16 58/22
force [1]  37/17
forced [1]  57/1
Ford [1]  55/16
foregoing [2]  21/15 112/5
forging [1]  18/18
forgot [1]  25/9
forklift [4]  32/17 32/24 33/25
 34/8
form [5]  23/24 103/25 108/22
 108/24 109/6
four [7]  10/5 36/8 57/11 57/18
 57/21 58/6 101/9
four-year [1]  10/5
Frances [1]  13/8
Friday [6]  12/25 35/5 41/18
 41/25 56/14 107/17
friend [2]  12/19 12/20
friends [1]  91/25
front [3]  39/7 39/12 54/9
full [8]  11/18 50/10 50/12
 50/14 53/1 53/8 54/15 64/5
fully [1]  6/12
furniture [1]  92/20
Further [4]  3/8 109/13 112/11
 112/14

**G**

Galleria [1]  2/11
Garland [1]  11/7
gate [2]  59/18 59/18
gave [5]  34/11 67/3 80/1
 80/18 99/10
gears [1]  49/24
gentlemen [1]  36/8
Georgia [1]  101/6
get [74]  12/16 12/18 12/19
 19/5 23/18 25/11 25/13 26/23
 29/15 32/20 34/12 35/8 37/16
 37/18 37/20 37/23 42/5 42/14
 43/5 43/21 44/18 46/14 46/18
 46/19 46/25 47/17 48/4 48/6
 51/25 52/4 53/8 54/8 55/6
 55/11 56/16 57/1 57/8 57/25
 59/18 59/19 60/19 63/2 65/2
 67/13 67/14 67/14 67/15
 78/16 78/17 81/6 81/15 82/12
 82/14 82/17 82/19 82/19
 82/20 82/24 83/9 83/12 83/20
 85/11 85/22 91/22 97/23

getting [13]  16/9 24/25 29/12
 32/4 32/6 32/7 32/22 43/13
 44/1 47/25 79/5 81/10 83/17
girlfriend [3]  7/13 7/24 97/14
girlfriend's [1]  7/21
give [5]  9/5 14/3 41/24 54/3
 81/11
given [2]  15/9 85/2
go [28]  9/12 39/7 39/12 39/20
 40/3 43/10 43/15 43/22 46/25
 54/9 54/21 56/7 57/8 67/7
 67/9 69/5 71/21 71/22 71/23
 75/22 77/18 82/3 85/17 85/17
 87/15 90/3 90/9 96/7
goes [1]  79/10
going [44]  5/17 7/9 8/12 8/18
 12/1 13/16 13/18 20/17 20/20
 23/23 24/14 24/17 29/23
 30/21 37/17 41/6 50/5 60/2
 60/2 60/17 63/1 63/2 65/2
 65/5 67/7 67/9 68/3 68/16
 77/4 77/18 77/24 78/1 78/16
 78/17 85/21 94/5 94/19 95/15
 96/8 101/24 102/5 102/9
 103/24 109/18
gone [2]  31/21 71/21
good [6]  13/23 14/3 27/2 78/5
 88/22 91/25
got [44]  16/16 25/4 27/16
 33/9 34/9 38/7 40/2 44/12
 46/23 47/17 51/16 51/19 52/5
 52/8 52/10 53/8 53/10 54/15
 55/4 55/24 56/17 56/22 56/24
 59/17 59/17 59/18 59/22 73/5
 75/14 78/19 81/9 82/15 83/19
 85/19 85/23 86/1 88/22 92/11
 93/13 93/22 95/1 95/16 98/25
 111/1
gotten [1]  111/8
governmental [1]  46/5
grab [1]  40/5
graduate [4]  9/14 9/18 9/22
 10/9
graduating [1]  9/25
grasp [1]  22/18
Green [1]  96/18
gross [2]  84/5 84/6
ground [4]  76/19 93/18 93/25
 94/18
group [4]  94/3 94/6 94/15
 94/16
grow [1]  9/10

guard [1]  19/16
guess [12]  22/18 22/18 23/18
 45/1 62/2 62/8 64/22 69/5
 72/20 83/1 85/11 95/5
guy [3]  45/14 78/17 85/17

**H**

H-I-L-L [1]  7/15
Habitat [2]  92/17 92/18
had [22]  8/16 9/25 21/20 22/4
 22/7 24/8 36/6 36/18 37/17
 40/13 58/11 75/16 75/18
 75/18 75/19 77/3 88/25 92/2
 92/25 94/22 97/11 99/23
half [7]  15/6 15/20 23/1 41/5
 53/12 85/5 87/13
Hamilton [1]  8/9
hand [5]  62/25 81/1 81/24
 95/20 112/22
handbook [2]  38/10 38/12
handbooks [3]  38/14 38/15
 85/8
handful [1]  95/20
handing [1]  85/7
handler [5]  32/15 32/17
 32/19 34/1 53/4
handlers [3]  35/19 36/22 38/9
hands [1]  80/1
handwritten [1]  83/4
happened [3]  50/8 85/11
 101/10
has [3]  58/21 95/9 104/10
Haskell [2]  87/23 87/25
have [117]
haven't [3]  88/18 89/25 90/16
having [1]  5/4
he [103]  7/20 12/9 12/11
 12/13 12/14 22/20 25/9 25/14
 25/15 25/17 25/18 25/19
 25/20 25/22 25/25 26/1 26/4
 26/20 26/20 26/21 27/4 27/5
 27/5 27/7 27/8 27/8 27/9 27/9
 27/11 27/11 27/17 28/4 28/10
 28/20 28/21 29/16 32/5 33/9
 39/16 39/19 40/2 40/5 54/18
 58/16 59/19 59/19 59/20
 59/22 71/1 71/19 71/22 72/12
 78/16 78/18 78/19 78/19
 78/22 78/24 79/10 80/1 80/7
 81/3 81/4 81/9 81/11 82/2
 82/3 82/8 82/23 84/15 85/7
 85/23 85/23 87/13 87/14
 87/15 87/17 87/18 87/18
 87/18 87/19 87/21 87/22 88/1
 88/2 88/2 88/3 88/3 88/8 88/9

**H**

he... [13] 88/25 89/4 89/5 89/5 89/5 90/2 90/10 103/10 104/10 104/12 104/13 110/22 110/24
he'll [4] 37/11 40/6 59/19 82/17
he's [11] 7/21 27/12 39/16 59/21 82/16 82/21 87/18 90/13 103/8 105/19 105/20
head [3] 7/1 18/13 51/6
headquarters [2] 45/7 45/20
hear [1] 89/4
heard [2] 29/6 46/2
hearing [1] 25/19
Heavy [1] 98/17
help [4] 13/22 26/20 45/10 57/24
helped [1] 12/19
helps [1] 20/23
her [29] 7/14 8/17 12/5 13/15 13/17 20/18 20/19 36/18 42/18 42/20 54/25 75/14 75/18 75/18 88/16 89/9 89/10 89/11 89/21 90/16 91/25 94/5 94/14 94/19 96/22 97/18 97/19 97/20 102/12
here [15] 5/12 18/9 24/13 29/16 59/6 60/7 67/5 67/5 69/6 74/4 85/22 102/23 109/21 110/9 111/1
hereby [1] 112/5
hereto [2] 112/10 112/16
Hey [9] 32/5 39/25 42/5 43/19 46/22 56/16 79/8 85/21 87/4
HICKMAN [12] 1/4 1/14 3/19 4/3 5/3 5/10 5/11 64/18 73/8 106/24 109/15 112/6
Hickman's [1] 3/16
high [5] 9/12 9/16 9/19 9/21 10/1
highlight [1] 75/1
Hill [5] 7/15 7/24 10/20 13/12 97/12
him [38] 22/19 26/7 26/8 27/5 27/7 27/8 27/18 27/19 32/6 33/8 36/2 36/3 36/5 39/14 39/25 42/5 43/20 43/20 57/24 71/3 81/8 81/11 85/20 85/21 85/24 86/1 87/15 88/18 88/23 88/24 89/2 89/3 89/23 90/19 104/6 104/14 110/18 110/18
himself [2] 81/7 85/13
hire [1] 92/25

**I**

hiring [1] 91/22
his [16] 25/9 26/1 26/22 27/24 35/23 39/6 39/6 39/8 39/10 39/15 45/14 54/9 59/22 78/15 104/7 104/7
Hlavinka [1] 2/10
Hobson [1] 7/6
hold [4] 33/21 33/21 35/3 75/14
home [9] 7/25 8/3 13/13 41/4 71/22 71/22 71/24 100/17 100/18
honest [6] 16/15 37/17 37/21 79/15 87/1 109/3
hooking [1] 16/9
Hospital [2] 8/15 10/11
Hot [8] 7/6 10/22 11/5 12/9 15/24 46/1 94/17 101/12
hour [20] 12/22 12/23 16/4 16/5 31/3 31/4 31/13 38/5 38/17 52/13 53/16 57/7 57/14 67/1 67/4 72/12 72/13 79/3 99/3 107/24
hourly [2] 62/13 79/4
hours [75] 12/24 16/13 17/3 24/22 24/23 25/2 25/19 26/12 29/12 29/15 29/16 35/2 35/4 35/10 36/21 41/5 41/6 41/10 42/3 42/14 43/15 46/16 46/22 47/5 47/8 47/14 47/20 48/13 48/17 48/21 55/9 56/9 56/13 57/20 58/6 58/16 58/25 59/5 59/5 59/13 60/3 60/5 60/8 60/13 60/22 60/25 61/3 61/6 61/9 63/14 63/17 79/7 79/9 107/5 107/9 107/13 107/13 107/14 107/19 107/20 107/21 107/23 107/25 108/1 108/1 108/4 108/7 108/9 108/10 108/12 108/13 108/14 108/14 109/15 109/20
hours at [1] 55/9
house [1] 7/16
how [84] 7/8 8/10 8/16 9/20 11/25 12/18 12/22 15/19 16/3 25/13 25/18 27/1 27/16 29/10 31/2 38/3 38/3 38/6 40/22 42/11 43/11 46/15 47/8 47/25 52/13 53/3 54/25 57/8 58/18 58/1 58/5 58/16 60/22 65/14 65/24 66/14 66/22 70/18 71/11 71/13 73/7 73/7 75/15 78/18 79/5 80/2 80/7 80/22 81/3 81/4 81/17 82/2 82/3 82/3 82/4 82/8 82/13 82/16

**J**

82/21 82/22 82/23 87/4 87/15 89/3 91/19 91/20 95/19 100/4 100/24 101/7 104/14 104/24 105/22 106/3 107/5 107/19 107/21 107/23 108/1 108/4 108/7 108/12 110/17 111/2
However [1] 6/19
huh [31] 5/19 6/24 6/25 9/4 15/1 19/1 19/14 21/13 22/3 22/24 23/8 24/2 30/17 31/1 34/2 36/3 41/8 41/11 41/19 49/7 49/11 50/7 51/18 54/7 54/11 57/15 58/14 92/23 97/13 98/6 100/3
hundred [1] 82/20

**I**

I'd [1] 58/11
I'll [5] 8/24 52/17 54/18 86/7 106/22
I'm [72] 5/12 5/16 9/24 11/23 13/17 20/17 23/23 29/23 30/5 30/21 30/24 31/18 32/11 36/4 37/17 37/21 39/24 40/4 40/19 41/6 41/16 41/21 42/22 43/13 47/1 48/2 50/4 50/14 55/8 55/8 56/17 57/1 57/4 57/4 57/5 60/2 60/2 62/6 63/1 63/3 67/13 67/14 68/3 69/23 71/6 73/10 73/18 73/22 75/19 77/17 77/24 78/1 78/6 78/16 78/17 79/8 86/2 89/13 91/22 92/10 92/11 93/18 95/15 98/5 98/5 100/9 102/5 102/9 103/24 106/17 106/18 109/18
I've [6] 19/16 19/16 24/16 57/12 73/5 97/6
idea [1] 27/16
identification [4] 19/10 61/22 94/20 97/5
identify [1] 21/5
impartiality [1] 112/19
INC [1] 1/9
incident [1] 89/18
incline [1] 71/25
include [2] 41/14 103/22
Including [1] 36/24
income [2] 11/24 16/22
incorporates [1] 23/2
incorrect [2] 59/8 59/16
increased [1] 53/16
individual [1] 58/17
information [1] 105/18
instance [3] 37/10 43/13 79/7
instead [1] 45/2

interest [1] 112/18
interested [1] 112/16
interrogatories [9] 3/17 14/9
14/12 14/15 19/6 19/21 19/24
21/19 24/7
interrogatory [5] 21/4 23/5
58/12 58/15 107/4
interrupt [1] 20/18
invoices [1] 105/5
involved [4] 16/24 18/3 22/22
23/15
involving [1] 21/5
is [153]
isn't [1] 59/16
issue [1] 89/9
issues [3] 40/14 89/8 89/18
it [213]
it'd [1] 56/1
it'll [3] 66/17 66/20 66/21
it's [56] 7/9 7/21 8/8 8/9 8/12
11/23 11/24 12/1 13/17 14/16
18/11 19/11 19/12 20/19
28/23 29/20 30/9 30/15 30/19
30/21 37/10 38/16 39/4 39/6
42/2 42/15 43/16 48/4 50/19
54/20 55/9 56/1 56/1 59/4
59/7 61/20 62/5 63/12 63/20
63/23 63/23 63/24 63/24 68/6
68/19 68/21 69/3 69/15 70/13
73/7 77/3 79/7 93/25 100/12
100/12 107/25
itemization [2] 105/8 105/12

## J

J.'s [1] 54/9
janitorial [1] 11/23
January [15] 1/17 4/6 25/12
28/7 53/13 53/14 77/22 80/18
80/19 80/21 83/11 90/7 90/23
109/17 109/17
Jim [10] 25/23 25/24 25/25
78/21 84/21 84/23 85/11
85/23 88/19 88/20
Jim's [1] 26/3
job [24] 12/16 12/18 12/19
14/18 15/21 52/25 87/18
89/11 90/12 91/22 92/3 92/4
92/9 92/10 92/11 92/11 92/13
92/16 92/21 97/23 98/16
98/17 100/6 101/14
jobsite [1] 15/16
Jones [1] 13/8
Josh [2] 64/18 85/24

3/19 4/3 5/3 5/10 73/8 95/2
95/7 112/6
journal [1] 46/8
judge [1] 18/12
Judith [2] 66/7 66/9
Judy [3] 44/6 44/25 91/22
July [8] 50/2 62/5 62/5 79/21
100/2 101/15 101/20 109/17
July 13 [2] 100/2 101/15
jumped [2] 33/11 86/8
June [1] 34/21
jury [1] 18/12
just [98] 6/17 6/22 9/1 10/2
11/3 12/1 13/15 13/17 13/23
15/18 17/13 18/11 19/17
20/15 25/15 26/4 27/4 27/5
27/9 27/14 29/14 30/1 36/4
36/6 37/20 38/2 39/17 40/5
40/6 40/15 40/15 40/16 40/18
41/24 42/5 42/12 42/17 42/18
42/18 42/22 42/23 45/18 46/1
46/2 46/24 46/24 48/21 52/17
54/13 54/24 55/9 55/21 55/22
56/4 57/5 65/6 68/24 71/3
74/12 75/3 75/13 77/18 77/24
78/1 79/2 79/17 80/5 80/7
81/3 84/21 85/15 85/19 86/1
86/8 86/23 86/24 87/2 88/3
88/6 89/3 89/6 89/11 89/22
93/21 95/15 96/6 97/23 99/16
99/20 99/23 100/5 101/17
102/5 102/19 102/23 106/5
106/24 107/7
Justin [3] 7/19 35/23 36/12

## K

K-Y-M-Y-A-R-A [1] 7/15
keep [4] 37/20 40/6 44/11
60/16
keeping [1] 13/15
keeps [1] 32/1
kept [1] 25/19
key [2] 59/18 59/22
kind [13] 14/5 16/24 17/2
17/4 17/6 26/1 46/4 55/15
87/6 90/5 93/12 105/8 105/12
King's [1] 84/14
know [113]
knowing [1] 29/14
knowledge [2] 19/25 22/11
knows [1] 104/12
Kymyara [3] 7/15 7/15 97/12

Labor [48] 12/16 15/13 30/10
30/14 31/2 31/11 32/3 32/4
32/5 33/22 35/1 36/7 36/9
40/11 40/13 42/2 43/1 43/2
43/16 43/21 44/7 44/22 45/4
45/5 45/20 45/24 46/2 46/4
47/5 47/8 47/18 48/3 48/6
48/10 48/13 48/19 48/22
48/24 48/25 49/4 49/14 49/18
53/5 80/14 91/15 91/21 92/17
92/24
lady [1] 91/22
Lake [1] 8/9
last [40] 10/2 14/14 14/22
15/5 15/13 15/15 19/11 19/12
19/12 25/9 26/1 27/1 29/20
35/23 59/12 61/24 62/1 62/7
62/9 85/4 86/20 87/8 87/11
88/14 89/17 89/17 89/20
89/24 90/1 90/2 90/4 90/15
90/17 91/5 92/6 99/7 99/13
99/17 99/21 100/1
late [7] 42/6 72/1 76/17 95/17
95/18 96/3 96/9
later [4] 33/13 34/13 86/18
102/24
law [13] 1/18 2/4 4/7 17/20
17/23 18/6 24/5 102/22
102/22 103/2 103/8 103/13
103/18
lawsuit [18] 5/12 13/16 16/25
17/4 17/10 18/2 23/20 24/1
24/8 24/13 24/19 24/21 25/20
26/12 26/15 27/6 86/18 110/2
lawsuits [4] 21/5 21/21 22/5
23/14
lawyer [4] 17/11 23/19 23/21
23/22
least [3] 53/12 108/14 108/19
leave [6] 68/14 71/1 71/19
85/21 85/24 107/24
leaving [5] 57/4 57/5 71/3
85/12 85/19
left [7] 45/18 68/24 71/21
72/15 76/16 86/3 101/20
less [2] 37/3 37/6
let [14] 6/11 6/12 19/4 19/4
19/15 20/18 44/11 61/23 71/1
71/19 87/15 94/21 97/6 98/12
let's [1] 106/19
letting [2] 13/17 85/23
Levi [4] 11/21 12/7 16/21
92/14

Lic [2]  1/23 112/25
lied [2]  23/21 23/21
life [1]  87/20
like [87]  5/18 6/1 6/23 8/25
 11/24 14/4 16/14 17/11 18/11
 22/17 26/1 29/12 31/4 31/4
 31/23 33/4 33/9 33/15 37/10
 37/14 37/23 38/11 38/24
 39/16 39/25 40/2 40/4 40/5
 41/15 42/9 42/13 44/11 46/8
 46/9 46/12 46/18 47/24 48/3
 49/16 52/14 53/4 53/11 56/15
 57/7 59/17 60/5 61/8 61/20
 62/3 66/17 66/18 66/21 66/25
 68/16 68/19 69/1 70/19 78/18
 79/6 79/6 79/7 79/10 80/3
 81/9 81/20 81/20 82/16 83/24
 83/25 84/1 85/20 86/4 86/5
 86/7 86/16 87/18 89/5 89/13
 90/4 90/20 91/11 91/22 92/7
 93/8 95/14 100/21 105/12
line [1]  34/13
list [2]  98/16 105/13
listed [3]  97/11 98/1 98/7
listen [1]  88/25
Listing [1]  63/6
literally [3]  66/20 92/6 96/7
litigation [1]  22/23
little [4]  2/5 49/25 55/17
 55/17
live [6]  7/10 7/16 7/22 12/9
 87/20 87/22
lived [1]  7/8
livelihood [1]  87/20
lives [1]  13/9
living [2]  28/1 28/4
LLC [1]  1/8
LLP [1]  2/10
load [4]  32/25 55/24 56/1
 57/25
loads [3]  32/20 40/3 57/25
locked [1]  46/20
log [2]  46/8 60/21
long [17]  7/8 8/10 8/16 11/25
 15/19 27/1 30/19 38/3 57/6
 57/18 58/5 65/14 65/24 70/18
 71/11 100/24 101/7
look [17]  14/12 14/14 14/22
 15/2 15/5 15/5 23/3 58/12
 58/20 62/13 63/5 67/5 73/11
 84/2 84/2 84/5 110/13
looked [8]  14/1 14/6 14/17
 14/21 15/7 73/17 79/2 107/4

looking [4]  14/4 65/6 74/12
 74/19
looks [1]  62/3
lose [2]  106/1 106/11
lot [3]  20/25 69/23 94/16
loud [1]  6/22
LOUISE [2]  2/10 5/11
loved [1]  100/22
low [1]  11/24
ltausch [1]  2/12
luck [1]  13/23
LUMBER [44]  1/9 3/21 14/19
 14/20 24/20 27/21 28/3 28/14
 28/15 28/18 28/20 28/20
 28/24 29/3 30/10 31/12 33/4
 33/17 42/2 43/19 48/25 49/5
 50/18 50/20 50/23 51/1 52/13
 52/22 53/1 58/19 60/23 61/1
 61/4 61/7 64/5 78/11 87/15
 91/18 92/22 93/2 95/17 96/25
 99/6 100/1
lumberyard [1]  39/10
lunch [29]  37/20 37/23 38/2
 38/3 38/17 38/19 39/21 39/24
 40/1 40/8 55/1 56/23 56/24
 57/1 57/6 66/1 66/4 66/13
 66/16 66/17 68/24 70/4 70/14
 70/18 71/7 71/11 72/7 72/12
 72/13
lunches [4]  66/19 74/4 74/17
 74/17
lying [1]  18/22

# M

ma'am [291]
mad [3]  85/23 93/20 95/14
made [6]  29/10 72/13 91/7
 91/24 102/12 112/20
main [2]  40/15 59/22
make [15]  11/3 19/17 22/19
 29/13 31/15 41/4 41/22 46/7
 60/21 69/25 77/15 77/19
 78/10 79/16 99/23
making [8]  12/22 16/4 27/18
 38/15 43/11 48/10 85/8 85/8
Malvern [3]  30/11 32/14
 94/18
man [3]  40/2 40/4 88/22
manager [5]  12/6 46/21
 84/17 84/18 84/20
managers [1]  67/15
many [13]  42/11 58/1 58/16
 60/22 95/19 107/5 107/19
 107/21 107/23 108/1 108/4
 108/7 108/12

Margo [2]  96/14 96/16
Marietta [3]  98/8 98/13 98/14
mark [2]  43/11 43/12
marked [7]  3/15 19/10 61/22
 94/20 94/21 97/5 97/6
married [1]  10/16
Marrietta [1]  98/2
Martin [4]  98/2 98/8 98/12
 98/14
Maryland [1]  101/6
matter [3]  13/15 71/19 82/2
may [11]  15/15 31/12 37/2
 69/19 69/19 74/21 79/17
 106/2 106/9 106/12 111/7
maybe [1]  90/7
me [110]  6/3 6/3 6/11 6/18 7/4
 9/5 12/19 14/3 15/18 17/7
 17/9 17/10 17/11 17/15 19/4
 19/4 19/15 20/23 23/25 25/14
 25/18 26/1 26/20 26/21 27/4
 27/5 29/16 33/2 33/5 33/7
 33/19 37/20 38/7 38/15 40/23
 41/24 43/2 43/10 45/10 52/24
 53/5 53/10 54/3 54/5 54/17
 54/19 56/1 57/9 58/23 59/19
 59/20 59/20 61/23 65/5 66/15
 67/1 67/12 68/16 70/16 71/1
 71/3 71/19 71/21 71/22 72/13
 73/1 73/9 73/16 73/24 75/3
 75/4 75/22 80/1 82/15 82/18
 83/17 85/2 85/7 85/7 85/9
 85/15 85/17 86/4 87/14 88/2
 89/5 89/22 91/7 91/15 91/24
 92/25 93/20 93/21 93/21
 93/21 94/15 94/21 97/6 98/12
 99/10 99/15 100/5 100/15
 102/13 106/4 110/9 110/19
 111/1 112/8 112/19
mean [14]  14/4 19/15 24/23
 29/15 33/19 34/7 44/24 50/11
 54/3 57/13 59/18 81/25 93/8
 99/5
meaning [1]  39/8
means [1]  23/11
meant [2]  81/25 88/6
meet [2]  59/20 59/20
messing [3]  17/8 57/9 87/20
method [1]  112/7
MICHAEL [9]  1/9 25/7 25/8
 26/9 26/19 27/3 27/16 28/1
 28/6
middle [3]  95/2 101/8 101/8
might [1]  111/8
Mike [12]  24/20 25/23 25/25

# M

Mike… [9]  28/18 28/19 84/21
 84/24 84/24 88/21 88/22 91/9
 91/12
mines [2]  43/16 60/16
minute [6]  37/24 66/25 67/2
 67/2 67/3 102/20
minutes [10]  27/2 57/7 65/15
 65/25 70/19 70/20 71/12
 71/13 71/14 71/21
misled [1]  73/18
missed [1]  96/2
mom's [1]  13/7
Monday [8]  12/25 35/5 41/18
 41/21 41/25 56/13 69/6
 107/17
money [8]  16/3 17/9 17/12
 17/15 27/14 48/10 79/16
 103/6
MONTGOMERY [2]  2/17 11/9
month [14]  15/20 32/13 34/19
 34/20 40/18 49/6 49/22 53/12
 83/14 83/15 87/13 87/14
 109/1 109/5
months [13]  8/12 12/1 12/1
 41/7 42/15 79/24 81/6 83/8
 83/16 83/20 83/25 86/18
 101/9
more [11]  9/17 21/24 31/12
 37/2 48/10 49/2 61/17 75/22
 107/23 109/10 110/14
morning [10]  54/16 54/20
 55/4 55/7 64/13 65/2 85/14
 85/15 101/22 102/1
most [5]  48/24 49/4 71/14
 83/24 95/21
mother [1]  13/6
move [1]  50/1
moved [2]  24/16 46/1
moving [2]  40/6 78/6
MR [1]  3/7
Mr. [3]  5/11 106/24 109/15
Mr. Hickman [3]  5/11 106/24
 109/15
MS [4]  3/6 3/8 20/24 74/4
Ms. [2]  7/24 10/20
Ms. Hill [2]  7/24 10/20
MSHA [2]  34/8 34/14
much [16]  12/22 16/3 29/10
 31/2 40/22 43/11 47/25 52/13
 79/5 80/2 80/22 81/17 82/23
 104/24 105/22 106/3
Murphy [1]  35/22
must [1]  73/18

my [65]  5/11 5/24 6/2 6/7 6/11
 6/13 7/13 7/21 13/6 14/18
 17/3 17/9 20/8 21/22 22/6
 23/19 24/14 24/22 24/23
 25/18 25/19 26/17 26/20 27/6
 30/9 31/18 31/19 33/12 42/17
 44/14 47/14 52/6 53/11 55/21
 58/11 59/13 71/24 71/25 72/7
 72/13 75/16 75/19 79/2 79/9
 79/22 79/23 83/5 83/24 87/14
 89/11 93/18 94/18 94/22 97/8
 98/9 100/5 100/20 101/11
 101/24 103/14 106/22 110/6
 112/8 112/9 112/22
Myers [4]  1/23 4/6 112/4
 112/25
myself [4]  37/18 56/2 57/1
 66/16

# N

N-E-T-S-C-O-U-T [1]  100/10
Nadia [2]  96/19 96/20
name [15]  5/9 5/11 7/14
 12/14 13/7 15/18 25/9 26/1
 29/20 35/24 45/14 83/5 83/5
 95/9 97/8
Nancy [4]  72/19 72/23 78/19
 83/1
Nate [2]  36/2 36/5
Nathan [13]  36/1 36/15 36/16
 37/11 38/15 81/6 81/7 82/15
 82/17 83/11 83/12 85/4 85/15
National [4]  8/14 8/14 10/4
 10/11
need [6]  6/17 11/3 19/17 32/5
 55/18 56/16
needed [1]  55/21
Netscout [4]  93/1 100/8
 100/10 101/7
never [16]  33/12 38/12 42/18
 43/3 43/4 55/4 56/22 56/24
 57/7 66/17 66/18 73/20 87/19
 88/20 88/22 89/9
new [1]  100/5
next [24]  21/7 21/7 21/11
 37/11 46/18 48/4 54/24 65/18
 69/7 69/16 69/24 70/2 70/10
 70/13 71/4 72/5 72/16 76/23
 79/11 79/12 80/17 81/12 98/1
 98/22
night [2]  55/11 61/11
nine [5]  12/1 12/1 107/22
 107/25 108/1
no [153]
nobody [2]  64/13 85/16

Nodia [1]  96/18
nods [2]  18/13 51/6
none [4]  21/16 22/20 23/3
 47/2
noon [9]  57/13 57/18 65/8
 67/17 68/2 72/24 101/21
 107/21 107/23
normally [1]  56/10
North [1]  101/3
not [64]  6/15 19/15 21/20
 22/4 22/7 26/17 28/24 30/24
 31/18 32/9 35/23 37/1 39/6
 42/12 43/11 43/23 44/1 44/11
 45/4 47/2 53/1 58/8 59/2
 59/21 60/2 60/2 63/24 66/14
 66/20 66/23 67/12 67/17
 67/19 67/20 68/2 68/4 68/16
 69/10 69/17 69/19 73/7 74/10
 74/14 74/14 77/18 83/22 88/6
 89/6 91/22 93/18 95/3 95/8
 97/3 98/18 104/15 106/18
 109/18 109/25 111/1 111/7
 111/8 112/13 112/14 112/20
Notary [3]  4/6 112/4 112/25
notes [2]  46/7 60/21
nothing [8]  5/5 45/2 45/16
 46/11 87/1 88/25 92/4 92/12
November [2]  79/22 79/25
now [33]  7/9 8/18 11/20 11/23
 14/16 16/2 16/23 18/8 20/4
 21/4 23/22 23/25 30/9 32/13
 33/24 39/19 40/20 42/22
 49/24 50/14 52/1 61/21 62/24
 63/19 67/5 67/5 80/14 85/5
 92/8 92/10 92/11 97/8 104/14
nuh [2]  6/24 93/4
nuh-uh [2]  6/24 93/4
number [15]  8/25 23/3 23/5
 23/13 23/14 26/22 27/17
 27/20 27/24 37/7 48/13 48/17
 58/12 61/23 107/4
Number 11 [1]  23/13
Number 12 [1]  23/14
Number 13 [1]  23/5
Number 2 [1]  61/23
Number 3 [1]  107/4
numbered [2]  4/5 21/2
nursing [1]  8/3

# O

Oaks [1]  2/11
oath [2]  18/18 18/22
object [5]  23/23 103/24
 108/22 108/24 109/6

**Q**

objection [1]  109/2
objections [6]  21/8 21/9
21/15 23/1 58/20 58/21
October [10]  30/1 30/7 30/9
30/15 35/2 40/19 41/25 42/15
42/16 42/24
October 12 [2]  41/25 42/16
off [22]  8/9 15/22 15/22 16/16
19/16 29/15 32/15 37/12 42/5
46/19 46/23 56/16 59/14
75/14 92/3 92/4 92/9 92/10
92/15 92/21 101/14 109/11
offend [1]  19/16
office [7]  39/6 39/10 40/15
54/6 54/9 59/22 76/17
oh [71]  7/11 7/21 8/9 9/17
10/13 11/1 13/23 15/17 16/2
16/20 18/23 19/19 20/9 24/22
25/25 26/4 27/4 27/21 27/23
29/1 31/4 35/16 37/4 37/20
37/25 39/4 43/2 43/8 43/10
44/11 44/17 45/17 47/19 47/21
50/10 51/11 55/8 56/20 58/2
62/4 65/7 68/19 70/19 71/6
74/3 74/23 77/20 79/10 80/23
81/20 83/10 83/22 83/24
84/17 87/10 88/2 88/16 88/24
89/12 89/25 90/19 90/23 91/2
93/17 96/1 96/10 97/22 97/25
98/5 98/15 102/5
okay [509]
old [5]  8/21 58/11 75/16
92/20 94/22
older [2]  11/24 11/24
once [4]  42/12 42/12 56/18
56/20
one [47]  6/2 8/4 8/5 8/7 9/16
9/18 15/10 17/5 21/24 28/21
37/11 41/16 46/16 49/2 52/14
59/13 66/9 67/11 67/14 67/16
68/1 68/7 68/11 68/25 69/7
72/21 79/2 79/2 79/23 81/6
81/11 81/12 81/15 81/18
82/23 83/12 83/25 85/12
85/14 85/20 87/15 92/15
93/13 95/20 107/24 110/6
111/8
ones [8]  9/17 51/4 74/20
74/20 74/23 74/25 75/4 75/7
only [6]  9/16 13/18 16/22 39/4
41/16 82/12
open [1]  64/14
operated [1]  33/24

operator [2]  32/18 98/17
operators [1]  34/8
opposed [1]  6/24
ORAL [2]  1/12 4/3
organizations [1]  11/16
OSHA [2]  34/14 34/15
other [30]  9/17 12/11 13/4
18/2 18/5 21/5 21/21 22/5
22/22 23/14 27/20 33/9 35/19
37/23 53/20 74/4 74/17 74/17
76/2 77/17 79/9 81/18 83/8
83/16 83/20 85/2 89/16 89/17
91/9 96/2
otherwise [1]  112/16
our [4]  17/17 67/3 87/20
109/8
ourselves [1]  39/20
out [95]  6/22 20/23 24/7 25/5
25/15 25/16 26/10 26/20
38/14 38/20 38/24 39/3 39/20
40/3 45/10 45/19 45/22 46/20
46/25 54/2 54/6 54/12 54/16
54/21 54/22 57/11 57/11 65/8
65/10 65/16 65/20 66/4 66/6
66/13 66/15 66/16 68/11 70/3
70/6 70/11 70/14 70/23 70/25
71/7 72/3 72/6 72/14 72/24
73/1 73/2 73/8 74/6 74/8
74/15 74/16 74/18 74/22 75/5
75/9 75/12 75/19 75/19 76/2
76/5 76/17 76/21 76/25 77/7
77/11 77/13 78/25 80/1 81/1
83/1 83/2 83/25 85/7 85/19
86/1 86/9 86/11 89/4 96/24
97/1 101/15 101/17 101/18
102/19 104/9 105/18 107/24
109/19 110/6 110/14 112/9
outcome [1]  112/17
outs [1]  74/10
outside [5]  7/24 13/13 108/9
108/13 108/17
over [9]  43/10 43/11 43/15
44/25 52/1 53/5 63/13 67/7
67/9
overtime [37]  13/2 16/19 21/6
24/24 29/13 31/15 35/7 40/20
40/22 41/10 42/14 43/11
43/12 44/1 44/20 48/2 48/6
48/21 48/25 49/5 49/12 51/21
51/25 52/4 52/6 52/8 52/10
56/14 57/10 59/5 60/13 61/6
62/11 62/22 63/17 69/23
109/19
owed [3]  29/11 110/4 110/7
own [2]  12/11 28/20

owner [2]  84/24 84/25
ownership [2]  28/14 28/17
owns [2]  12/7 28/19

**P**

p.m [16]  35/13 65/10 65/17
65/21 65/23 67/10 68/5 68/10
69/10 69/17 75/12 78/8
106/20 106/21 107/17 111/12
page [31]  19/12 19/12 20/25
21/3 21/7 21/8 21/11 21/14
22/21 22/21 22/25 23/4 58/13
58/21 61/24 63/3 63/9 63/20
63/24 74/5 74/11 74/12 75/2
75/4 76/23 77/17 84/3 84/4
97/11 98/1 98/22
Page 10 [2]  20/25 21/3
Page 5 [1]  84/4
Page 8 [1]  63/20
pages [3]  62/24 62/25 63/2
paid [40]  24/25 25/2 30/14
31/2 31/13 32/2 32/4 32/6
32/7 35/1 42/14 43/5 43/13
43/21 43/23 44/18 47/17
47/25 48/6 48/12 48/16 51/12
52/8 52/10 52/24 55/4 55/6
55/11 60/25 61/3 61/6 63/14
63/16 65/2 79/5 98/25 104/22
104/24 105/2 110/4
panel [1]  15/19
panels [4]  15/17 16/6 90/6
90/6
paper [1]  95/15
Park [4]  8/14 8/15 10/4 10/11
Parkway [1]  2/4
parties [3]  112/15 112/18
112/20
passing [1]  38/14
past [2]  57/13 57/18
Patillo [1]  35/22
Paul [3]  85/17 91/5 91/6
pay [37]  3/19 31/22 32/6
33/12 43/19 43/20 44/12
47/17 47/23 48/22 49/13
49/22 50/25 51/3 51/9 51/17
51/25 52/4 52/6 52/8 52/10
52/13 52/22 53/10 53/11 62/1
62/7 63/6 78/10 79/13 79/18
80/10 98/23 103/6 106/2
106/9 106/12
paycheck [6]  51/12 51/14
51/19 51/22 62/1 62/11
paying [2]  43/1 43/2
payment [3]  50/22 63/9
104/18

**P**

paystubs [1] 14/24
PCA [2] 96/13 96/23
penalty [1] 24/9
people [17] 11/24 11/24
26/11 27/14 36/7 37/2 37/3
37/6 38/9 44/25 55/22 56/3
83/8 85/2 87/20 94/16 111/4
per [10] 12/22 31/3 31/13
52/13 59/1 107/9 107/19
108/1 108/7 108/12
performance [2] 82/8 82/13
perhaps [1] 22/18
period [16] 29/22 30/4 31/23
32/13 40/18 44/3 49/6 49/22
50/1 50/4 50/5 51/25 58/18
58/18 62/7 98/23
periods [1] 29/23
perjury [4] 18/17 18/22 18/24
24/10
person [6] 13/18 17/9 53/24
56/4 85/12 85/20
personal [1] 96/13
persons [1] 112/18
phone [15] 20/8 20/9 26/22
31/19 39/3 40/16 40/17 58/11
75/16 75/19 87/14 88/24
91/11 94/22 100/12
picked [2] 40/16 40/17
Picking [1] 92/20
Pike [1] 11/11
Pine [2] 9/11 10/24
place [3] 16/7 95/10 112/9
PLAINTIFF [6] 1/4 2/2 3/16
21/15 23/2 58/16
played [1] 26/11
playing [2] 25/18 27/14
please [7] 5/9 6/19 20/18
20/24 49/17 58/15 105/11
PLLC [1] 2/4
plugging [1] 16/9
point [1] 80/15
popped [1] 26/4
position [9] 12/5 26/3 32/14
39/15 84/14 84/16 96/11
96/14 96/22
possibility [4] 68/9 69/15
70/2 71/10
possible [1] 89/7
prepare [4] 13/5 14/1 15/2
15/7
PRESENT [1] 2/16
pretty [1] 106/18
previous [2] 24/1 24/8

prime [1] 54/3
Prior [1] 14/23
privacy [1] 9/2
privilege [1] 103/25
privileged [1] 102/18
probably [9] 17/12 39/14
42/12 68/13 71/1 71/16 77/3
82/19 95/14
Procedure [1] 112/12
PROCEEDINGS [1] 5/2
produced [1] 4/4
Production [1] 3/18
professional [1] 97/12
progressively [1] 5/17
proper [1] 104/15
properties [1] 12/11
Property [1] 12/6
provide [2] 21/9 112/20
provided [5] 14/24 19/7 51/3
51/4 51/9
provision [2] 103/22 104/21
Public [3] 4/7 112/4 112/25
pulled [1] 86/3
push [1] 53/5
put [8] 9/1 22/7 22/20 47/15
53/21 91/24 104/25 105/23
putting [1] 16/6

**Q**

question [10] 6/5 6/7 6/12
6/13 6/19 20/19 21/24 24/16
26/17 73/5
questions [18] 5/16 5/24 6/3
6/14 14/8 22/2 29/21 40/14
73/9 102/19 104/3 106/4
106/5 106/23 106/25 107/6
109/9 110/18
quick [1] 97/23
quicker [1] 53/8
quit [26] 27/5 28/6 34/19
34/20 38/14 61/18 83/19
85/14 86/10 86/24 87/10
87/15 88/3 88/16 88/18 89/25
90/16 91/1 91/2 91/6 91/7
91/10 91/16 91/21 92/22 99/6
quitting [1] 85/9

**R**

Radiology [1] 10/8
random [1] 36/6
rarely [3] 41/15 41/15 41/17
rate [7] 31/15 53/11 53/16
62/13 62/22 79/4 99/2
read [9] 19/18 19/20 20/12
20/14 22/18 66/14 71/6 94/15

95/6
ready [4] 16/10 32/20 32/22
46/25
really [5] 9/1 58/11 66/7
93/21 100/23
reason [3] 26/2 93/3 94/1
reasons [1] 96/2
recall [2] 46/15 97/3
receive [9] 49/21 79/20 79/23
79/25 99/7 99/16 99/20
108/21 109/1
received [9] 38/12 79/22
79/23 80/17 81/13 99/18
105/5 105/8 105/12
receiving [2] 50/22 50/25
recently [1] 92/9
Recess [2] 78/7 106/20
recognize [1] 97/7
recollection [1] 30/18
record [3] 4/17 9/1 109/11
records [3] 3/19 48/24 49/4
RED [6] 1/8 24/20 28/15
28/20 29/3 72/20
reference [4] 97/12 98/2 98/4
98/4
referring [2] 63/2 107/12
regard [8] 54/1 55/1 104/15
104/17 105/9 110/3 110/25
111/7
regarding [3] 50/8 103/22
104/9
regards [1] 109/15
regular [8] 25/2 48/13 48/17
51/17 56/4 59/5 60/25 61/3
related [1] 7/20
relationship [4] 8/17 28/14
28/17 97/16
relative [1] 112/14
relatives [2] 10/22 11/5
remember [20] 16/1 16/3
31/2 33/15 61/17 62/9 68/6
69/5 69/11 69/13 72/2 77/4
83/14 83/15 96/3 100/4 100/5
101/19 102/3 102/25
rep [1] 26/10
repeat [4] 21/24 48/15 49/2
105/11
rephrase [1] 6/5
report [5] 3/20 47/5 47/8
63/20 64/15
reported [1] 112/6
reporter [1] 60/17
reports [7] 14/17 14/18 73/11
73/17 74/20 85/9 85/10
represent [1] 84/12

**R**

representative [1] 25/10
representing [2] 5/12 102/22
request [1] 4/4
requested [1] 112/13
Requests [1] 3/17
requires [1] 112/19
reserve [2] 106/22 109/8
response [1] 78/15
Responses [1] 3/16
rest [7] 21/7 43/15 77/24
 77/25 79/24 106/22 109/8
restates [1] 23/2
review [1] 112/12
right [146]
right-hand [1] 62/25
RIVER [6] 1/9 24/20 28/15
 28/20 29/3 72/20
road [5] 15/23 38/23 39/21
 54/13 54/22
rock [2] 2/5 71/24
rolled [1] 71/25
roughly [8] 42/1 42/15 53/13
 70/21 86/23 101/25 102/23
 108/14
round [1] 84/1
RPR [4] 1/23 4/6 112/4
 112/25
Rule [1] 112/11
Rules [1] 112/12
Russell [1] 2/10

**S**

said [44] 13/23 21/24 22/10
 26/9 26/11 26/20 27/6 27/9
 33/24 41/15 42/18 43/8 44/13
 44/14 44/17 44/20 46/18 48/3
 49/13 55/6 56/15 59/17 59/19
 66/25 68/19 72/12 78/24 81/7
 81/20 82/8 82/16 83/24 86/6
 86/10 87/18 87/21 88/3 89/5
 89/5 92/22 94/15 94/16 97/1
 102/5
sales [2] 25/10 26/10
SALINE [1] 112/3
same [16] 6/15 17/4 17/20
 24/5 24/15 34/15 36/21 53/24
 56/9 63/3 81/18 82/15 82/17
 82/18 103/4 109/2
Sanford [4] 2/4 18/6 102/21
 103/18
sanfordlawfirm.com [1] 2/6
Saturday [16] 35/15 35/17
 36/24 36/25 37/11 37/12

41/14 57/12 61/13 68/18 69/3
 69/6 93/23 95/3 95/7 108/4
Saturdays [4] 37/4 37/6
 57/10 108/5
say [69] 8/9 15/15 22/17
 25/22 26/19 27/3 27/7 27/8
 27/11 27/17 30/21 33/12
 37/10 37/21 39/12 39/22
 39/25 40/7 41/5 44/9 44/10
 44/10 44/16 45/15 52/17
 52/17 53/4 53/12 55/6 56/16
 56/20 56/24 57/11 57/20 58/2
 58/25 59/25 60/2 60/3 64/24
 64/24 68/3 76/24 77/24 78/1
 78/16 78/18 78/19 79/7 85/5
 86/11 86/14 86/15 86/16
 86/17 86/22 86/24 88/8 89/1
 90/4 94/2 94/10 101/9 101/24
 102/24 107/25 108/19 109/18
 110/16
saying [15] 33/10 37/21 43/5
 44/10 47/1 52/5 57/4 67/13
 72/7 73/7 86/2 87/18 89/11
 89/14 92/7
says [12] 19/23 21/14 23/2
 23/4 58/25 59/12 65/16 66/4
 67/11 95/2 95/4 98/23
scan [1] 39/16
scared [3] 25/20 26/12 26/15
schedule [2] 107/15 108/17
scheduled [8] 95/2 95/7
 107/13 107/14 107/16 108/5
 108/10 108/13
school [6] 9/12 9/16 9/19
 9/21 10/1 10/14
schooling [1] 9/25
Scotty [26] 29/18 29/20 33/10
 38/9 38/16 39/8 39/9 40/1
 47/14 53/23 54/8 66/25 78/14
 80/1 81/1 81/23 81/24 82/10
 82/22 84/19 88/17 96/10
 110/16 110/16 110/19 111/2
Scotty's [3] 54/6 76/17 95/9
SEAL [2] 112/22 112/25
sean [3] 2/3 2/6 49/17
season [3] 101/9 101/11
 101/13
second [2] 68/1 77/17
Security [1] 8/25
see [31] 19/5 19/13 21/3
 21/17 23/7 24/14 38/10 43/11
 47/1 47/1 48/2 54/16 62/12
 62/17 63/1 63/7 63/21 64/8
 64/16 64/17 65/9 79/12 84/9
 86/7 89/13 95/16 97/8 98/3

98/4 98/22 107/24
seeing [2] 48/5 62/6
seem [1] 86/16
seen [4] 14/20 73/19 73/20
 79/3
Selling [1] 90/6
semi [2] 55/16 55/17
send [2] 15/18 100/15
sense [1] 69/25
sent [3] 14/8 19/6 24/7
sentence [2] 59/12 60/1
separate [1] 88/1
separated [1] 88/2
service [1] 112/20
set [7] 3/17 10/9 16/10 35/2
 35/4 46/24 112/9
seven [9] 7/9 8/12 35/3 35/4
 35/18 47/24 56/9 59/15 64/14
SHARON [1] 2/17
she [40] 8/2 8/3 8/13 8/14
 13/9 13/13 13/14 13/22 13/23
 36/18 36/19 44/9 44/10 44/10
 44/13 44/16 44/17 44/17
 44/20 44/20 46/24 46/24 47/2
 66/15 72/20 72/20 72/24 73/1
 75/13 84/17 86/4 86/6 93/20
 93/20 93/20 93/21 94/15
 94/17 96/23 99/15
she's [5] 8/3 8/10 38/15 44/7
 44/10
shift [1] 59/13
short [3] 2/3 3/7 99/18
shot [2] 110/6 110/10
should [1] 95/16
show [15] 19/4 48/24 49/4
 61/23 62/11 62/13 63/16
 74/23 75/16 93/16 93/17
 94/21 95/3 95/8 97/6
showed [1] 75/20
shows [6] 63/9 63/14 64/7
 65/11 66/6 66/9
Shyloa [4] 1/23 4/6 112/4
 112/25
side [3] 46/25 62/25 66/4
sign [6] 22/16 38/15 85/8
 95/15 103/12 103/17
signature [5] 18/19 20/4 20/5
 20/6 94/23
signed [3] 22/9 22/17 94/24
since [11] 9/25 27/11 27/24
 52/1 87/10 88/16 88/18 89/25
 90/16 90/19 91/6
single [2] 41/12 42/3
sir [10] 8/19 9/10 26/24 73/6
 75/23 107/11 107/18 108/11

## S

sir… [2]  109/3 109/7
sit [4]  39/16 42/18 57/8 109/21
site [2]  15/19 15/21
situation [1]  54/16
six [1]  54/18
slowly [1]  41/21
Smith [2]  29/20 29/20
snow [4]  76/19 93/17 93/24 94/18
so [104]  6/5 8/21 9/2 17/4 17/13 19/17 21/19 22/9 22/16 23/9 23/13 23/21 25/20 27/19 30/4 30/21 32/20 32/23 33/11 34/12 34/21 36/12 36/14 37/21 39/3 39/20 39/21 41/4 41/7 41/16 41/18 41/24 43/13 43/16 43/18 43/22 43/23 44/18 45/1 46/11 46/15 46/20 46/21 47/2 48/4 48/21 50/8 51/17 53/13 54/17 55/9 56/18 59/4 59/18 59/23 60/1 60/7 62/8 64/20 64/25 65/2 66/13 66/22 67/3 67/16 68/24 68/25 69/2 69/5 72/1 73/7 73/19 75/24 76/1 79/4 79/8 79/8 79/17 81/15 82/4 86/2 89/7 89/10 89/17 90/7 92/2 92/21 93/24 94/4 94/7 95/5 95/21 97/24 99/16 99/18 99/20 101/9 101/22 105/23 107/24 108/7 110/17 110/19 111/7
Social [1]  8/25
SOH [1]  1/6
solar [5]  15/17 15/19 16/6 90/6 90/6
some [20]  5/16 5/18 14/8 14/24 19/7 26/1 29/21 37/20 42/9 46/4 47/23 52/8 52/9 58/20 61/13 67/9 74/9 75/22 107/6 111/4
somebody [7]  45/11 64/21 83/20 85/22 86/2 101/11 111/1
somebody's [1]  18/18
someone [1]  74/21
something [16]  26/5 31/4 40/5 42/18 45/7 56/17 57/8 66/21 71/22 71/23 77/4 79/8 81/8 86/6 86/17 97/23
sometimes [7]  41/4 47/15 47/16 53/23 54/17 82/16 96/6
Somewhat [1]  30/23

somewhere [1]  29/21
son [2]  36/18 89/21
soon [2]  53/10 91/9
sorry [17]  9/24 32/11 55/8 55/8 71/6 73/10 73/18 73/22 86/12 86/16 91/2 91/4 91/4 98/5 98/5 100/9 102/4
Sort [1]  17/6
sound [2]  31/6 31/7
sounds [2]  31/9 78/5
source [1]  16/22
South [1]  101/5
speak [1]  41/21
speaking [1]  6/13
specific [3]  29/22 41/22 105/18
specifically [1]  110/14
specifics [1]  104/7
spell [1]  9/20
sponsoring [1]  10/11
spreadsheet [1]  46/8
Spring [1]  11/5
Springs [7]  7/6 10/22 12/9 15/24 46/1 94/17 101/12
ss [1]  112/2
stack [1]  32/23
stamp [1]  63/1
start [6]  6/13 27/24 33/14 38/14 43/19 100/7
started [10]  10/2 32/7 32/15 33/2 33/7 43/18 46/2 50/22 50/25 64/5
starting [1]  100/5
starts [3]  58/13 63/23 63/25
state [4]  5/9 58/16 58/21 112/2
states [2]  1/1 21/16
statutes [1]  21/6
stay [1]  24/15
stayed [1]  94/17
stenographic [1]  112/7
still [12]  33/7 35/7 53/5 54/21 56/1 56/2 58/11 59/2 59/20 59/21 75/16 90/13
STIPULATIONS [1]  4/17
stood [1]  81/7
stop [1]  6/3
stopped [2]  58/4 91/15
store [4]  39/7 59/22 84/17 84/18
straight [1]  68/24
street [3]  1/18 4/8 8/8
strike [3]  14/7 34/25 62/24
struggled [1]  73/22
stub [3]  47/17 62/1 80/10

stubs [5]  31/22 49/13 50/25 51/3 51/9
studying [1]  10/7
stuff [6]  69/1 85/9 87/6 87/21 92/17 92/20
styled [1]  4/5
subject [2]  21/14 58/21
sue [2]  102/6 102/9
Suite [1]  2/5
Sunday [3]  57/24 58/1 61/14
Sundays [3]  58/5 58/7 58/8
supervision [1]  112/8
supervisor [6]  12/3 16/1 40/11 53/24 98/8 98/9
supposed [11]  35/10 37/10 38/4 38/5 51/23 60/11 67/1 82/8 84/17 93/22 107/20
sure [23]  11/3 19/17 20/15 22/1 22/1 22/19 28/20 29/9 30/20 49/3 58/2 61/19 67/21 67/25 68/20 68/22 77/15 77/19 78/10 79/24 86/19 94/24 99/23
surprised [1]  109/4
switch [1]  49/24
switched [1]  52/1
switching [1]  50/4
sworn [1]  5/5

## T

take [14]  6/17 6/18 6/20 37/19 40/1 40/8 57/6 60/17 66/19 67/3 72/13 78/2 106/17 106/19
taken [7]  4/4 5/20 5/23 78/7 99/24 106/20 112/9
taking [4]  17/15 39/24 72/12 103/14
talk [22]  13/19 25/19 26/7 40/16 45/11 50/5 74/1 78/19 85/6 86/25 88/20 88/23 88/24 89/6 89/10 89/11 89/22 91/9 102/12 102/21 103/2 110/14
talked [26]  13/4 13/6 17/11 29/7 78/25 85/4 86/20 87/8 87/11 87/13 88/14 88/16 88/18 89/20 89/24 89/25 90/1 90/2 90/15 90/16 90/17 90/19 91/5 91/6 102/15 102/25
talking [10]  6/15 12/25 25/22 26/3 30/5 40/19 42/22 92/7 92/14 92/14
tanker [1]  98/21
Tasha [2]  101/15 102/3
TAUSCH [6]  2/10 3/6 3/8 5/11

**T**

TAUSCH... [2] 20/24 74/4
taxes [1] 31/22
team [1] 56/4
technician [1] 10/8
telephone [1] 27/1
tell [47] 5/5 5/21 6/3 6/17 7/4
8/5 8/7 18/9 20/18 21/20 22/4
22/19 25/17 26/4 37/20 39/17
39/19 40/23 40/25 42/5 46/21
47/2 54/24 54/25 57/4 57/5
64/23 65/5 75/3 75/4 75/18
82/23 82/25 87/17 88/2 89/2
95/25 96/10 99/7 100/2
109/21 109/23 109/25 110/1
110/9 110/19 110/24
telling [10] 23/22 23/25 27/4
27/5 43/19 67/12 86/1 87/14
89/3 102/3
testified [2] 5/6 15/11
testify [2] 49/18 107/9
testifying [1] 18/11
testimony [13] 38/16 41/9
42/2 51/24 55/3 56/12 56/22
59/2 59/4 59/6 60/7 107/16
112/5
testing [2] 100/17 100/18
TEXARKANA [7] 1/2 1/8 2/11
24/19 28/23 29/6 110/17
Texas [3] 10/25 13/9 13/11
text [6] 75/18 94/9 94/12 95/3
95/8 96/8
texted [1] 87/14
texts [1] 91/11
than [10] 13/4 18/5 37/23
48/10 74/4 74/17 74/17 89/16
89/17 91/9
Thank [3] 19/5 20/21 20/23
that [377]
that's [95] 7/6 9/5 9/7 12/15
13/18 13/25 15/24 18/16 23/4
25/25 26/17 26/20 28/19
28/21 29/2 30/4 30/25 31/11
31/20 32/12 33/10 34/1 34/11
35/25 38/7 40/19 41/20 44/13
44/25 46/1 52/15 53/8 53/24
59/7 59/7 59/8 59/11 59/16
59/25 60/9 61/9 64/4 65/25
66/1 66/16 66/22 66/22 66/22
67/12 67/21 67/23 67/25
68/13 68/13 69/2 69/3 70/12
71/12 71/12 72/1 72/11 72/12
72/15 72/20 73/23 75/13
76/16 81/25 82/3 82/3 82/12

84/21 85/14 88/5 88/6 91/7
92/10 92/10 93/1 93/20 93/24
96/6 97/4 97/19 98/19 102/6
102/12 102/18 102/22 102/22
104/15 105/21 105/25 106/4
111/11
theirs [1] 26/17
them [50] 5/17 12/14 14/20
14/21 16/9 16/9 16/10 17/10
19/7 25/19 27/14 28/20 32/1
32/1 32/5 32/22 34/16 34/17
38/15 43/5 43/19 47/10 47/11
47/12 47/23 51/4 57/4 57/5
69/5 74/9 76/13 77/24 77/25
78/25 80/1 81/6 82/23 85/8
85/8 93/18 95/25 99/7 100/14
101/8 102/5 102/6 102/7
103/14 109/19 110/18
then [23] 9/5 32/7 32/17
32/25 33/2 37/11 48/3 63/13
64/10 65/7 65/11 66/25 71/12
72/5 73/2 86/4 100/25 101/3
101/5 101/5 101/6 107/23
108/4
there [71] 7/8 7/10 7/22 8/11
9/12 9/16 9/16 11/25 12/24
15/18 15/24 21/8 23/14 25/5
27/12 27/25 35/19 37/2 39/18
39/20 42/9 42/18 45/6 45/11
45/16 46/3 46/19 54/8 54/12
54/18 55/22 56/4 56/6 56/8
58/20 59/19 59/19 59/20
59/20 59/21 59/21 62/14
62/16 64/13 67/13 67/14
67/14 67/15 75/1 75/6 76/19
79/17 80/10 83/5 83/8 84/9
85/16 85/16 88/6 89/4 91/7
94/1 94/7 95/12 96/2 97/24
101/6 101/13 107/8 110/13
111/4
there's [11] 9/17 20/25 22/25
45/5 65/7 65/20 65/22 68/10
70/1 94/16 95/12
thereafter [1] 112/7
these [15] 19/5 19/21 21/19
22/2 22/10 24/7 26/11 36/8
40/2 67/5 67/5 73/11 73/17
73/19 74/19
they [82] 10/24 10/25 15/18
15/18 17/8 17/10 17/12 17/13
17/15 22/7 23/13 25/18 25/20
25/21 26/7 26/11 26/12 26/15
26/15 27/4 27/6 27/7 27/8
29/7 31/12 31/13 33/2 33/7
34/11 34/15 34/18 35/21 36/2

36/5 36/6 37/2 37/19 38/7
38/14 43/8 43/10 43/18 43/19
43/22 45/2 45/15 45/16 47/12
47/12 51/4 52/24 53/3 53/4
53/10 53/11 53/16 54/17 57/9
57/24 64/14 67/3 67/13 68/16
69/5 73/25 81/21 81/23 81/24
82/4 83/4 85/7 87/15 89/3
91/15 91/25 92/25 99/10
99/13 100/15 105/9 105/13
110/21
they're [4] 21/2 23/9 78/25
87/19
they've [1] 27/11
thing [3] 34/15 77/18 78/6
think [16] 19/11 30/24 36/12
36/14 39/16 46/4 46/12 52/14
69/2 76/19 78/9 83/24 92/2
93/13 93/24 105/20
third [4] 63/12 68/7 85/25
86/5
this [63] 10/9 11/3 13/5 14/2
14/8 14/24 15/2 15/10 15/10
15/21 17/5 17/22 18/5 19/5
19/15 19/20 19/23 20/12
20/14 22/19 24/5 24/21 25/11
25/12 25/13 25/24 26/9 27/1
29/23 46/22 46/22 51/25
60/16 61/17 64/15 68/11
73/12 74/5 74/11 75/2 75/4
75/14 78/9 85/16 85/17 85/24
86/5 86/18 89/13 102/4 104/2
104/18 104/25 105/10 105/13
105/23 106/1 106/14 106/11
110/2 110/6 112/17 112/22
those [25] 7/1 14/4 14/12
14/14 14/22 15/2 15/5 23/16
35/10 42/14 49/16 51/3 57/18
58/5 63/2 73/20 76/2 76/9
76/12 77/9 83/25 84/11 108/9
108/21 110/15
though [5] 26/12 61/18 93/15
99/5 101/13
thought [5] 34/15 45/10
73/16 79/6 79/8
three [22] 9/17 14/16 16/14
26/11 29/12 29/14 29/15
29/15 33/13 41/5 42/13 46/16
56/19 56/20 58/2 58/5 58/6
58/7 58/8 61/20 62/25 100/25
through [15] 10/11 12/16
12/25 13/18 30/15 35/5 41/18
41/25 41/25 42/15 56/13 62/5
68/24 77/18 112/6
tie [1] 32/24

## T

till [2]  64/14 85/22
time [98]  6/15 10/9 11/18
14/17 14/18 15/10 15/13
16/15 17/22 17/24 21/25
24/24 27/9 29/22 29/23 30/4
30/19 31/23 32/13 33/15
37/19 43/16 44/3 44/14 45/10
46/7 46/22 46/23 49/2 49/22
50/1 50/4 50/5 50/10 50/12
50/14 51/25 53/1 53/8 54/15
54/16 54/18 54/21 55/5 55/7
57/12 58/18 59/5 60/1 61/18
63/20 64/5 65/10 65/11 65/11
65/16 65/18 65/20 65/22 66/6
66/19 67/18 73/11 73/17 74/5
74/5 74/8 74/8 74/9 74/10
74/15 74/16 74/18 74/19
75/10 75/14 76/20 80/15
82/12 83/13 85/4 86/20 87/8
87/11 88/14 89/20 89/24 90/1
90/2 90/15 90/17 91/5 92/6
101/19 101/22 104/24 105/22
112/9
times [15]  29/14 57/11 57/18
57/21 58/1 58/2 75/18 75/24
76/2 76/9 76/12 77/9 77/17
95/19 108/2
tired [5]  40/4 42/8 56/17 96/7
96/7
title [2]  98/16 98/17
titled [1]  63/6
today [13]  5/12 5/20 5/23
24/13 24/21 59/6 60/8 102/23
104/22 105/3 109/21 110/9
111/1
together [2]  57/25 91/25
told [28]  21/22 22/6 23/19
25/18 26/21 32/5 33/8 38/7
38/8 38/15 38/16 54/5 67/1
68/13 71/22 73/16 75/13
82/10 85/7 85/20 90/20 94/5
94/14 94/19 102/5 102/6
102/7 111/1
too [6]  44/2 44/12 47/15
47/16 56/2 83/13
took [6]  17/12 38/19 39/21
72/7 72/11 73/17
top [3]  48/4 64/16 71/25
total [1]  108/7
touch [2]  43/17 110/18
Tower [3]  11/21 12/7 16/21
towers [2]  92/14 100/13
trade [1]  10/14

training [1]  34/12
transcribe [1]  7/1
transcribed [1]  112/8
transcript [1]  112/12
treating [2]  27/14 89/3
trenches [1]  16/12
Trent [7]  35/22 36/14 53/21
82/19 87/9 89/24 89/25
trial [2]  106/23 110/10
trick [2]  30/24 31/18
tried [5]  44/23 44/25 45/3
88/25 91/21
truck [16]  32/25 33/3 33/8
33/11 33/14 40/6 46/19 53/5
53/11 53/20 55/15 55/17
55/17 55/22 56/3 84/15
trucks [4]  32/20 32/22 67/18
98/21
true [6]  19/24 22/11 22/12
23/17 98/18 98/19
truly [2]  19/15 74/7
TRUSS [3]  1/8 24/20 29/6
truth [6]  5/5 5/5 5/6 5/21 18/9
23/22
try [5]  45/19 45/19 57/8 79/15
108/23
trying [8]  30/24 31/18 41/21
45/21 53/4 90/2 90/3 91/9
Tuesday [1]  69/6
turn [7]  19/11 20/24 21/11
22/21 62/24 63/19 102/12
two [35]  10/5 10/6 14/16
14/23 23/16 29/23 32/13
40/18 41/5 42/13 42/15 46/16
49/6 49/22 55/22 55/24 56/3
56/4 56/18 56/20 57/20 59/13
61/20 62/24 63/13 67/2 67/3
79/9 85/5 86/18 86/24 87/16
91/24 91/25 109/12
two-month [4]  32/13 40/18
49/6 49/22
two-person [1]  56/4
two-year [1]  10/5
TX [1]  2/11
type [1]  18/2
typed [1]  83/5
types [2]  85/9 87/21

## U

uh [33]  5/19 6/24 6/24 6/25
9/4 15/1 19/1 19/14 21/13
22/3 22/24 23/8 24/2 30/17
31/1 34/2 36/3 41/8 41/11
41/19 49/7 49/11 50/7 51/18
54/7 54/11 57/15 58/14 92/23

93/4 97/13 98/6 100/3
uh-huh [31]  5/19 6/24 6/25
9/4 15/1 19/1 19/14 21/13
22/3 22/24 23/8 24/2 30/17
31/1 34/2 36/3 41/8 41/11
41/19 49/7 49/11 50/7 51/18
54/7 54/11 57/15 58/14 92/23
97/13 98/6 100/3
under [8]  18/8 18/22 24/9
25/25 84/5 84/21 95/9 112/8
underneath [1]  66/6
understand [20]  5/14 5/24
6/2 18/8 19/23 23/11 24/12
24/21 45/23 77/16 77/19 94/8
94/11 102/16 106/1 106/7
106/8 106/11 110/2 110/11
understanding [5]  14/3 22/19
23/19 30/9 50/19
understood [1]  6/8
UNITED [1]  1/1
unless [3]  30/4 54/12 110/24
until [7]  33/12 34/8 53/11
54/24 59/14 83/19 110/10
up [36]  9/10 13/16 16/9 16/9
26/4 32/17 39/18 39/20 40/16
40/17 45/6 45/11 47/23 47/23
47/24 52/14 57/25 69/6 81/7
83/5 83/19 86/3 92/20 93/9
93/17 93/20 93/21 93/22 94/8
94/11 94/13 95/1 95/3 95/8
95/16 106/25
ups [1]  109/12
us [16]  23/21 23/22 26/4 26/7
34/11 39/15 54/5 54/21 57/24
67/3 85/11 85/12 85/17 89/4
109/21 109/25
use [3]  32/24 75/1 112/7
used [4]  17/17 25/9 31/18
85/11

## V

verbal [1]  6/23
verbatim [1]  112/6
verification [4]  19/13 19/20
22/10 22/16
verified [2]  23/16 24/9
very [10]  7/2 19/11 21/11
21/14 22/10 64/7 67/11 67/16
73/16 99/18
Virginia [2]  101/1 101/3
VS [1]  1/6

## W

wait [2]  54/24 85/22
waiting [2]  33/11 75/22

**W**

waiving [1]  21/15
Waldrop [1]  2/10
walked [5]  92/9 92/10 92/15
92/21 101/14
Walker [1]  96/16
Walker's [1]  96/14
walking [2]  92/3 92/4
Walmart [1]  13/14
want [27]  9/1 26/7 30/1 33/4
33/8 42/6 43/10 49/24 50/1
54/17 54/19 59/19 75/3 77/18
78/2 78/10 85/24 88/25 89/4
89/10 96/7 102/14 102/18
104/20 105/17 106/17 110/24
wanted [8]  20/15 24/14 29/21
77/15 85/17 85/17 99/23
107/7
warning [2]  93/12 93/13
was [230]
Washington [1]  100/20
wasn't [14]  22/12 24/24 34/4
34/8 45/21 54/8 71/3 85/16
92/4 94/5 94/18 94/19 101/21
101/21
way [6]  6/15 7/20 71/24 86/11
98/12 110/16
we [55]  5/18 6/20 16/9 16/15
16/16 17/13 26/5 26/7 27/19
32/20 34/8 35/4 36/25 36/25
37/12 39/7 39/14 39/20 40/2
41/16 44/11 44/11 46/19
46/21 46/22 46/25 52/1 54/20
54/21 54/21 54/22 54/24
54/25 64/4 66/19 67/2 72/12
74/1 74/3 74/12 76/17 78/9
82/24 85/19 86/1 90/3 94/3
94/17 101/6 107/4 107/24
107/24 109/21 110/13 110/13
We'd [1]  49/16
we'll [3]  6/18 35/8 109/8
we're [6]  6/15 24/13 50/5
67/1 67/7 67/9
we've [1]  94/21
weather [1]  16/15
Wednesday [1]  69/6
week [30]  15/6 40/23 42/12
49/1 49/8 49/10 53/12 56/13
57/25 58/17 59/1 59/6 60/3
60/5 60/8 60/13 61/13 79/7
90/20 102/24 103/4 103/5
107/10 108/1 108/7 108/12
108/15 109/16 109/17 109/18
weekly [9]  32/2 32/9 32/10

98/23 98/25
weeks [15]  14/16 14/16 14/23
33/13 42/13 46/17 56/19
56/20 86/24 109/19 109/21
109/23 109/25 110/14 110/21
well [38]  7/2 14/6 17/10 17/12
17/13 22/6 22/17 23/18 23/25
24/14 33/9 35/3 35/3 38/23
44/2 45/2 54/5 56/15 59/17
64/15 66/15 67/11 68/19 69/3
71/14 73/18 80/18 82/17
83/17 84/15 86/22 87/14 95/6
96/23 104/1 104/12 107/21
108/5
went [16]  50/10 52/14 77/12
80/10 85/23 87/19 89/13
90/10 90/12 91/20 91/20
92/25 100/25 101/5 101/6
101/6
were [83]  15/16 16/3 16/6
16/13 23/16 25/1 26/12 28/3
32/2 33/17 33/22 34/1 34/18
34/25 35/1 35/10 35/10 35/19
35/21 36/8 36/21 38/17 40/8
42/1 42/9 48/12 48/16 51/12
53/4 53/20 53/23 54/12 54/13
55/15 55/22 56/3 56/9 60/22
60/23 60/25 61/1 61/3 61/6
63/14 63/16 65/2 65/5 68/25
69/7 79/21 80/14 81/21 81/23
82/4 83/4 83/8 83/23 89/3
90/3 92/19 93/2 94/8 94/11
95/17 95/23 96/2 96/3 96/8
100/16 100/24 107/5 107/12
107/14 107/15 107/16 108/4
108/20 110/4 110/4 110/7
110/15 110/21 111/4
weren't [2]  34/7 94/2
WESTERN [1]  1/1
WH [3]  103/2 103/8 103/13
what [134]
what's [6]  7/14 13/7 13/16
26/22 39/15 63/1
whatever [2]  40/23 66/20
when [74]  10/9 14/14 14/22
15/5 15/13 18/22 19/20 21/19
22/2 22/9 22/9 24/7 25/11
27/21 28/3 28/6 33/14 34/11
34/18 34/25 35/1 38/7 38/19
39/12 43/1 43/2 46/1 46/1
46/18 46/19 46/25 47/17 48/2
52/25 54/8 54/15 54/20 55/3
56/3 59/19 62/9 64/4 65/11
65/16 65/18 65/20 65/22

66/2 68/14 72/15 79/23
80/17 81/12 85/4 86/2 86/20
87/8 87/11 88/1 88/2 89/20
89/24 90/1 90/2 90/17 91/5
91/20 91/20 93/8 93/24 96/1
101/14 102/21 103/2
When's [2]  88/14 90/15
where [22]  8/13 9/10 13/11
15/21 20/19 28/1 28/4 29/16
39/5 41/6 54/9 62/15 73/25
79/9 87/22 97/18 97/20 98/11
100/7 100/14 100/16 100/19
Wherever [1]  100/15
whether [3]  28/24 111/1
111/7
which [21]  8/4 8/5 8/7 9/18
10/3 23/3 27/13 58/13 58/18
60/12 66/7 74/20 74/23 74/25
75/4 75/7 109/21 109/23
109/25 110/14 110/21
while [14]  33/17 33/18 33/22
34/1 40/8 42/1 52/15 53/5
60/22 61/1 68/6 68/19 68/21
79/20
who [47]  7/12 7/18 12/3 12/7
16/1 17/18 25/6 25/8 25/22
25/24 26/9 29/17 34/16 34/17
35/21 35/22 36/1 36/6 36/6
36/19 38/8 42/20 44/5 45/1
45/3 45/13 45/14 45/20 47/13
50/17 53/20 53/23 64/10
72/19 78/13 78/18 79/25
82/25 84/23 91/17 96/8 96/15
96/17 96/21 98/12 102/25
103/7
who's [1]  105/13
whoever [5]  40/17 56/6 56/8
83/1 83/2
whoever's [1]  56/4
whole [4]  5/5 57/11 77/18
103/4
whomever [1]  40/16
whose [1]  39/12
why [30]  21/23 22/7 22/16
25/20 26/15 27/5 43/7 43/8
43/9 44/14 50/4 53/8 66/15
72/1 73/1 86/4 89/10 89/13
91/24 92/10 93/20 94/1 94/7
94/8 94/11 94/13 95/16 96/2
101/10 102/19
will [19]  6/3 6/7 6/11 6/12
6/22 7/4 10/10 26/20 37/11
55/24 57/7 61/17 63/19 82/17
82/20 86/12 86/15 100/2
106/3

**W**

William [7]  35/22 36/10 82/15 82/18 86/21 90/18 90/19
Wilson [1]  12/8
wish [1]  94/22
wished [1]  87/19
without [1]  21/15
witness [6]  4/4 5/4 18/13 51/6 112/6 112/22
wondered [1]  25/20
wood [2]  32/20 32/23
words [1]  44/13
work [54]  7/24 8/3 8/13 11/23 12/25 12/25 13/2 13/13 13/14 14/19 15/19 16/19 16/21 25/10 27/19 30/10 30/14 35/15 35/17 37/11 37/14 40/20 40/22 42/6 46/18 47/24 57/10 57/19 58/1 58/5 59/14 60/11 68/16 82/9 82/13 90/3 90/5 92/24 95/3 95/7 95/17 95/23 96/1 96/3 97/18 97/20 100/1 100/12 100/14 101/7 107/16 108/5 108/9 108/12
worked [42]  8/11 8/14 15/13 17/22 18/6 24/24 25/2 25/5 26/10 27/21 29/15 32/17 41/5 41/9 42/3 46/22 48/13 48/17 48/25 49/5 56/12 58/16 58/18 59/4 60/3 60/8 61/1 61/4 61/7 62/9 68/24 78/16 78/17 79/6 79/6 79/8 94/17 107/5 107/9 107/13 109/16 109/19
worker [1]  25/4
working [38]  11/20 11/25 15/16 17/9 27/12 27/18 27/24 28/3 28/10 29/12 29/14 33/17 33/18 33/22 34/25 35/7 35/11 35/19 39/7 42/1 42/13 46/3 50/14 50/17 57/12 58/25 60/22 60/23 61/1 69/23 78/25 79/21 80/14 85/12 88/6 88/9 90/6 91/15
worry [1]  81/9
would [41]  5/17 5/21 5/24 6/1 8/25 9/3 19/11 20/24 26/15 31/15 32/23 34/21 39/17 39/18 49/1 49/8 54/5 54/9 54/13 56/18 58/12 58/25 59/12 59/14 60/12 64/10 64/20 84/2 84/2 84/5 86/17 87/19 88/20 89/5 90/4 92/6 96/8 107/19 108/19 109/4 109/7

wouldn't [3]  16/2 64/13 94/14
Wow [1]  100/21
wreck [1]  93/18
write [7]  9/3 19/18 46/24 60/21 83/1 85/8 85/10
written [5]  46/11 93/8 94/8 94/11 94/13
wrong [7]  25/21 26/13 26/16 27/15 59/7 59/7 59/11
wrote [8]  83/2 93/20 93/21 93/21 93/22 95/1 95/16 97/24

**Y**

y'all [3]  24/14 86/11 102/6
yard [23]  32/15 32/17 32/19 34/1 35/19 36/18 36/21 38/9 53/4 57/2 57/5 72/15 76/16 84/20 85/12 85/16 85/20 85/21 85/24 86/3 86/8 86/8 89/4
yeah [68]  10/10 14/20 14/20 14/20 20/12 20/14 20/25 21/3 29/4 31/9 31/11 35/3 37/14 37/15 39/9 39/23 41/23 43/22 50/13 58/8 58/8 58/9 59/11 59/23 61/20 62/6 64/24 65/4 67/13 67/23 68/12 68/23 70/12 71/15 72/11 76/24 77/20 80/21 81/25 83/12 84/1 86/19 87/3 87/5 87/7 88/5 90/10 90/21 90/22 90/24 92/1 92/16 92/16 92/20 93/10 93/13 93/13 93/24 93/25 94/24 95/18 96/4 102/8 102/10 103/15 105/15 107/25 109/3
year [9]  9/22 10/2 10/5 10/5 10/6 15/15 25/12 85/5 90/4
years [6]  7/9 8/18 8/21 61/20 61/20 85/5
yes [253]
yet [1]  29/13
you [629]
you'll [2]  102/4 102/19
you're [15]  6/23 8/21 16/21 18/8 18/11 18/22 23/22 23/25 24/17 38/24 39/21 62/25 92/7 104/6 104/14
you've [9]  17/5 18/2 22/22 23/15 51/3 54/5 85/2 98/1 98/7
your [97]  5/9 5/21 5/24 7/4 7/24 8/19 8/25 9/5 12/3 12/24 13/4 13/7 13/16 14/9 14/19 16/1 16/13 16/22 19/6 19/24

19/25 20/4 20/9 21/8 21/20 22/4 22/11 23/21 23/22 24/17 26/11 27/16 30/18 31/15 31/22 31/22 32/14 38/3 38/16 39/3 41/9 42/2 46/7 47/5 47/8 50/8 50/19 50/19 50/20 51/4 51/10 51/24 52/25 53/16 53/24 55/3 56/12 56/22 59/2 59/4 59/6 60/7 60/19 61/24 62/7 62/13 62/22 64/15 75/9 78/10 79/4 79/4 83/5 83/23 86/11 94/23 96/11 97/9 97/14 98/7 98/16 99/7 99/17 99/21 100/19 102/15 104/17 104/25 105/6 105/9 105/22 107/7 107/12 107/12 107/15 107/16 109/5
yours [1]  44/15
yourself [7]  75/5 76/2 76/5 76/21 77/7 77/11 77/12