UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| **JOSHUA HICKMAN** § | |
| Plaintiff, § | |
| § | |
| vs. § | **CASE NO. 6:22-CV-6101-SOH** |
| § | |
| **TEXARKANA TRUSS, LLC,** § | |
| **RED RIVER LUMBER COMPANY,** § | |
| **INC., and MICHAEL CRAVEN** § | |
| Defendants. § | |

## WITNESS LIST FOR DEFENDANTS

| No. | Witness Name | "Will" or "May" | Live or Deposition |
|---|---|---|---|
| 1. | Mike Craven, Defendant<br>Joint Owner of Red River Lumber Company, Inc.<br>c/o Louise Tausch<br>Atchley, Russell, Waldrop & Hlavinka, L.L.P.<br>1730 Galleria Oaks<br>Texarkana, TX 75503<br>Telephone: (903) 792-8246<br>Knowledge of the discretionary basis of the bonuses | Will | Live |
| 2. | Scotty Smith, (currently) Yard Manager for Defendant (Texarkana)<br>c/o Louise Tausch<br>Atchley, Russell, Waldrop & Hlavinka, L.L.P.<br>1730 Galleria Oaks<br>Texarkana, TX 75503<br>Telephone: (903) 792-8246<br>Knowledge of plaintiff's job, pay, overtime, and discretionary bonuses | Will | Live |

| | | | |
|---|---|---|---|
| 3. | Danielle Chenault, (currently) Asst. Manager (Malvern) Davis Lumber c/o Louise Tausch Atchley, Russell, Waldrop & Hlavinka, L.L.P. 1730 Galleria Oaks Texarkana, TX 75503 Telephone: (903) 792-8246 Knowledge of plaintiff's job, pay, overtime, and discretionary bonuses | Will | Live |
| 4. | Josh Hickman, Plaintiff Knowledge of discretionary bonuses, lack of controverting evidence of his time records and pay, confidence in Scotty Smith's knowledge of Hickman's hours, and Hickman's threat to sue Defendant as he was walking off the job. | May | Live |
| 5. | Libby Trichel, previous HR Director Red River Lumber Company, Inc. c/o Louise Tausch Atchley, Russell, Waldrop & Hlavinka, L.L.P. 1730 Galleria Oaks Texarkana, TX 75503 Telephone: (903) 792-8246 Knowledge of plaintiff's job, pay, overtime, and discretionary bonuses | May | Live |
| 6. | Nancy Durham, HR (Arkansas) c/o Louise Tausch Atchley, Russell, Waldrop & Hlavinka, L.L.P. 1730 Galleria Oaks Texarkana, TX 75503 Telephone: (903) 792-8246 Knowledge of plaintiff's clocking records and pay records | May | Live |
| 7. | Tasha Collins (Malvern) c/o Louise Tausch Atchley, Russell, Waldrop & Hlavinka, L.L.P. 1730 Galleria Oaks Texarkana, TX 75503 Telephone: (903) 792-8246 Knowledge of Plaintiff's last day of work | May | Live |

| 8. | Paul Burroughs (Malvern)<br>c/o Louise Tausch<br>Atchley, Russell, Waldrop & Hlavinka, L.L.P.<br>1730 Galleria Oaks<br>Texarkana, TX 75503<br>Telephone: (903) 792-8246<br>Knowledge of Plaintiff's last day of work | May | Live |
|---|---|---|---|
| 9. | Jim Nickerson, previous General Manager<br>Knowledge of plaintiff's pay, overtime, and discretionary bonuses | May | Live |