# UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

| | |
|---|---|
| JOSHUA HICKMAN § | |
|     Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:22-CV-6101-SOH |
| § | |
| TEXARKANA TRUSS, LLC, § | |
| RED RIVER LUMBER COMPANY, § | |
| INC., and MICHAEL CRAVEN § | |
|     Defendants. § | |

## **EXHIBIT LIST FOR DEFENDANTS**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Hon. Susan Hickey | Josh Sanford | Louise Tausch |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 3, 2024 | Jodi Wade | Robin Gray |

***

| Pltf. No. | Deft. No. | Date Offered[1] | Object. | Stip. | Rec'd[2] | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | 1 | | | | | Plaintiff's pay stub, Bates No. DAVIS 1 (will use) |
| | 2 | | | | | Plaintiff's payroll records, Bates No. DAVIS 2-6 (will use) |
| | 3 | | | | | Plaintiff's timeclock records, Bates No. DAVIS 7-18 (will use) |
| | 4 | | | | | Plaintiff's personnel file, Bates No. DAVIS 19-63 (will use) |
| | 5 | | | | | Plaintiff's pay stubs, Bates No. Hickman 1-12 (will use pp. 5, 9, and 10) |

---

[1]Column for Court use.

[2]Column for Court use.

|  | 6 |  |  |  |  | Text Messages between Plaintiff & Danielle Chenault, Bates No. DAVIS 99-115 (may use) |
|--|---|--|--|--|--|---|
|  | 7 |  |  |  |  | Plaintiff's payroll records from Labor Finders, Bates No. DAVIS 116-131 (may use) |
|  | 8 |  |  |  |  | Plaintiff's personnel file from Labor Finders, Bates No. DAVIS 132-210 (may use) |
|  | 9 |  |  |  |  | Employee Handbook, Bates No. DAVIS 64-98 (may use specific pages) |