## UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| JOSHUA HICKMAN §<br>　　　Plaintiff, §<br>§<br>vs. §<br>§<br>TEXARKANA TRUSS, LLC, §<br>RED RIVER LUMBER COMPANY, §<br>INC, and MICHAEL CRAVEN §<br>　　　Defendants. § | CASE NO. 6:22-CV-6101-SOH |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES

Pursuant to the Court's Scheduling Order, Defendants submit their Objections to Plaintiff's Pretrial Disclosures, Exhibit C (*Doc 34*, p.6):

1. Defendants object to Plaintiff's Pretrial Disclosure, Exhibit C "Damages calculations"[1] on the following grounds: by Plaintiff's own admission[2], said document includes damages for an irrelevant time period (10/15/21-12/10/21); the calculations are not relevant as defined by Rule 401, F.R.E.; neither the person(s) who made the calculations nor the method of calculation has been identified or explained, and thus, the calculations are hearsay, and inadmissible according to Rules 801, 802, 803, and 807, F.R.E.; the calculations include facts not in evidence, and for issues that are vehemently contested including, but not limited to, overtime hours, bonuses, and liquidated damages.

2. These damages calculations, if used by Plaintiff, may be appropriate for closing

---

[1] A copy of Plaintiff's calculations are attached as Exhibit 1.
[2] In paragraph 7 of Plaintiff's Pretrial Disclosures, he states: "This lawsuit and the related damages stem only from Plaintiff's employment with Defendants from December of 2021 until July of 2022." (*Doc. 34*, p.3.)

argument, but such decision cannot and should not be determined until the Court has made a determination of admissibility on all evidence submitted by all parties. Even then, these calculations would not be admissible into the record as an exhibit to be given to the jury during deliberations based upon the above-referenced Rules of Evidence. No other exception to the Federal Rules of Evidence applies to these calculations.

WHEREFORE, Defendants respectfully request the Court to sustain Defendants' objections to Plaintiff's Pretrial Disclosures, Exhibit C "Damages Calculations," and deny the admissibility of Plaintiff's Exhibit C.

Respectfully submitted,

**LOUISE TAUSCH**
Arkansas Bar No. 86212
Texas State Bar No. 19680600
Email: ltausch@arwhlaw.com

**ATCHLEY, RUSSELL, WALDROP & HLAVINKA, LLP**
1730 Galleria Oaks Drive
Texarkana, Texas 75503
Tel 903-792-8246
Fax 903-792-5801

**ATTORNEYS FOR DEFENDANTS,
RED RIVER LUMBER COMPANY, INC.,
and MICHAEL CRAVEN**

### NOTICE OF ELECTRONIC FILING

I, Louise Tausch, attorney for Defendants, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Electronic Case Files System of the USDC – Western District of Arkansas, on May 3, 2024.

 /s/ Louise Tausch
**LOUISE TAUSCH**