| Pay Date | Hours | OT Hours | Gross | Reg. Rate | Bonus | Reg. Rate Adjustment | OTC Hours | Gap/OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/21 | 39.00 | 2.50 | $ 502.33 | $ 11.75 | | $ - | 12 | $ 211.50 | $ 423.00 |
| 10/22/21 | 38.50 | 2.50 | $ 496.45 | $ 11.75 | | $ - | 12 | $ 211.50 | $ 423.00 |
| 10/29/21 | 40.00 | 8.00 | $ 611.04 | $ 11.75 | | $ - | 12 | $ 211.50 | $ 423.00 |
| 11/5/21 | 40.00 | 12.00 | $ 681.56 | $ 11.75 | | $ - | 12 | $ 211.50 | $ 423.00 |
| 11/12/21 | 40.00 | 9.00 | $ 628.67 | $ 11.75 | | $ - | 12 | $ 211.50 | $ 423.00 |
| 11/19/21 | 40.00 | 5.00 | $ 558.15 | $ 11.75 | | $ - | 12 | $ 211.50 | $ 423.00 |
| 11/26/21 | 28.50 | 5.00 | $ 423.03 | $ 11.75 | | $ - | 6 | $ - | $ - |
| 12/3/21 | 17.50 | 12.00 | $ 417.19 | $ 11.75 | | $ - | 2 | $ - | $ - |
| 12/10/21 | 29.50 | 5.00 | $ 434.78 | $ 11.75 | | $ - | 6 | $ 73.44 | $ 146.88 |
| 12/17/21 | 58 | 18.00 | $ 938.00 | $ 14.00 | | $ - | 12 | $ 252.00 | $ 504.00 |
| 12/24/21 | 45.19 | 5.19 | $ 668.99 | $ 14.00 | | $ - | 12 | $ 252.00 | $ 504.00 |
| 12/31/21 | 38.53 | 0.00 | $ 539.42 | $ 14.00 | | $ - | 10 | $ 199.71 | $ 399.42 |
| 1/7/22 | 42.85 | 2.85 | $ 619.85 | $ 14.00 | $ 28.75 | $ 0.67 | 12 | $ 264.08 | $ 528.15 |
| 1/14/22 | 45.23 | 5.23 | $ 669.83 | $ 14.00 | $ 28.75 | $ 0.64 | 12 | $ 263.44 | $ 526.88 |
| 1/21/22 | 50.3 | 10.30 | $ 776.30 | $ 14.00 | $ 28.75 | $ 0.57 | 12 | $ 262.29 | $ 524.58 |
| 1/28/22 | 10.93 | 0.00 | $ 153.02 | $ 14.00 | $ 28.75 | $ 2.63 | 2 | $ - | $ - |
| 2/4/22 | 30.48 | 0.00 | $ 426.72 | $ 14.00 | $ 28.75 | $ 0.94 | 6 | $ - | $ - |
| 2/11/22 | 28.85 | 0.00 | $ 403.90 | $ 14.00 | $ 28.75 | $ 1.00 | 6 | $ - | $ - |
| 2/18/22 | 45.55 | 5.55 | $ 676.55 | $ 14.00 | $ 28.75 | $ 0.63 | 12 | $ 263.36 | $ 526.72 |
| 2/25/22 | 44.83 | 4.83 | $ 661.43 | $ 14.00 | $ 28.75 | $ 0.64 | 12 | $ 263.54 | $ 527.09 |
| 3/4/22 | 46.81 | 6.81 | $ 703.01 | $ 14.00 | $ 28.75 | $ 0.61 | 12 | $ 263.06 | $ 526.11 |
| 3/11/22 | 55.91 | 15.91 | $ 894.11 | $ 14.00 | $ 28.75 | $ 0.51 | 12 | $ 261.26 | $ 522.51 |
| 3/18/22 | 39.97 | 0.00 | $ 559.58 | $ 14.00 | $ 28.75 | $ 0.72 | 10 | $ 220.57 | $ 441.14 |
| 3/25/22 | 45.61 | 5.61 | $ 677.81 | $ 14.00 | $ 28.75 | $ 0.63 | 12 | $ 263.35 | $ 526.69 |
| 4/1/22 | 49.74 | 9.74 | $ 764.54 | $ 14.00 | $ 28.75 | $ 0.58 | 12 | $ 262.40 | $ 524.81 |
| 4/8/22 | 40.35 | 0.35 | $ 567.35 | $ 14.00 | $ 28.75 | $ 0.71 | 12 | $ 264.83 | $ 529.65 |
| 4/15/22 | 52.47 | 12.47 | $ 821.87 | $ 14.00 | $ 28.75 | $ 0.55 | 12 | $ 261.86 | $ 523.73 |
| 4/22/22 | 39.82 | 0.00 | $ 557.48 | $ 14.00 | $ 28.75 | $ 0.72 | 12 | $ 263.67 | $ 527.34 |
| 4/29/22 | 41.75 | 1.75 | $ 596.75 | $ 14.00 | $ 28.75 | $ 0.69 | 12 | $ 264.40 | $ 528.79 |
| 5/6/22 | 50.01 | 10.01 | $ 770.21 | $ 14.00 | $ 28.75 | $ 0.57 | 12 | $ 262.35 | $ 524.70 |
| 5/13/22 | 49.42 | 9.42 | $ 757.82 | $ 14.00 | $ 28.75 | $ 0.58 | 12 | $ 262.47 | $ 524.94 |
| 5/20/22 | 48.64 | 8.64 | $ 741.44 | $ 14.00 | $ 28.75 | $ 0.59 | 12 | $ 262.64 | $ 525.28 |
| 5/27/22 | 49.88 | 9.88 | $ 767.48 | $ 14.00 | $ 28.75 | $ 0.58 | 12 | $ 262.37 | $ 524.75 |
| 6/3/22 | 37.83 | 0.00 | $ 529.62 | $ 14.00 | $ 28.75 | $ 0.76 | 10 | $ 205.39 | $ 410.77 |
| 6/10/22 | 47.77 | 7.77 | $ 723.17 | $ 14.00 | $ 28.75 | $ 0.60 | 12 | $ 262.83 | $ 525.67 |
| 6/17/22 | 40.42 | 0.42 | $ 566.82 | $ 14.00 | $ 28.75 | $ 0.71 | 12 | $ 264.80 | $ 529.61 |
| 6/24/22 | 47.76 | 7.76 | $ 722.96 | $ 14.00 | $ 28.75 | $ 0.60 | 12 | $ 262.84 | $ 525.67 |
| 7/1/22 | 48.64 | 8.64 | $ 741.44 | $ 14.00 | $ 28.75 | $ 0.59 | 12 | $ 262.64 | $ 525.28 |
| 7/8/22 | 39.84 | 0.00 | $ 557.76 | $ 14.00 | $ 28.75 | $ 0.72 | 10 | $ 219.65 | $ 439.29 |
| 7/15/22 | 30.01 | 0.00 | $ 420.14 | $ 14.00 | $ 28.75 | $ 0.96 | 10 | $ 149.65 | $ 299.31 |
| | | | | | | $ 20.72 | | $ 8,365.88 | $ 16,731.75 |

