**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **JOSHUA HICKMAN** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:22-CV-6101-SOH** |
| | § | |
| **TEXARKANA TRUSS, LLC,** | § | |
| **RED RIVER LUMBER COMPANY,** | § | |
| **INC, and MICHAEL CRAVEN** | § | |
| **Defendants.** | § | |

---

## DEFENDANTS' MOTION IN LIMINE

Defendants, Red River Lumber Company, Inc., and Michael Craven ("Defendants"), submit the following Motion in Limine. Defendants move the Court for an Order instructing Plaintiff, his attorneys, and all witnesses to refrain from doing or saying anything in the presence of the jury or the jury panel that would in any way advise, imply, inform, or suggest any of the following matters:

No. 1   All references to Defendants' wealth as evidence of Defendants' wealth is not relevant to any of Plaintiffs' claims.[1] See FED. R.EVID. 401.  Such evidence serves no legitimate purpose but to prejudice Defendants.  See FED. R.EVID. 403.

No. 2.  The exclusion of Plaintiff's testimony that is speculative and not based on personal knowledge.  FED.R.EVID. 602.

---

[1] Defendants have conceded that "enterprise coverage" has been satisfied. Therefore, Defendants' wealth is irrelevant for all issues currently before this Court.

No. 3  All references to Plaintiff's Preliminary Damages Calculations (Plaintiff's Exhibit C) as it is speculative, inadmissible hearsay, and could mislead the jury or cause confusion of the issues. See FED. R. EVID. 801, 802, 805.

Respectfully submitted,

**LOUISE TAUSCH**
Arkansas Bar No. 86212
Texas State Bar No. 19680600
Email: ltausch@arwhlaw.com

**ATCHLEY, RUSSELL, WALDROP & HLAVINKA, LLP**
1730 Galleria Oaks Drive
Texarkana, Texas 75503
Tel 903-792-8246
Fax 903-792-5801

**ATTORNEYS FOR DEFENDANTS, RED RIVER LUMBER COMPANY, INC., and MICHAEL CRAVEN**

**NOTICE OF ELECTRONIC FILING**

I, Louise Tausch, attorney for Defendants, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Electronic Case Files System of the USDC – Western District of Arkansas, on May 20, 2024.

*/s/ Louise Tausch*
**LOUISE TAUSCH**