IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JOSHUA HICKMAN**                                                                                          **PLAINTIFF**

vs.                                               No. 6:22-CV-6101-SOH

**TEXARKANA TRUSS, LLC,**                                                         **DEFENDANTS**
**RED RIVER LUMBER COMPANY, INC.,**
**and MICHAEL CRAVEN**

### PLAINTIFF'S MOTION IN LIMINE

Plaintiff Joshua Hickman, by and through his attorneys Sean Short and Josh Sanford of Sanford Law Firm, PLLC, by and through his attorneys of the Sanford Law Firm, PLLC, before any proceedings have been had in the presence of the jury, before the voir dire examination of the jury panel, and before the introduction of any evidence, and files this Motion in Limine. Plaintiff moves the Court to instruct counsel for Defendants not to mention within the hearing of any member of the jury panel, either in voir dire examination, or upon statement of the case, or by the interrogation of the witnesses, or in argument, or by objections in the presence of the jury, or otherwise, any of the following matters, either directly or indirectly, not to refer to, nor interrogate concerning, nor otherwise apprise the jury of any of the following matters until such matter has been called to the Court's attention out of the presence and hearing of the jury and a ruling has been made by the Court as to the competency of each such matter outside of the presence and hearing of any member of the jury or jury panel. It is further moved that counsel for Defendants be instructed to apprise each of its witnesses of the contents of the ruling by

Page 1 of 3
Joshua Hickman v. Texarkana Truss, LLC, et al.
U.S.D.C. (W.D. Ark.) No. 6:22-cv-6101-SOH
Plaintiff's Motion in Limine

the Court on this motion to the end that such motion not be inadvertently or otherwise violated by a witness.

1. In this Motion and the Brief in Support, "evidence," means evidence, testimony, innuendos, assertions, allusions, questions concerning, or anything else having a purpose of eliciting a response regarding or drawing attention to the subjects requested by this Motion to be excluded, presented within the hearing of any member of the jury panel, either in voir dire examination, or upon statement of the case, or by the interrogation of the witnesses, or in argument, or by objections in the presence of the jury, either directly or indirectly, or otherwise made known to the jury.

2. The matters subject to this Motion in Limine are as follows:

A. Suggestions or allegations that Plaintiff had a duty to record the hours he worked;

B. Suggestions or allegations that Plaintiff had a duty to complain about his pay;

C. Evidence of events that occurred outside the relevant statutory period;

D. Evidence related to Plaintiff's attorneys' fees and costs;

E. Evidence regarding offers of settlement or settlement negotiations;

F. Evidence that Plaintiff's work performance was poor or unsatisfactory, except as it relates to Plaintiff's hours of work;

G. References to or suggestions that Plaintiff did not call particular witnesses;

H. Evidence related to the fairness or subjective adequacy of Plaintiff's pay; and

I. Any details about the attorneys, whether related to this case or not, including news articles and/or reports, social media postings, and other lawsuits filed by counsel for Plaintiff.

Page 2 of 3
Joshua Hickman v. Texarkana Truss, LLC, et al.
U.S.D.C. (W.D. Ark.) No. 6:22-cv-6101-SOH
Plaintiff's Motion in Limine

3. Plaintiff submits with this Motion a Brief in Support, which is fully incorporated in this Motion by reference.

WHEREFORE, Plaintiff respectfully asks the Court to exclude and/or limit the topics and testimony described above, and for all other relief to which she may be entitled.

Respectfully submitted,

**PLAINTIFF JOSHUA HICKMAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 3 of 3**
**Joshua Hickman v. Texarkana Truss, LLC, et al.**
**U.S.D.C. (W.D. Ark.) No. 6:22-cv-6101-SOH**
**Plaintiff's Motion in Limine**