IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA HICKMAN                                                                                    PLAINTIFF

v.                                         Case No. 6:22-cv-6101

TEXARKANA TRUSS, LLC,
RED RIVER LUMBER COMPANY,
INC., and MICHAEL CRAVEN                                                                       DEFENDANTS

## JUDGMENT

For the reasons discussed in the memorandum opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 27) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge